# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [FILED UNDER SEAL], et al. | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 AND LOCAL CIVIL RULE 5.1.5(a)(1) |
| Plaintiffs, | CIVIL ACTION NO. 19-cv-5441 |
| vs. | FIRST AMENDED COMPLAINT |
| [FILED UNDER SEAL], | JURY TRIAL DEMANDED |
| Defendants. | DO NOT PLACE IN PRESS BOX |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ERIC STENSON**, an individual, and the **STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, and THE DISTRICT OF COLUMBIA,** | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 AND LOCAL CIVIL RULE 5.1.5(a)(1)** <br><br> **CIVIL ACTION NO. 19-CV-544** <br><br> **FIRST AMENDED COMPLAINT** <br><br> **JURY TRIAL DEMANDED** <br><br> **DO NOT PLACE IN PRESS BOX** |
| Plaintiffs, | |
| vs. | |
| **LG ELECTRONICS USA, INC.**, a New Jersey corporation; **SHAREDEN IMAGING SOLUTIONS INC.**, a Michigan corporation; **QUBYX SOFTWARE TECHNOLOGIES, INC.**, a Delaware corporation; **DELL TECHNOLOGIES, INC.**, a Delaware corporation; **DIAGNOSTIC IMAGING, INC.**, a Pennsylvania corporation; **VIRTUAL RADIOLOGIC CORPORATION.**, a Minnesota corporation; and **MEDNAX, INC.**, a Florida corporation, | |
| Defendants. | |

# TABLE OF CONTENTS

**Page No.**

I.     INTRODUCTION ................................................................................................. 1

II.    JURISDICTION AND VENUE .......................................................................... 2

III.   PARTIES ............................................................................................................ 2

IV.   BACKGROUND ................................................................................................. 4

     A.     Federal Regulation of Medical Devices and Medical Device Accessories.............................. 4

     B.     Regulation of Diagnostic Computer Monitors.......................................................... 6

     C.     Reimbursement of Medical Devices Under Government Healthcare Programs and Private Insurance. .................................................... 7

V.    OVERVIEW OF THE SCHEME ....................................................................... 9

     A.     LG and Shareden Imaging Illegally Market Unapproved Monitors ........................................ 9

     B.     Qubyx Intentionally Deceives the FDA to Obtain 510(K) Clearance for PerfectLum Software Bundles ..................................................... 15

     C.     Dell Conspired with Qubyx to Defraud The FDA and Sell Unapproved Monitors ....................................................... 20

     D.     Defendants' Conduct Endangers Patient Health ..................................................... 24

     E.     Defendants Have Caused the Submission of False Claims..................................... 25

VI.   CAUSES OF ACTION ...................................................................................... 29

     COUNT I
     On Behalf of the United States
     Federal False Claims Act, causing to be Presented False Claims
     31 U.S.C. § 3729(a)(1)(A) ................................................................. 29

     COUNT II
     On Behalf of the United States
     Federal False Claims Act, Making or Using False Records
     or Statements Material to Payment or Approval of False Claims
     31 U.S.C. § 3729(a)(1)(B) ................................................................. 29

     COUNT III
     On Behalf of the United States
     Federal False Claims Act
     Conspiracy To Violate The Act
     31 U.S.C. § 3729(a)(1)(C) ................................................................. 30

COUNT IV
(In the Alternative)
On Behalf of the United States
Federal False Claims Act, Retention of Proceeds to Which Not Entitled
31 U.S.C. § 3729(a)(1)(G) ................................................................................................ 30

COUNT V
On Behalf Of The State Of California
California False Claims Act, Causing To Be Presented False Claims
Cal. Gov't. Code § 12651(A)(1) ....................................................................................... 31

COUNT VI
On Behalf Of The State Of California
California False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Cal. Gov't. Code § 12651(A)(2) ....................................................................................... 31

COUNT VII
On Behalf Of The State Of California
California False Claims Act, Conspiracy To Violate The Act
Cal. Gov't. Code § 12651(A)(3) ....................................................................................... 32

COUNT VIII
(In The Alternative)
On Behalf Of The State Of California
California False Claims Act, Retention Of Proceeds To Which Not Entitled
31 U.S.C. § 3729(A)(1)(G) ............................................................................................... 32

COUNT IX
On Behalf Of The State Of Colorado
Colorado Medicaid False Claims Act, Causing To Be Presented False Claims
Colo. Rev. Stat. Ann. § 25.5-4-305(1)(A) ....................................................................... 33

COUNT X
On Behalf Of The State Of Colorado
Colorado Medicaid False Claims Act, Making Or Using False Records Or
Statements Material To Payment Or Approval Of False Claims
Colo. Rev. Stat. Ann. § 25.5-4-305(1)(B) ....................................................................... 33

COUNT XI
On Behalf Of The State Of Colorado
Colorado Medicaid False Claims Act, Conspiracy To Violate The Act
Colo. Rev. Stat. Ann. § 25.5-4-305(1)(G) ....................................................................... 34

COUNT XII
(In The Alternative)
On Behalf Of The State Of Colorado
Colorado Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitled
Colo. Rev. Stat. Ann. § 25.5-4-305(1)(F) ....................................................................... 34

COUNT XIII
On Behalf Of The State Of Connecticut
Connecticut False Claims Act For Medical Assistance Programs
Causing To Be Presented False Claims
Conn. Gen Stat. Ann § 4-275(1) .......................................................................................... 35

COUNT XIV
On Behalf Of The State Of Connecticut
Connecticut False Claims Act For Medical Assistance Programs, Making Or
Using False Records Or Statements Material To Payment Or Approval Of False Claims
Conn. Gen Stat. Ann § 4-275(2) .......................................................................................... 35

COUNT XV
On Behalf Of The State Of Connecticut
Connecticut False Claims Act For Medical Assistance Programs Conspiracy To Violate The Act
Conn. Gen Stat. Ann § 4-275(3) .......................................................................................... 36

COUNT XVI
(In The Alternative)
On Behalf Of The State Of Connecticut
Connecticut False Claims Act For Medical Assistance Programs,
Retention Of Proceeds To Which Not Entitled
Conn. Gen Stat. Ann § 4-275(8) .......................................................................................... 36

COUNT XVII
On Behalf Of The State Of Delaware
Delaware False Claims And Reporting Act, Causing To Be Presented False Claims
Del. Code Ann. Tit. 6, § 1201(A)(1) .................................................................................... 37

COUNT XVIII
On Behalf Of The State Of Delaware
Delaware False Claims And Reporting Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Del. Code Ann. Tit. 6, § 1201(A)(2) .................................................................................... 37

COUNT XIX
On Behalf Of The State Of Delaware
Delaware False Claims And Reporting Act, Conspiracy To Violate The Act
Del. Code Ann. Tit. 6, § 1201(A)(3) .................................................................................... 38

COUNT XX
(In The Alternative)
On Behalf Of The State Of Delaware
Delaware False Claims And Reporting Act, Retention Of Proceeds To Which Not Entitled
Del. Code Ann. Tit. 6, § 1201(A)(7) .................................................................................... 38

COUNT XXI
On Behalf Of The District Of Columbia
District Of Columbia False Claims Act, Causing To Be Presented False Claims
D.C. Code § 2-381.02(A)(1) ................................................................................................ 39

COUNT XXII
On Behalf Of The District Of Columbia
District Of Columbia False Claims Act, Making Or Using False
Records Or Statements Material To Payment Or Approval Of False Claims
D.C. Code § 2-381.02(A)(2) ................................................................................................. 39

COUNT XXIII
On Behalf Of The District Of Columbia
District Of Columbia False Claims Act, Conspiracy To Violate The Act
D.C. Code § 2-381.02(A)(7) ................................................................................................. 40

COUNT XXIV
(In The Alternative)
On Behalf Of The District Of Columbia
District Of Columbia False Claims Act, Retention Of Proceeds To Which Not Entitled
D.C. Code § 2-381.02(A)(9) ................................................................................................. 40

COUNT XXV
On Behalf Of The State Of Florida
Florida False Claims Act, Causing To Be Presented False Claims
Fla. Stat. Ann. § 68.082(2)(A) ............................................................................................. 41

COUNT XXVI
On Behalf Of The State Of Florida
Florida False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Fla. Stat. Ann. § 68.082(2)(B) ............................................................................................. 41

COUNT XXVII
On Behalf Of The State Of Florida
Florida False Claims Act, Conspiracy To Violate The Act
Fla. Stat. Ann. § 68.082(2)(C) ............................................................................................. 42

COUNT XXVIII
(In The Alternative)
On Behalf Of The State Of Florida
Florida False Claims Act, Retention Of Proceeds To Which Not Entitled
Fla. Stat. Ann. § 68.082(2)(G) ............................................................................................. 42

COUNT XXIX
On Behalf Of The State Of Georgia
Georgia Medicaid False Claims Act, Causing To Be Presented False Claims
Ga. Code Ann. § 49-4-168(A)(1) ......................................................................................... 43

COUNT XXX
On Behalf Of The State Of Georgia
Georgia Medicaid False Claims Act, Making Or Using False Records
Or Statements Material To Payment Or Approval Of False Claims
Ga. Code Ann. § 49-4-168(A)(2) ......................................................................................... 43

COUNT XXXI
On Behalf Of The State Of Georgia
Georgia Medicaid False Claims Act, Conspiracy To Violate The Act
Ga. Code Ann. § 49-4-168(A)(3) ............................................................................................44

COUNT XXXII
(In the Alternative)
On Behalf of the state of Georgia
Georgia Medicaid False Claims Act, Retention of Proceeds to Which Not Entitled
Ga. Code Ann. § 49-4-168(a)(7) ............................................................................................44

COUNT XXXIII
On Behalf Of The State Of Hawaii
Hawaii False Claims Act, Causing To Be Presented False Claims
Haw. Rev. Stat. § 661-21(A)(1) ............................................................................................45

COUNT XXXIV
On Behalf Of The State Of Hawaii
Hawaii False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Haw. Rev. Stat. § 661-21(A)(2) ............................................................................................45

COUNT XXXV
On Behalf Of The State Of Hawaii
Hawaii False Claims Act, Conspiracy To Violate The Act
Haw. Rev. Stat. § 661-21(A)(8) ............................................................................................46

COUNT XXXVI
(In The Alternative)
On Behalf Of The State Of Hawaii
Hawaii False Claims Act, Retention Of Proceeds To Which Not Entitled
Haw. Rev. Stat. § 661-21(A)(6) ............................................................................................46

COUNT XXXVII
On Behalf Of The State Of Illinois Illinois
False Claims Act, Causing To Be Presented False Claims
740 ILCS 175/3(A)(1)(A) ......................................................................................................47

COUNT XXXVIII
On Behalf Of The State Of Illinois
Illinois False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
740 ILCS 175/3(A)(1)(B) ......................................................................................................47

COUNT XXXIX
On Behalf Of The State Of Illinois
Illinois False Claims Act, Conspiracy To Violate The Act
740 ILCS 175/3(a)(1)(C) ......................................................................................................48

COUNT XL
(In The Alternative)
On Behalf Of The State Of Illinois
Illinois False Claims Act, Retention Of Proceeds To Which Not Entitled
740 ILCS 175/3(a)(1)(G) ................................................................................................................48

COUNT XLI
On Behalf Of The State Of Indiana
Medicaid False Claims And Whistleblower Protection Act, Causing To Be Presented False Claims
IC 5-11-5.5-2(b)(8) ........................................................................................................................49

COUNT XLII
On Behalf Of The State Of Indiana
Medicaid False Claims And Whistleblower Protection Act, Making Or Using False
Records Or Statements Material To Payment Or Approval Of False Claims
IC 5-11-5.5-2(b)(2) ........................................................................................................................49

COUNT XLIII
On Behalf Of The State Of Indiana
Medicaid False Claims And Whistleblower Protection Act Conspiracy To Violate The Act
IC 5-11-5.5-2(b)(7) ........................................................................................................................50

COUNT XLIV
(In The Alternative)
On Behalf Of The State Of Indiana
Medicaid False Claims And Whistleblower Protection Act Retention Of Proceeds
To Which Not Entitled
IC 5-11-5.5-2(b)(6) ........................................................................................................................50

COUNT XLV
On Behalf Of The State Of Iowa
Iowa Medicaid False Claims Act, Causing To Be Presented False Claims
Iowa Code Ann. § 685.2(1)(a) .......................................................................................................51

COUNT XLVI
On Behalf Of The State Of Iowa
Iowa Medicaid False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Iowa Code Ann. § 685.2(1)(b) .......................................................................................................51

COUNT XLVII
On Behalf Of The State Of Iowa
Iowa Medicaid False Claims Act, Conspiracy To Violate The Act
Iowa Code Ann. § 685.2(1)(c) .......................................................................................................52

COUNT XLVIII
(In The Alternative)
On Behalf Of The State Of Iowa
Iowa Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitled
Iowa Code Ann. § 685.2(1)(g) .......................................................................................................52

COUNT XLIX
On Behalf Of The State Of Louisiana
Louisiana Medical Assistance Programs Integrity Law, Causing To Be Presented False Claims
La. Rev. Stat. Ann. § 46.438.3(A) ...................................................................................... 53

COUNT L
On Behalf Of The State Of Louisiana
Louisiana Medical Assistance Programs Integrity Law, Making Or Using False
Records Or Statements Material To Payment Or Approval Of False Claims
La. Rev. Stat. Ann. § 46.438.3(B) ...................................................................................... 53

COUNT LI
On Behalf Of The State Of Louisiana
Louisiana Medical Assistance Programs Integrity Law, Conspiracy To Violate The Law
La. Rev. Stat. Ann. § 46.438.3(D) ...................................................................................... 54

COUNT LII
(In The Alternative)
On Behalf Of The State Of Louisiana
Louisiana Medical Assistance Programs Integrity Law, Retention Of Proceeds
To Which Not Entitled
La. Rev. Stat. Ann. § 46.438.3(C) ...................................................................................... 54

COUNT LIII
On Behalf Of The State Of Maryland
Maryland False Health Claims Act, Causing To Be Presented False Claims
Md. Code Ann., Health—Gen. § 2-602(a)(1) ...................................................................... 55

COUNT LIV
On Behalf Of The State Of Maryland
Maryland False Health Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Md. Code Ann., Health—Gen. § 2-602(A)(2) ...................................................................... 55

COUNT LV
On Behalf Of The State Of Maryland
Maryland False Health Claims Act, Conspiracy To Violate The Law
Md. Code Ann., Health—Gen. § 2-602(A)(3) ...................................................................... 56

COUNT LVI
(In the Alternative)
On Behalf of the State of Maryland
Maryland False Health Claims Act, Retention of Proceeds to Which Not Entitled
Md. Code Ann., Health—Gen. § 2-602(a)(8) ...................................................................... 56

COUNT LVII
On Behalf Of The State Of Massachusetts
Massachusetts False Claims Act, Causing To Be Presented False Claims
Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(1) .......................................................................... 57

COUNT LVIII
On Behalf Of The State Of Massachusetts
Massachusetts False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(2) ........................................................................... 57

COUNT LIX
On Behalf Of The State Of Massachusetts
Massachusetts False Claims Act, Conspiracy To Violate The Law
Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(3) ........................................................................... 58

COUNT LX
(In The Alternative)
On Behalf Of The State Of Massachusetts
Massachusetts False Claims Act, Retention Of Proceeds To Which Not Entitled
Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(3) ........................................................................... 58

COUNT LXI
On Behalf Of The State Of Michigan
Michigan Medicaid False Claims Act, Causing To Be Presented False Claims
Mich. Comp. Laws Ann. § 400.603(1) ................................................................................. 59

COUNT LXII
On Behalf Of The State Of Michigan
Michigan Medicaid False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Mich. Comp. Laws Ann. § 400.603(2) ................................................................................. 59

COUNT LXIII
On Behalf Of The State Of Michigan
Michigan Medicaid False Claims Act, Conspiracy To Violate The Law
Mich. Comp. Laws Ann. § 400.606 ..................................................................................... 60

COUNT LXIV
(In The Alternative)
On Behalf Of The State Of Michigan
Michigan Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitle
Mich. Comp. Laws Ann. § 400.603(3) ................................................................................. 60

COUNT LXV
On Behalf Of The State Of Minnesota
Minnesota Medicaid False Claims Act, Causing To Be Presented False Claims
Minn. Stat. Ann. § 15C.02(A)(1) ........................................................................................ 61

COUNT LXVI
On Behalf Of The State Of Minnesota
Minnesota Medicaid False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Minn. Stat. Ann. § 15C.02(A)(2) ........................................................................................ 61

COUNT LXVII
On Behalf Of The State Of Minnesota
Minnesota Medicaid False Claims Act, Conspiracy To Violate The Law
Minn. Stat. Ann. § 15C.02(A)(3) ................................................................................................ 62

COUNT LXVIII
(In The Alternative)
On Behalf Of The State Of Minnesota
Minnesota Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitled
Minn. Stat. Ann. § 15C.02(A)(7) ................................................................................................ 62

COUNT LXIX
On Behalf Of The State Of Montana
Montana False Claims Act, Causing To Be Presented False Claims
Mont. Code Ann. § 17-8-403(A) ................................................................................................ 63

COUNT LXX
On Behalf Of The State Of Montana
Montana False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Mont. Code Ann. § 17-8-403(B) ................................................................................................ 63

COUNT LXXI
On Behalf Of The State Of Montana
Montana False Claims Act, Conspiracy To Violate The Law
Mont. Code Ann. § 17-8-403(C) ................................................................................................ 64

COUNT LXXII
(In The Alternative)
On Behalf Of The State Of Montana
Montana False Claims Act, Retention Of Proceeds To Which Not Entitled
Mont. Code Ann. § 17-8-403(G) ................................................................................................ 64

COUNT LXXIII
On Behalf Of The State Of Nevada
Nevada False Claims Act, Causing To Be Presented False Claims
Nev. Rev. Stat. Ann. § 357.040(1)(A) ....................................................................................... 65

COUNT LXXIV
On Behalf Of The State Of Nevada
Nevada False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
Nev. Rev. Stat. Ann. § 357.040(1)(B) ....................................................................................... 65

COUNT LXXV
On Behalf Of The State Of Nevada
Nevada False Claims Act, Conspiracy To Violate The Law
Nev. Rev. Stat. Ann. § 357.040(1)(I) ........................................................................................ 66

COUNT LXXVI
(In The Alternative)
On Behalf Of The State Of Nevada
Nevada False Claims Act, Retention Of Proceeds To Which Not Entitled
Nev. Rev. Stat. Ann. § 357.040(1)(G) ................................................................................................. 66

COUNT LXXVII
On Behalf Of The State Of New Jersey
New Jersey False Claims Act, Causing To Be Presented False Claims
N.J. Stat. Ann. § 2A:32C-3(A) ........................................................................................................... 67

COUNT LXXVIII
On Behalf Of The State Of New Jersey
New Jersey False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims N.J. Stat. Ann. § 2A:32C-3(B) ......................... 67

COUNT LXXIX
On Behalf Of The State Of New Jersey
New Jersey False Claims Act, Conspiracy To Violate The Law
N.J. Stat. Ann. § 2A:32C-3(C) ........................................................................................................... 68

COUNT LXXX
(In The Alternative)
On Behalf Of The State Of New Jersey
New Jersey False Claims Act, Retention Of Proceeds To Which Not Entitled
N.J. Stat. Ann. § 2A:32C-3(G) ........................................................................................................... 68

COUNT LXXXI
On Behalf Of The State Of New Mexico
New Mexico False Claims Act, Causing To Be Presented False Claims
N.M. Stat. Ann. § 227-14-4(A) ........................................................................................................... 69

COUNT LXXXII
On Behalf Of The State Of New Mexico
New Mexico False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
N.M. Stat. Ann. § 227-14-4(C) ........................................................................................................... 69

COUNT LXXXIII
On Behalf Of The State Of New Mexico
New Mexico False Claims Act, Conspiracy To Violate The Law
N.M. Stat. Ann. § 227-14-4(D) ........................................................................................................... 70

COUNT LXXXIV
(In The Alternative)
On Behalf Of The State Of New Mexico
New Mexico False Claims Act, Retention Of Proceeds To Which Not Entitled
N.M. Stat. Ann. § 227-14-4(E) ........................................................................................................... 70

COUNT LXXXV
On Behalf Of The State Of New York
New York False Claims Act, Causing To Be Presented False Claims
N.Y. State Fin. Law § 189(1)(A) .........................................................................................71

COUNT LXXXVI
On Behalf Of The State Of New York
New York False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
N.Y. State Fin. Law § 189(1)(B) .........................................................................................71

COUNT LXXXVII
On Behalf Of The State Of New York
New York False Claims Act, Conspiracy To Violate The Law
N.Y. State Fin. Law § 189(1)(C) .........................................................................................72

COUNT LXXXIII
(In The Alternative)
On Behalf Of The State Of New York,
New York False Claims Act, Retention Of Proceeds To Which Not Entitled
N.Y. State Fin. Law § 189(1)(G) .........................................................................................72

COUNT LXXXIX
On Behalf Of The State Of North Carolina
North Carolina False Claims Act, Causing To Be Presented False Claims
N.C. Gen. Stat. Ann. § 1-607(A)(1) .....................................................................................73

COUNT XC
On Behalf Of The State Of North Carolina
North Carolina False Claims Act, Making Or Using False Records Or Statements
Material To Payment Or Approval Of False Claims
N.C. Gen. Stat. Ann. § 1-607(A)(2) .....................................................................................73

COUNT XCI
On Behalf Of The State Of North Carolina
North Carolina False Claims Act, Conspiracy To Violate The Law
N.C. Gen. Stat. Ann. § 1-607(A)(3) .....................................................................................74

COUNT XCII
(In The Alternative)
On Behalf Of The State Of North Carolina
North Carolina False Claims Act, Retention Of Proceeds To Which Not Entitled
N.C. Gen. Stat. Ann. § 1-607(A)(7) .....................................................................................74

COUNT XCIII
Oklahoma Medicaid False Claims Act
63 Okl. St. § 5053 ...............................................................................................................75

COUNT XCIV
Rhode Island False Claims Act
R.I. Gen. Laws § 9-1.1-1 .....................................................................................................76

COUNT XCV
Tennessee Medicaid False Claims Act
Tenn. Code Ann. § 71-5-182(a)(1) ..................................................................................76

COUNT XCVI
On Behalf of the State of Texas
Texas Medicaid Fraud Prevention Act
Making False Statements and Misrepresentations of Material Fact Permitting
Payments of False Claims
Texas Human Resources Code § 36.002(1)......................................................................77

COUNT XCVII
On Behalf of the State of Texas
Texas Medicaid Fraud Prevention Act, Failing to Disclose Information that
Permitted the Payment of False Claims
Texas Human Resources Code § 36.002(2)......................................................................78

COUNT XCVIII
On Behalf of the State of Texas
Texas Medicaid Fraud Prevention Act, Presenting False Claims
Texas Human Resources Code § 36.002(13)....................................................................79

COUNT XCIX
Virginia Fraud Against Taxpayers Act
Va. Code Ann. § 8.01-216.3(a)........................................................................................79

COUNT C
Wisconsin False Claims For Medical Assistance Act
Wis. Stat § 20.931 *et seq.*...............................................................................................80

VII.    PRAYER FOR RELIEF .....................................................................................................81

VIII.   DEMAND FOR JURY TRIAL ..........................................................................................85

Plaintiff UNITED STATES OF AMERICA ("United States"), by and through Relator ERIC STENSON, alleges as follows:

## I.      INTRODUCTION

1.      Relator Eric Stenson ("Relator") brings this action on behalf of the United States to recover losses sustained by the Medicare and Medicaid programs (unless otherwise specified, collectively "Government Healthcare Programs") as a result of the operations of Defendants LG Electronics USA, Inc. ("LG"), Shareden Imaging Solutions, LLC ("Shareden Imaging"), Qubyx Software Technologies, Inc. ("Qubyx"), Dell Technologies, Inc. ("Dell"), Diagnostic Imaging, Inc. ("DII"), Virtual Radiologic Corporation ("vRad"), and MEDNAX, Inc. (collectively "Defendants").

2.      From at least 2011 to the present, Defendants have defrauded the federal government by causing healthcare providers to submit Medicare and Medicaid claims for diagnostic radiology exams (e.g. MRI, X-ray, CT, ultrasound) involving computer monitors ("primary diagnostic displays") that are technologically unsuitable for medical imaging.

3.      Monitors used in radiology are of a proven, higher quality than off-the-shelf, consumer-grade monitors. Specifically, medical-grade monitors possess technical characteristics, factory calibration to the DICOM medical imaging standard, and hardware components and medical-specific technologies that consumer-grade monitors lack. In addition, diagnostic displays are designed, engineered, and manufactured in accordance with FDA-mandated quality programs. These additional features enable diagnostic display devices to produce superior image quality compared to that of their consumer-grade counterparts. Enhanced visual quality allows physicians to accurately interpret radiological images, thereby ensuring that patients are properly evaluated and diagnosed.

4.      Despite knowing consumer-grade monitors are unfit for medical imaging, Defendants have bypassed the Food & Drug Administration ("FDA") clearance process altogether and directly marketed such monitors to radiology practices across the country. With respect to certain products, Defendants have also fraudulently induced the FDA to approve their

use in medical imaging.

5.  Defendants' illegal behavior reveals their blatant disregard for federal law, and has caused government healthcare programs to pay claims for exams interpreted on inferior monitors. The Defendant healthcare providers have also been unjustly enriched as Medicare further increased reimbursement on radiology-specific CPT codes to cover the direct practice expense of the primary diagnostic display—expenses they have intentionally avoided. For no reason other than corporate profit, Defendants have thus cheated U.S. taxpayers out of millions of dollars. In doing so, they have also recklessly endangered public health by jeopardizing the timeliness and accuracy of patients' medical diagnoses.

## II.   JURISDICTION AND VENUE

6.  This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3730(b) and 3732(a), which confer jurisdiction on this Court for actions brought under the Federal False Claims Act, and authorize nationwide service of process. Venue is proper in this district pursuant to 31 U.S.C. § 3732(a), as Defendants transact business in the Eastern District of Pennsylvania.

## III.   PARTIES

7.  The plaintiffs in this action are the UNITED STATES OF AMERICA ("United States") and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSE, TEXAS, VIRGINIA, WISCONSIN, and THE DISTRICT OF COLUMBIA, by and through Relator ERIC STENSON.

8.  Relator ERIC STENSON works in the healthcare information technology industry. Mr. Stenson is currently employed as Director of Information Technology for Redirect Health, an Arizona-based multi-specialty medical group. Prior to Redirect Health, Mr. Stenson was the

Director of Information Technology for Intermountain Medical Imaging, a Boise, Idaho- based joint venture established by Gem State Radiology LLP and the Saint Alphonsus Health System. He is unaware of any prior public disclosure of the allegations set forth in this action. To the extent there has been any such public disclosure, Mr. Stenson qualifies as an original source, and has provided the information contained herein to the Government prior to the filing of this action.

9.  Defendant LG is the wholly-owned North American subsidiary of LG Electronics, Inc., a South Korean multinational electronics company. In the United States, LG sells a variety of digital appliances, mobile phones, and digital display and media products, including computer monitors.

10.  Defendant SHAREDEN IMAGING is a privately-owned medical imaging technology consulting firm incorporated in Michigan. According to its website, it purports to specialize in providing healthcare imaging technology for read-at-home workstations. Shareden Imaging is a North American distributor and technical support provider for the Qubyx PerfectLum software suite.

11.  Defendant QUBYX is a privately-owned software technology company incorporated in Delaware. It purports to specialize in developing high-end software solutions for the medical imaging and color management industries. Specifically, Qubyx develops medical display calibration software that it falsely claims allows consumer-grade computer monitors to be used by radiology professionals for diagnostic purposes.

12.  Defendant DELL is a Delaware corporation with its principal place of business in Round Rock, Texas. Dell is a multinational technology company that designs, manufactures, distributes, and sells a wide range of technology products and services, including computer monitors and displays.

13.  Defendant vRad is one of the largest independent providers of professional radiology services in the country, and was wholly acquired by Defendant MEDNAX, Inc. (NYSE: MX), which absorbed vRad's management team, in 2015. In 2011, vRad acquired Philadelphia-based Defendant Diagnostic Imaging, Inc. (DII), which was Philadelphia's largest

radiology practice at the time. DII remains an active Pennsylvania corporation.

## IV.   BACKGROUND

### A.   Federal Regulation of Medical Devices and Medical Device Accessories.

14.   In 1976, Congress enacted the Medical Device Amendments ("MDA"), 21 U.S.C. § 360c, *et seq.,* to the Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 301, *et seq.* The MDA expanded the FDA's authority to regulate medical devices, which have since grown into a multi-billion dollar industry.

15.   Under the MDA, medical devices are divided into three categories, or "classes." Class I devices (e.g. bandages) are subject to minimal regulation; Class II devices (e.g. infusion pumps) are subject to moderate regulation; and Class III devices (e.g. pacemakers) are subject to the strictest regulation. 21 U.S.C. § 360c(a)(1)(C).

16.   Class I devices are those for which general controls, such as labeling requirements, "are sufficient to provide reasonable assurance of [their] safety and effectiveness." 21 U.S.C. § 360c(a)(1)(A)(i). FDA authorization is generally not required for their sale to be lawful.

17.   Three routes exist for Class II and Class III devices to obtain FDA approval. The first is "premarket approval" ("PMA") from the FDA, where the manufacturer establishes "reasonable assurance" that the device is safe and effective for its intended use. 21 U.S.C. § 360e(d)(2). PMA is the most rigorous of the FDA approval processes for medical devices. It requires the manufacturer to submit a complete report of all clinical and laboratory testing, a full statement of the components and design of the product, a description of the manufacturing process and quality controls, sample labeling instructions, and other detailed information. 21 U.S.C. § 360e(c)(1).

18.   Two alternatives to the PMA process exist for manufacturers seeking to market Class II and Class III device. First, a device can be cleared by the FDA under the 510(k) process. To obtain 510(k) clearance, manufacturers must establish that a device is "substantially equivalent" to a device already approved for the same use. 21 U.S.C. § 360.

19.   The 510(k) process is less demanding than the PMA process. To show "substantial

4

equivalence," manufacturers need only submit a summary that describes, among other things, the device in question, its intended uses, and its relations to the claimed predicate device. If the device has different technological characteristics from the predicate, the summary must also describe these differences and discuss why they do not affect the safety and effectiveness of the device when used as intended. 21 C.F.R. § 807.92(a)(6). Manufacturers must also certify that "all data and information submitted in the premarket notification are truthful and accurate and that no material fact has been omitted." 21 C.F.R. § 807.87(k). Upon receipt of a clearance letter from the FDA, manufacturers may lawfully market devices for each of their indicated uses.

20.     Manufacturers can also circumvent the PMA process if a device is determined to contain innovative technology. Innovative devices may be marketed under a restricted "investigational device exemption," ("IDE"), for purposes of conducting investigations of that device. 21 U.S.C. § 360j(g); 21 C.F.R. § 812.1.

21.     Class II and III medical device may not lawfully be marketed or promoted unless previously approved by the FDA under at least one of the three routes described above - the PMA process, the 510(k) process, or the IDE process. When promoted by its manufacturer, a device is "adulterated" if it requires, but has not received, premarket approval from the FDA.  21 U.S.C. § 351(f). A device is "misbranded" when its manufacturer introduces it into interstate commerce without first submitting a required 510(k) premarket notification to the FDA. 21 U.S.C. § 360(k); 21 C.F.R. 807.81(a)(3)(ii).

22.     The FDA also regulates medical device accessories. 21 U.S.C. § 321(h). A medical device accessory is any finished device that is intended to support, supplement, or augment the performance of one or more parent devices. FDA, *Medical Device Accessories - Describing Accessories and Classification Pathway for New Accessory Types* 5 (Dec. 20, 2017). All devices deemed "finished" are subject to the FDCA's regulatory framework. Thus, exactly like medical devices, accessories are classified as Class I, II, or III. 21 C.F.R. § 820.3(l).

23.     The FDA's authority to regulate medical device accessories extends to all software products that meet the above definition of "accessory." It also reaches software that qualifies as

"Software as a Medical Device" ("SaMD"), as defined by the International Medical Device Regulators Forum ("IMDRF"). FDA, *Medical Device Accessories - Describing Accessories and Classification Pathway for New Accessory Types* 4 (Dec. 20, 2017). Comprised of regulatory authorities from around the world, IMDRF seeks greater international convergence of national medical device regulatory regimes. To this end, it broadly defines SaMD as ". . . software intended to be used for one or more medical purposes that perform these purposes without being part of a hardware medical device." *Id.* at 4-5.

24.     But the identification of a product as an accessory does not necessitate a conclusion that the accessory and its parent device will have the same classification. Rather, under the 21st Century Cures Act, the FDA classifies device accessories "based on the intended use of the accessory, notwithstanding the classification of any other device with which such accessory is intended to be used." 21 U.S.C. § 360c(b)(9).

**B.     Regulation of Diagnostic Computer Monitors.**

25.     Federal law classifies picture archiving and communications systems ("PACS") as Class II medical devices. 21 C.F.R. § 892.2050. A PACS is any device that provides one or more capabilities relating to the acceptance, transfer, display, storage, and digital processing of medical images. *Id.* PACS workstations typically consist of hardware that displays medical images (e.g. computer monitors), as well as software that allows the user to manipulate, enhance, compress, or quantify those images. *Id.* The monitors at issue in this case fall squarely within the definition of PACS, and are therefore Class II medical devices. As such, they require FDA clearance before they can be marketed and sold for use in diagnostic imaging. As a Class II medical device, the FDA has assigned product code "PGY" to the category "Display, Diagnostic Radiology" for use, identification, and classification by manufacturers when submitting required regulatory filings with the FDA.

26.     In addition to FDA regulations, monitors used for medical imaging must comply with a number of radiology industry quality assurance standards including, but not limited to, DICOM part 14 GSDF, AAPM TG 18, DIN 6868-57, DIN 6868-157, JESRA X-0093, IEC

62563-1, ACR, and the New York State Primary Diagnostic Monitor ("PDM") Quality Assurance Program.

27.     Designed to ensure visual quality and accuracy, these standards mandate levels of luminance, contrast, and spatial resolution that are significantly greater than those found in a typical consumer-grade monitor. To comply, medical-grade monitors must possess capabilities and hardware components not present in consumer-grade monitors.

**C.     Reimbursement of Medical Devices Under Government Healthcare Programs and Private Insurance.**

28.     Medicare is a federally-funded healthcare program that provides medical insurance coverage to qualified residents of the United States who are aged 65 and older, younger people with permanent or congenital disabilities, or those who meet other special criteria. The vast majority of Medicare's costs are paid by United States citizens through their taxes.

29.     The United States provides reimbursement for Medicare claims through the Centers for Medicare & Medicaid Services ("CMS"), which is the operating division of the United States Department of Health & Human Services ("HHS"). CMS, in turn, contracts out to Medicare Administrative Contractors ("MACs"), also known as carriers, to review, approve, and pay Medicare claims received from healthcare providers.

30.     Medicare payments are typically made directly to healthcare providers rather than the patient, as Medicare recipients routinely assign their right to payment to the healthcare provider. Once a Medicare recipient assigns their right to payment to a provider, the provider then submits its bill directly to Medicare.

31.     Typically, Medicare reimburses only reasonable and necessary medical services furnished to beneficiaries. 42 U.S.C. § 1395y(a)(1)(A); *see also* 42 C.F.R. § 411.15(k)(1). Federal regulations, national coverage determinations, and local coverage determinations all specify which medical services and products CMS deems reasonable and necessary.

*32.*     Medical devices that do not have FDA approval are generally not eligible for Medicare reimbursement. *See* 42 C.F.R. § 405.201(a)(1) (establishing that CMS "uses the FDA

categorization of a device as a factor in making Medicare coverage decisions"); *Int'l Rehab Scis. Inc. v. Sebelius*, 688 F. 3d 994, 1002 (9th Cir. 2012) ("FDA clearance . . . is necessary, but not sufficient, for Medicare coverage."); *US ex rel. The Dan Abrams Company v. Medtronic, Inc.*, No. LA CV15–01212 JAK (ASX), 2017 WL 4023092, at \*3 (C.D. Cal. Sept. 11, 2017) ("In general, devices that do not have FDA clearance are not eligible for Medicare reimbursement."); CMS, *Medicare Benefit Policy Manual*, CMS Pub. No. 100-02, Ch. 14 § 10 ("Devices that may be covered under Medicare include the following categories: Devices approved by the FDA through the Pre-Market Approval (PMA) process; Devices cleared by the FDA through the 510(k) process; FDA-approved Investigational Device Exemption (IDE) Category B devices; and Hospital IRB-approved non-significant risk devices."); CMS, *Medicare Program; Revised Process for Making Medicare National Coverage Determinations*, 68 Fed. Reg. 55634-01, 2003 WL 22213011 (Sept. 26, 2003) ("[A]n FDA-regulated product must receive FDA approval or clearance (unless exempt from the FDA premarket review process) for at least one indication to be eligible for Medicare coverage.").

33.     Medicaid, 42 U.S.C. § 1396, et seq., is a public assistance program providing for payment of medical expenses for approximately 74 million low-income patients. Funding for Medicaid is shared between the federal government and state governments.

34.     Although Medicaid is administered on a state-by-state basis, the state programs adhere to federal guidelines, and some services must be provided under the state program in order to receive federal funding. 42 U.S.C. § 1396a(a)(10). States may offer additional, non-mandatory services if they choose to do so.

35.     Both federal and state law regulate the extent of Medicaid coverage for medical devices. However, medical devices that are not FDA-approved are typically excluded from reimbursement under Medicaid, as they are under Medicare.

36.     Private insurance companies generally follow the same reimbursement guidelines as government healthcare programs. Like Medicare, they typically only reimburse for medical services they deem "reasonable and necessary." Because of this, private coverage policies usually

restrict reimbursement of medical devices to those that have been cleared by the FDA as safe and effective for each of their indicated uses. *See* FDA, *Payor Communication Task Force*, https://www.fda.gov/about-fda/cdrh-innovation/payor-communication-task-force (last visited Aug. 5, 2019) ("Usually after FDA approval or clearance . . . public and private organizations that pay for health care (payors) and the professionals who provide health care (providers) . . . decide whether to cover, pay for, or use a device.").

## V.   OVERVIEW OF THE SCHEME

### A.   LG and Shareden Imaging Illegally Market Unapproved Monitors

37.     LG has concocted a scheme to unlawfully market computer monitors for diagnostic purposes. For example, LG manufactures and sells the LG 27HJ712C-W and 27HJ712C-B, consumer-grade monitors technologically unsuitable for use in medical imaging. Aware of this, LG has never sought FDA clearance to market them to medical professionals.

38.     Yet LG publicly advertises these monitors on its website as "Clinical Review Monitor[s]."



39.    Marketing imagery accompanying the 27HJ712C-W's product listing is clearly targeted at radiology professionals.





40.     LG also targets radiology industry conferences to solicit potential buyers. For example, at the 2017 annual meeting of the Radiological Society of North America ("RSNA"), LG promoted the 27HJ712C-B for use in read-at-home PACS workstations, promising buyers "special Radiologist discount[s]" and "medical grade performance at a consumer grade price.



41.     At a 2019 meeting of the Society for Imaging Informatics in Medicine, the premier professional organization focused on radiological imaging technology, LG exhibited its ongoing aggressive marketing strategy, pushing the deployment of non-FDA approved monitors through a sales booth featuring multiple consumer-grade LG monitors:



42.     Moreover, employees of both LG and its retailers, including Defendant Shareden Imaging, have personally and directly promoted the monitors to Relator for use in diagnostic radiology. After the 2017 RSNA meeting, Aaron Addison, LG's Western Regional Manager of IT sales, contacted Relator via email and attempted to sell 27HJ712C monitors to Relator's employers - Intermountain Medical Imaging, Gem State Radiology, LLP and St. Alphonsus Health System.

**From:** Aaron Addison/LGEUS HE B2B IT Sales Regional(aaron.addison@lge.com)
**Sent:** Wednesday, November 29, 2017 1:33 PM
**To:** Estenson@imirad.com
**Subject:** LG Clinical Monitors

Hi Eric,

I was given your contact info from my colleague here at RSNA. He said that you were interested in our 27W" clinical monitor and would like to get special pricing in place through CDW. I can most definitely assist you with that. If you're still at the show please swing on by and ask for me. I'll be here the remaining part of today and all day tomorrow.

Thanks again and I look forward to hearing from you.

Respectfully,

Aaron C. Addison
Western Regional Manager IT Sales
HE B2B Division LG Electronics Inc, US
Cell: 513-630-4861

43.     The potential sale fell through after a trial run revealed the monitors' subpar performance. Dr. Jeffrey Seabourn, a radiologist with Gem State Radiology and the hospital's physician liaison for radiology initiatives, conducted the trial. To assess the LG monitor's ability to accurately display images, he used a previously-analyzed CT scan as a sample.  Dr. Seabourn's prior read—performed on an FDA-approved, medical-grade BARCO monitor— revealed sizable cancerous tumors. But when viewed on the LG monitors being pushed by LG's sales representatives, regions of the scan known to contain internal organs, as well as the sizable tumors, only appeared pixelated or black, rendering the scan unreadable. Following this failed trial run, Intermountain Medical Imaging together with employees of St. Alphonsus Hospital, Trinity Health corporate-IT and IBM support worked with LG to rectify the issues without success, and ultimately chose to forgo the purchase, citing safety and quality concerns.

44.     On a separate occasion, Shareden Imaging also tried to sell the LG 27HJ712C-W monitor to Intermountain Medical Imaging. In a December 24, 2018 email to Relator, its Senior Business Development Director, Sharon Johnson, promoted the device for read-at-home PACS workstations.

> On Dec 24, 2018, at 1:11 PM,
> "sharon@sharedenimaging.com"
> <sharon@sharedenimaging.com> wrote:
>
> Happy Holidays Eric,
>
> I'm following up with you post RSNA.  I wanted to make sure you had all possible options to consider as you're strategizing on the right solution to meet your onsite or home reading requirements.
>
> We are the exclusive reseller of the new black LG 27" 8MP medical displays bundled with the integrated PerfectLum calibration and QA software.
>
> This is the perfect solution for onsite and/or teleradiology configurations as these displays can be split into two separate screens or (if purchased as pairs), can be rotated in portrait mode and take up less space than the Dell UP3017 and UP3216 units.  The LG's would be suitable for teleradiology reading purposes (excluding chest and mammography use).

13

45.     By selling non-FDA-cleared monitors to radiology practices, both LG and Shareden Imaging have exhibited a conscious disregard for federal law. They have caused technologically inferior monitors to be utilized in diagnostic radiology exams, for which government healthcare programs have been charged. In addition to causing the government to pay false claims, LG and Shareden Imaging have placed patients at risk of illness or injury due to missed or delayed diagnoses.

46.     By marketing non-FDA-cleared monitors, LG and Shareden Imaging exhibit a conscious disregard for federal law. As the marketing materials and techniques described above suggest, they know the medical groups they target intend to use the monitors for diagnostic purposes. As sophisticated companies that regularly operate in the healthcare space, LG and its retailers such as Shareden Imaging, know that PACS monitors are Class II devices that require FDA clearance before they can be sold. They further know that – as with virtually all medical services – the diagnostic services provided by their customers are billed to government healthcare programs and third-party payers, all of whom typically restrict reimbursement to services performed on FDA-cleared devices. Nonetheless, LG and Shareden Imaging do not disclose to buyers that the LG monitors are not FDA-cleared, and mislead them into believing the monitors are fit for diagnostic use.

47.     Their marketing efforts have been successful. The LG monitors have been purchased by several radiology groups and hospitals in North America, including a hospital in Indiana that uses them in surgery suites. According to Robert Mohadjer, President, Medical Displays for Less, another medical display reseller, multiple radiology practices are currently using LG monitors to read diagnostic tests. Robert Mohadjer confirmed to Relator that he does not recommend LG monitors for such use, as "they are not diagnostic." Robert Mohadjer also informed Relator that one of his company's clients, a Canadian radiologist, "bought one thinking it would be diagnostic and it is not bright enough."

48.     Thus, through the marketing described above, LG and Shareden Imaging have caused technologically inferior monitors to be used in diagnostic radiology exams, for which

14

government healthcare programs and other third-payers have been charged. This has not only caused the government and private insurers to pay false claims, but has placed patients at risk by increasing the likelihood of missed or delayed diagnoses.

**B.      Qubyx Intentionally Deceives the FDA to Obtain 510(K) Clearance for PerfectLum Software Bundles**

49.      Qubyx specializes in developing software for medical display calibration and quality assurance. Through software-only solutions, it purports to convert high-end consumer-grade monitors into medical-grade monitors, essentially by having untrained individuals re-calibrate a non-diagnostic display's color lookup table (LUT) to the DICOM curve—a calibration process which is normally completed by factory-trained technicians at the time of device manufacturing and validated by medical physicists.

50.      Its primary product, PerfectLum, is based on proprietary object code that supposedly calibrates any LCD display to meet the stringent quality standards imposed by the radiology industry. PerfectLum falls squarely within the definition of "accessory" as defined by the FDCA. As such, it requires FDA clearance before it can be lawfully sold within the United States. While Qubyx bundles PerfectLum with specific monitors manufactured by Dell, it also markets it as a stand-alone application.

51.      Qubyx's customer base consists almost exclusively of medical clients. Notable purchasers of PerfectLum include, but are not limited to, the University of Pennsylvania Health System, the University of Wisconsin-Madison, and the University of Arizona.

52.      However, Qubyx's business success rests upon on a series of falsehoods. FDA clearances for its products have been obtained through false statements on 510(k) premarket notifications.

53.      On May 5, 2011, Qubyx submitted its first 510(k) to the FDA for the "Dell Ultrasharp U3011 with Qubyx PerfectLum Bundle." It received clearance to market the bundle on January 30, 2012.

*/ / /*

54.     Qubyx certified in its application that the Dell U3011, when coupled with PerfectLum, is "substantially equivalent" to the LCD3090WQXI, a medical-grade monitor manufactured by NEC Display Solutions, Ltd.

The new and predicate device are substantially equivalent in the areas of technical characteristics, general function, application and indented use.

Comparison table

| | DELL U3011 with PerfectLum version 3 | Predicate device NEC LCD3090WQXI 510(k) number: K083916 |
|---|---|---|
| Panel Type | IPS | IPS |
| Panel size | 30" viewable | 29.8" viewable |
| Native Resolution | 2560 x 1600 | 2560 x 1600 |
| Pixel Pitch | 0.25 mm | 0.25 mm |
| Brightness (typical) | 370 cd/m2 | 350 cd/m2 |
| Contrast Ratio (typical) | 1000:1 | 1000:1 |
| Viewing Angle (typical) | 178° Vert., 178° Hor. | 178° Vert., 178° Hor. |
| Displayable Colors | 1.07 billion colors | 16.7 million |
| DICOM calibration software and AAPM verification software | bundled | optional |

55.     Although the two share similar specifications, the NEC LCD contains fundamentally different technology which enables it to produce higher-quality images than the Dell U3011.

56.     Specifically, the NEC LCD employs circuitry that stabilizes the luminance output of the LCD's backlight. This improves long-term image stability. For a radiologist evaluating a patient's condition, the reproducibility of images from day to day is paramount. Thus, a fundamental concern with diagnostic monitors is their ability to maintain constant brightness and image presentation over time. But consumer-grade monitors that lack stability systems, such as the Dell U3011, can vary significantly in luminance output across the display, even within the first several hours of use. This negatively affects image quality by as much as 30%, as measured on the "just-noticeable-difference" ("JND") scale, a common industry model for assessing observable

16

changes in luminance.

57.     The NEC LCD also contains front panel sensor technology that the Dell U3011 does not. Its front panel sensors periodically measure luminance output and recalibrate the display accordingly. This ensures image consistency across time and variations in temperature. In contrast, the Dell U3011 relies exclusively on backlight sensors for recalibration of front panel output. Over time, this proves to be a less reliable means of validating front panel luminance because aging of the monitor's components tends to distort the relationship between the backlight and front panel output. In fact, physicists and medical device engineers alike have concluded that the use of backlight sensors to stabilize front panel output fails to achieve the visual quality mandated by radiology industry standards.

58.     Finally, the NEC LCD also utilizes higher quality LCD panels than the Dell U3011. In particular, its panels employ pixel-by-pixel correction factors that eliminate "noise" and create greater uniformity across images.

59.     The dissimilarities between the NEC LCD and the Dell U3011 result from differences in <u>hardware</u>, which PerfectLum cannot possibly reconcile. But on its 510(k), Qubyx failed to disclose the technological differences between the two devices, as required under 21

C.F.R. § 807.92(a)(6). Had it done so, the FDA would not have cleared the U3011 bundle for use in medical imaging.

60.     The FDA has issued industry guidance regarding the content of 510(k) summaries for PACS monitors. Though nonbinding, it reflects the agency's position as to which information it deems important in determining "substantial equivalence" between devices. The guidance is widely known and circulated within the industry, and deviations from the guidance are therefore presumptively intentional. The guidance directs that each 510(k) summary for PACS monitors include a discussion of the monitor's luminance calibration capabilities. In particular, it suggests each summary contain "[a] description of the sensor hardware and associated software for performing luminance calibration, and if applicable, details about the user-level procedures,

service-action tolerances, and centralized automatic calibration tools."

61.     Such information is noticeably absent from Qubyx's 510(k) summary for the U3011 bundle. As discussed above, for example, the U3011 lacks front panel sensors that measure luminance output and recalibrate the display – sensors that are present in the NEC LCD. Aware that disclosure of this fact would sink its chance of obtaining clearance, Qubyx omitted this information from its 510(k) summary, in violation of 21 C.F.R. § 807.92(a)(6). It thus obtained clearance for the U3011 bundle by intentionally withholding information from the FDA, despite certifying that no material fact was omitted from its 510(k).

62.     Yet Qubyx's fraudulent behavior does not end there. On February 20, 2017, Qubyx submitted another 510(k) premarket notification to the FDA, this time for the "Dell UP3017 with Qubyx PerfectLum Bundle." It received clearance on May 26, 2017.

63.     This 510(k) states that the Dell UP3017, coupled with PerfectLum, is ". . . compliant with [the] AAPM TG 18 standard and can be used as a primary category display for [the] interpretation of medical images."

> The display device has successfully passed AAPM TG18 acceptance test, so it is compliant with AAPM TG18 standard and can be used as a primary category display for interpretation of medical images. The same is true for the predicate device, so the two devices are substantially equivalent in this regard.

64.     But this statement is untrue. The AAPM TG18 standard calls for certain hardware specifications not present in the Dell UP3017 and whose absence cannot possibly be rectified by software-only applications like PerfectLum. This limitation precludes the monitor's compliance with the AAPM TG18 standard and renders it unfit for diagnostic radiology.

65.     Specifically, consumer-grade monitors typically suffer declines in luminance value as their number of illuminated pixels increases. The Dell UP3017 is no different. In fact, the AAPM team charged with reviewing the Dell UP3017 specifically noted its inability to sustain the minimum required luminance level when its number of illuminated pixels was increased.

/ / /

66.     Therefore, on two separate occasions, Qubyx deceived the FDA to obtain 510(k) clearance for PerfectLum bundles. It made false statements to the agency concerning its products' equivalence to predicate devices, as well as their compliance with radiology industry standards. And on both 510(k) notifications, it falsely certified to the truthfulness and accuracy of the information provided. Truthful statements and certifications would have resulted in FDA denials, thereby prohibiting Qubyx from selling PerfectLum bundles in the United States.

67.     Along with fraudulently inducing the FDA to approve PerfectLum bundles, Qubyx also illicitly sells PerfectLum as a standalone product. As a medical device accessory, PerfectLum is considered by the FDA to be a "finished device" that requires FDA clearance before it can be sold within the United States.

68.     But Qubyx's 510(k) clearances discussed above only cover PerfectLum bundled with the Dell U3011 and UP3017 monitors. Neither grants clearance to PerfectLum as a standalone product. Yet Qubyx advertises PerfectLum as a one-size-fits-all software program that can be coupled with nearly any consumer-grade LCD display to achieve medical-grade image quality.



69.     Thus, hoping to quickly commercialize PerfectLum, Qubyx consciously disregarded medical device regulations. It knowingly proffered false statements to the FDA in

its 510(k) applications. And it caused unapproved PerfectLum products to be sold to radiology practices, where they have since been used for diagnostic purposes. As a medical software company, Qubyx knew that because of its conduct, providers would submit, and government programs and private insurance would subsequently pay, false claims for services performed using its products. Because of its actions, both the government and private insurance companies have been damaged.

70.     One of Qubyx's principal partners in the development and deployment of PerfectLum software is Penn Medicine, the leading patient care provider in Pennsylvania. Penn Medicine has used PerfectLum since 2009, and has purchased more than one hundred licenses of PerfectLum. According to the Director of QUBYX, Marc Leppla, Penn Medicine "is more than a customer and user for QUBYX. The University of Pennsylvania provided us with valuable feedback that helped to improve" the PerfectLum product.

## C.     Dell Conspired with Qubyx to Defraud The FDA and Sell Unapproved Monitors

71.     Dell played a key role in Qubyx's fraudulent scheme. Dell manufactures and sells a line of monitors that includes the U3011, UP3017, U3014, and UP 3216Q models. All are consumer-grade monitors. None have been cleared by the FDA for use in diagnostic radiology.

72.     In a June 9, 2019 email to Relator, Cindy Cheong, a Senior Director in Dell's S&P Displays Product Development division, acknowledged this: "We had launched a couple clinical review monitors which went through formal compliance but for the UP3017 it was not specifically targeted for the medical market and hence will not have had formal certification."



From: Cindy.Cheong@dell.com <Cindy.Cheong@dell.com>
Sent: Sunday, June 9, 2019 7:31:57 AM
To: eric_stenson@outlook.com
Subject: RE: Dell UP3017 Monitor / Diagnostic Use

Hi Eric,

To answer your questions below :

We had worked with Qubyx initially to get them started with Dell monitors. After the initial models they became familiar enough with our specs to independently add products from our offerings.
We had launched also a couple of clinical review monitors which went through formal compliance but for the UP3017 it was not specifically targeted for the medical market and hence will not have had formal certification.

Would it be possible to share specific use case or spec requirement with us so that we can be of further assistance?

Cindy

73.     Nevertheless, Dell partnered with Qubyx to bundle its consumer-grade monitors with PerfectLum in order to penetrate the diagnostic market and thereby bolster its revenue. In

the same email chain, Ms. Cheong informed Relator of the companies' relations: "There is a company called Qubyx that provides solutions for monitors to qualify for medical use. They have solutions for many of our monitors including UP3017. . . . We had worked with Qubyx initially to get them started on Dell monitors. After the initial models they became familiar enough with our specs to independently add products from our offerings."

---

**From:**Cindy.Cheong@dell.com <Cindy.Cheong@dell.com>
**Sent:** Friday, June 7, 2019 12:46:34 AM
**To:** eric_stenson@outlook.com
**Subject:** RE: Dell UP3017 Monitor / Diagnostic Use

Hi Eric,

Thanks for your  email and your keen interest in Dell monitors.
I lead engineering for Bert and he asked me to reach out to you regarding your queries.

There is a company called Qubyx that provides solutions for monitors to qualify for medical use.  They have solutions for many of our monitors including UP3017.
I have  added below a relevant excerpt from their website.

I believe this may suit your needs.  If not, please feel free to let us know how we can be of further help.

Regards,

Cindy Cheong
Senior Director
S&P Displays Product Development
Dell  |Singapore
office+65 6823 6070, fax+65 68291070
Cindy_Cheong@Dell.com

---

74.     But Dell knew PerfectLum would fail to adequately convert its consumer-grade monitors to diagnostic-grade displays. It understood that such a conversion would require additional hardware components (i.e. backlight stabilization, uniformity correction, and front panel sensors) that were beyond what any software application could supply. Ms. Cheong's emails make this clear.

---

**From:** Cindy.Cheong@dell.com <Cindy.Cheong@dell.com>
**Sent:** Sunday, June 9, 2019 8:54 AM
**To:** eric_stenson@outlook.com
**Subject:** RE: Dell UP3017 Monitor / Diagnostic Use

Generally true that for medical applications we would need to add capabilities to the typical LCD monitor to solve for the issues you listed below.  The underlying technology for LCD is the same just that requirements would be much more stringent to meet the certifications hence the high price.  We launched a Dell branded 24" model a couple of years back where we add backlight stabilization and uniformity compensation – though we have since discontinued this product.

https://l.dell.com/sites/csdocuments/Product_Docs/en/dell_medical_review_24_monitor_mr2416_product_spec_sheet.pdf

Cindy

---

75.     In conflict with Qubyx's 510(k) clearances, Dell and Qubyx also work together to sell monitors *without* PerfectLum. As discussed above, the 510(k) clearances are limited in scope. By their express terms, they strictly permit the use of the Dell UP3017 and U3011 in medical imaging only when coupled with PerfectLum software.

**Indications for Use Form**

510(k) Number: K111385

Device Name: qubyx's DELL UltraSharp U3011 with QUBYX PerfectLum Bundle

Indications for Use: The DELL UltraSharp U3011 with QUBYX PerfectLum is intended to be used in displaying and viewing of digital images, for review and analysis by trained medical practitioners.

The DELL UltraSharp U3011 must only be used in conjunction with QUBYX PerfectLum 3.0

These devices must not be used in primary image diagnosis in mammography.

The device can not be used for a life-support system.

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Food and Drug Administration<br>**Indications for Use** | Form Approved: OMB No. 0910-0120<br>Expiration Date: January 31, 2017<br>*See PRA Statement below.* |
|---|---|

510(k) Number *(if known)*
K171229

Device Name
Dell UP3017 with QUBYX PerfectLum bundle

Indications for Use *(Describe)*

The DELL UP3017 with QUBYX PerfectLum is intended to be used for displaying and viewing medical images, for review and analysis by trained medical practitioners.
The DELL UP3017 can be used only in conjunction with QUBYX PerfectLum.
The device can not be used in primary image diagnosis in mammography.
The device can not be used for a life-support system.
The device does not contact with the patient.
The device is intended for prescription use.

76.     Despite this, both Qubyx and Dell instruct customers to purchase Dell monitors without PerfectLum. Indeed, Dell marketing materials clearly advertise their monitors as suitable for diagnostic radiology, when in fact they are not.



77.     In essence, Dell actively assisted Qubyx in deceiving the FDA in order to market its consumer-grade monitors to medical clients in the United States. It also promotes its monitors for uses not cleared by the FDA. Because of these efforts, Dell's monitors have been placed in hospital systems and radiology practices, and providers have received reimbursement from government healthcare programs and private insurers for services conducted on them.

78.     Furthermore, as Cindy Cheong's emails show, Dell knew its consumer-grade monitors are unfit for medical imaging. By partnering with Qubyx, whose clientele consists almost exclusively of medical offices, Dell knew purchasers of its monitors intended to use them for diagnostic purposes. Dell itself is an active participant in the healthcare industry. As such, it was aware diagnostic services performed on its monitors would be billed to government

healthcare programs and private insurers alike. Despite this, Dell actively sought to mislead both its customers and the FDA regarding the suitability of its consumer-grade monitors for diagnostic radiology. Due to its conduct, both the federal government and private insurers have been damaged.

### D.   Defendants' Conduct Endangers Patient Health

79.   In defrauding the federal government, Defendants prioritize profits over patient health. The FDA regulates medical devices for a reason – to ensure patient access to safe, effective, and high-quality products. Simply put, however, Defendants' conduct exhibits their utter contempt for the FDA's mission, and ignores radiology's importance to modern medicine.

80.   Few areas of medicine require no diagnostic testing.  Diagnostic radiology touches nearly every specialty, stretching from oncology to orthopedics to neurology and more. Radiological exams, such as MRIs and CTs, provide physicians with reliable, non-invasive procedures to detect disease-related changes in the human body. To this end, computer monitors used in diagnostic radiology must be capable of accurately showing anatomical information.  The ability to distinguish between the body's structures including, among other things, organs, bones, and tumors, is especially important. The primary diagnostic display is the primary operating theater for a radiologist – the display is the essence of the radiologist's workflow, used to make diagnostic interpretations by a single radiologist on thousands, or tens of thousands of patients annually.

81.   But Defendants knowingly sell monitors to the medical community that are unfit for this task. Although facially similar to their medical-grade counterparts, Defendants' consumer-grade monitors are intended for the automation of simple office tasks, not for the complex analysis of medical images. And their inability to reliably display anatomical landmarks can affect the timeliness and accuracy of patient diagnoses, with potentially catastrophic consequences for patients. For many diseases, such as cancer, early detection greatly increases the chances for successful treatment. But failure to identify tumors or other disease-related

developments can be life-threatening.

82.     Worse yet, many radiologists lack the technical training necessary to recognize that their monitors are in fact unsuitable for diagnostic radiology. This can cause them to unknowingly miss patient diagnoses altogether. At least one such incident, which involved the use of a consumer-grade monitor in a controlled laboratory environment, is believed to have occurred at Relator's current employer.

83.     On this basis, Defendants' conduct threatens patients' lives. Their pursuit of ever-greater corporate profits has led them to abuse the medical community's trust and knowingly violate federal law. By carrying on their fraud against the government, Defendants continue to grow their bottom lines at patients' expense.

84.     Medicare, Medicaid, and private insurers have been billed, and paid for, thousands of diagnostic services performed on these non-FDA-cleared, consumer grade monitors. Had these payers known the truth, they would not have paid those claims. FDA clearance is an explicit condition of payment for services performed using Class II and Class III devices. Moreover, Defendants' failure to obtain FDA clearance is not a mere technicality or "victimless crime." Rather, it has caused misbranded medical devices to be distributed via interstate commerce. Defendants' active marketing of consumer grade monitors for diagnostic purposes thus puts patient health and safety at risk. Their violations are thus even more material to government programs and other payers.

**E.     Defendants Have Caused the Submission of False Claims**

85.     Defendants' conduct has resulted in the submission of false claims to government healthcare programs and private health insurers. By unlawfully promoting consumer-grade monitors for diagnostic purposes, Defendants have knowingly placed inferior equipment in radiology practices across the country.

86.     Defendant vRad is one example. vRad is one of the largest independent providers of radiology in the United States. vRad is contracted with approximately 2,100 hospitals across the

country. In 2011, vRad acquired Philadelphia-based Diagnostic Imaging Inc. (DII), Philadelphia's largest radiology practice at the time. At the time of acquisition, DII provided radiology services to sixteen hospitals and imaging center in the Philadelphia region. Since the time of acquisition, vRad has continue to grow its presence in the Philadelphia area.

87.     As confirmed to Relator by the former Director of Clinical Informatics for one of vRad's subsidiaries, vRad uses commercial, non-FDA approved Dell monitors for radiologic diagnosis. A marketing video produced by vRad shows its Chief Medical Officer, Dr. Benjamin W. Strong, demonstrating vRad's "reading platform":



88.     Each of the three screens in the "reading platform" is a commercial-grade Dell monitor. Because of feedback from several of the companies that vRad has acquired—which are using appropriate, diagnostic-grade monitors—vRad received bids to replace all of its non-diagnostic monitors with FDA-approved monitors. On information and belief, however, despite its knowledge that the vast majority of its monitors are not appropriate for diagnostic purposes, vRad continues reading on those monitors, and submitting claims for payment to Medicare and other payers for those reads.

89.    Radiology Ltd. is another example of a large radiology group that Dell has caused
to submit false claims for diagnoses performed on non-FDA approved Dell monitors. Based in
Tucson, Arizona, Radiology Ltd. employs approximately forty-five specialists and 400 staff
members across eight diagnostic centers. In addition to referred patients, it provides regular
radiology services for two hospitals within the state.

90.    Since approximately July 1, 2013, Radiology Ltd. has used Dell 30" UP3017 and
23" e2318h computer monitors in each of its facilities. Both models are consumer-grade. The
e2318h has never received FDA clearance for any indication. The UP3017, discussed above, has
received clearance, but only in conjunction with PerfectLum software.



91.    But Radiology Ltd. does not bundle any of its monitors with PerfectLum.  Though
PerfectLum does not compensate for consumer-grade monitors' shortcomings anyway, such use
still violates the UP3017's 510(k) clearance, which expressly limits its indications to those ". . .
in conjunction with Qubyx PerfectLum."

92.    FDA clearance, as well as compliance with applicable regulations, are well-

27

documented prerequisites for reimbursement from Medicare, Medicaid, and most, if not all,

private health insurance plans. Yet, in 2016 alone, Radiology Ltd. received $6,646,850.54 in

reimbursement from CMS for diagnostic services performed on its Dell monitors. [See Exhibit

A – Spreadsheet]. This figure excludes mammographies, which it properly conducts on medical-

grade monitors, but includes all other radiology exams. In fact, most of its claims are for MRIs,

CTs, ultrasounds, and X-rays. Because these exams were read on unapproved consumer-grade

monitors, each claim is false. Had CMS been aware that Radiology Ltd. conducted these

diagnostic services on inadequate monitors, it would not have paid for them.

92. 93.    As another example, Dell has caused consumer grade monitors to be used for

diagnostic readings by the Johns Hopkins Health System. This is a photograph of Johns

Hopkins' Neurological Radiologist Dr. David Yousem, viewing images on consumer grade Dell

monitors:



94.    The IT Director for Johns Hopkins, Charlene Tomaselli, confirmed to Relator in

September 2019 what the above photograph shows—that Johns Hopkins' radiologists read CT,

MR, PET, US images on standard Dell monitors.

95.    As to LG, a radiologist who works at East Alabama Medical Center in Opelika,

AL, and the three Baptist Hospitals in Montgomery, Alabama, is using a consumer-grade, non-

FDA-approved LG 27HJ713C for diagnostic reads.

96.     These radiology groups are merely the tip of the iceberg. Given the aggressive marketing schemes of Dell, LG, Qubyx, and their retailers, Defendants' fraudulent promotional scheme has caused other medical facilities to buy consumer-grade monitors as well. But for Defendants' unlawful conduct, these facilities would not have subsequently used them to interpret medical images, and government programs and private insurers would not have provided millions in reimbursement for such services.

## VI.     CAUSES OF ACTION

### COUNT I
### On Behalf of the United States
### Federal False Claims Act, causing to be Presented False Claims
### 31 U.S.C. § 3729(a)(1)(A)

97.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

98.     Defendants knowingly (as defined in 31 U.S.C. § 3729(b)(1)) presented or caused to be presented false claims for payment or approval to an officer or employee of the United States.

99.     The conduct of Defendants violated 31 U.S.C. § 3729(a)(1)(A) and was a substantial factor in causing the United States to sustain damages in an amount according to proof.

### COUNT II
### On Behalf of the United States Federal False Claims Act,
### Making or Using False Records
### or Statements Material to Payment or Approval of False Claims
### 31 U.S.C. § 3729(a)(1)(B)

100.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

101.    Defendants knowingly (as defined in 31 U.S.C. § 3729(b)(1)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

102.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement,

and records of services, that were material to the payment or approval of charges by the Medicare program that were higher than it was permitted to claim or charge by applicable law.

103.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

104.    The conduct of Defendants violated 31 U.S.C. § 3729(a)(1)(B) and was a substantial factor in causing the United States to sustain damages in an amount according to proof.

### COUNT III
**On Behalf of the United States Federal False Claims Act**
**Conspiracy To Violate The Act**
**31 U.S.C. § 3729(a)(1)(C)**

105.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

106.    Defendants, between and among themselves, conspired to defraud the United States by: (1) causing to be presented false claims for payment or approval to an officer or employee of the United States, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

107.    The conduct of Defendants violated 31 U.S.C. § 3729(A)(1)(C) and was a substantial factor in causing the United States to sustain damages in an amount according to proof.

### COUNT IV
**(In the Alternative)**
**On Behalf of the United States Federal False Claims Act,**
**Retention of Proceeds to Which Not Entitled**
**31 U.S.C. § 3729(a)(1)(G)**

108.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

109.    In the alternative, Defendants knowingly made, used, or caused to be made or used,

a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

110.    As discussed above, Defendants received far more money from the Medicare and Medicaid programs than it was entitled to. Defendants knew that it received more money than it was entitled to, and avoided its obligation to return the excess money to the Government.

111.    The conduct of Defendants violated 31 U.S.C. § 3729(a)(1)(G) and was a substantial factor in causing the United States to sustain damages in an amount according to proof.

## COUNT V
### On Behalf Of The State Of California
### California False Claims Act, Causing To Be Presented False Claims
### Cal. Gov't. Code § 12651(A)(1)

112.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

113.    Defendants knowingly (as defined in Cal. Gov't. Code § 12650(b)(3)) presented or caused to be presented false claims for payment or approval to an officer or employee of the United States.

114.    The conduct of Defendants violated Cal. Gov't. Code § 12651(a)(1) and was a substantial factor in causing California to sustain damages in an amount according to proof.

## COUNT VI
### On Behalf Of The State Of California
### California False Claims Act, Making Or Using False Records Or Statements
### Material To Payment Or Approval Of False Claims
### Cal. Gov't. Code § 12651(A)(2)

115.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

116.    Defendants knowingly (as defined in Cal. Gov't. Code § 12650(b)(3)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

117.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medi-Cal program that were higher than it was permitted to claim or charge by applicable law.

118.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

119.    The conduct of Defendants violated Cal. Gov't. Code § 12651(a)(2) and was a substantial factor in causing California to sustain damages in an amount according to proof.

**COUNT VII**
**On Behalf Of The State Of California**
**California False Claims Act, Conspiracy To Violate The Act**
**Cal. Gov't. Code § 12651(A)(3)**

120.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

121.    Defendants, between and among themselves, conspired to defraud the State of California by: (1) causing to be presented false claims for payment or approval to an officer or employee of California, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

122.    The conduct of Defendants violated Cal. Gov't. Code § 12651(a)(3) and was a substantial factor in causing California to sustain damages in an amount according to proof.

**COUNT VIII**
**(In The Alternative)**
**On Behalf Of The State Of California**
**California False Claims Act, Retention Of Proceeds To Which Not Entitled**
**31 U.S.C. § 3729(A)(1)(G)**

123.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

124.     In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

125.     As discussed above, Defendants received far more money from the Medi-Cal program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

126.     The conduct of Defendants violated Cal. Gov't. Code § 12651(a)(3) and was a substantial factor in causing California to sustain damages in an amount according to proof.

**COUNT IX**
**On Behalf Of The State Of Colorado**
**Colorado Medicaid False Claims Act, Causing To Be Presented False Claims**
**Colo. Rev. Stat. Ann. § 25.5-4-305(1)(A)**

127.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

128.     Defendants knowingly (as defined in Colo. Rev. Stat. Ann. § 25.5-4-305(1)(a)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Colorado.

129.     The conduct of Defendants violated Colo. Rev. Stat. Ann. § 25.5-4-305(1)(a) and was a substantial factor in causing Colorado to sustain damages in an amount according to proof.

**COUNT X**
**On Behalf Of The State Of Colorado**
**Colorado Medicaid False Claims Act, Making Or Using False Records Or Statements**
**Material To Payment Or Approval Of False Claims**
**Colo. Rev. Stat. Ann. § 25.5-4-305(1)(B)**

130.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

131.     Defendants knowingly (as defined in Colo. Rev. Stat. Ann. § 25.5-4-305(1)(a)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

132.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

133.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

134.     The conduct of Defendants violated Colo. Rev. Stat. Ann. § 25.5-4-305(1)(b) and was a substantial factor in causing Colorado to sustain damages in an amount according to proof.

**COUNT XI**
**On Behalf Of The State Of Colorado**
**Colorado Medicaid False Claims Act, Conspiracy To Violate The Act**
**Colo. Rev. Stat. Ann. § 25.5-4-305(1)(G)**

135.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

136.     Defendants, between and among themselves, conspired to defraud the State of Colorado by: (1) causing to be presented false claims for payment or approval to an officer or employee of Colorado, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

137.     The conduct of Defendants violated Colo. Rev. Stat. Ann. § 25.5-4-305(1)(g) and was a substantial factor in causing Colorado to sustain damages in an amount according to proof.

**COUNT XII**
**(In The Alternative)**
**On Behalf Of The State Of Colorado**
**Colorado Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitled**
**Colo. Rev. Stat. Ann. § 25.5-4-305(1)(F)**

138.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

139.     In the alternative, Defendants knowingly made, used, or caused to be made or used,

a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

140.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

141.    The conduct of Defendants violated Colo. Rev. Stat. Ann. § 25.5-4-305(1)(f) and was a substantial factor in causing California to sustain damages in an amount according to proof.

## COUNT XIII
### On Behalf Of The State Of Connecticut
### Connecticut False Claims Act For Medical Assistance Programs
### Causing To Be Presented False Claims
### Conn. Gen Stat. Ann § 4-275(1)

142.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

143.    Defendants knowingly (as defined in Conn. Gen. Stat. § 4-274(1)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Connecticut.

144.    The conduct of Defendants violated Conn. Gen. Stat. Ann. § 4-275(1) and was a substantial factor in causing Connecticut to sustain damages in an amount according to proof.

## COUNT XIV
### On Behalf Of The State Of Connecticut
### Connecticut False Claims Act For Medical Assistance Programs, Making Or Using False
### Records Or Statements Material To Payment Or Approval Of False Claims
### Conn. Gen Stat. Ann § 4-275(2)

145.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

146.    Defendants knowingly (as defined in Conn. Gen. Stat. § 4-274(1)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

147.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

148.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

149.    The conduct of Defendants violated Conn. Gen. Stat. Ann. § 4-275(2) and was a substantial factor in causing Connecticut to sustain damages in an amount according to proof.

### COUNT XV
**On Behalf Of The State Of Connecticut**
**Connecticut False Claims Act For Medical Assistance Programs**
**Conspiracy To Violate The Act**
**Conn. Gen Stat. Ann § 4-275(3)**

150.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

151.    Defendants, between and among themselves, conspired to defraud the State of Connecticut by: (1) causing to be presented false claims for payment or approval to an officer or employee of Connecticut, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

152.    The conduct of Defendants violated Conn. Gen. Stat. Ann. § 4-275(3) and was a substantial factor in causing Connecticut to sustain damages in an amount according to proof.

### COUNT XVI
**(In The Alternative)**
**On Behalf Of The State Of Connecticut**
**Connecticut False Claims Act For Medical Assistance Programs, Retention Of Proceeds To Which Not Entitled**
**Conn. Gen Stat. Ann § 4-275(8)**

153.    Plaintiffs incorporate by reference and reallege all of the allegations contained in

paragraphs 1 through 83 of this Complaint as though fully set forth herein.

154.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

155.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

156.    The conduct of Defendants violated Conn. Gen. Stat. Ann. § 4-275(8) and was a substantial factor in causing Connecticut to sustain damages in an amount according to proof.

**COUNT XVII**
**On Behalf Of The State Of Delaware**
**Delaware False Claims And Reporting Act, Causing To Be Presented False Claims**
**Del. Code Ann. Tit. 6, § 1201(A)(1)**

157.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

158.    Defendants knowingly (as defined in Del. Code Ann. tit. 6, § 1202(3)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Delaware.

159.    The conduct of Defendants violated Del. Code Ann. tit. 6, § 1201(a)(1) and was a substantial factor in causing Delaware to sustain damages in an amount according to proof.

**COUNT XVIII**
**On Behalf Of The State Of Delaware**
**Delaware False Claims And Reporting Act, Making Or Using False Records Or Statements**
**Material To Payment Or Approval Of False Claims**
**Del. Code Ann. Tit. 6, § 1201(A)(2)**

160.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

161.    Defendants knowingly (as defined in Del. Code Ann. tit. 6, § 1202(3)) made, used, or caused to be made or used false records or statements material to false or fraudulent

claims.

162.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

163.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

164.    The conduct of Defendants violated Del. Code Ann. tit. 6, § 1201(a)(2) and was a substantial factor in causing Delaware to sustain damages in an amount according to proof.

## COUNT XIX
### On Behalf Of The State Of Delaware
### Delaware False Claims And Reporting Act, Conspiracy To Violate The Act
### Del. Code Ann. Tit. 6, § 1201(A)(3)

165.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

166.    Defendants, between and among themselves, conspired to defraud the State of Delaware by: (1) causing to be presented false claims for payment or approval to an officer or employee of Delaware, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

167.    The conduct of Defendants violated Del. Code Ann. tit. 6, § 1201(a)(3) and was a substantial factor in causing Delaware to sustain damages in an amount according to proof.

## COUNT XX
### (In The Alternative)
### On Behalf Of The State Of Delaware
### Delaware False Claims And Reporting Act, Retention Of Proceeds To Which Not Entitled
### Del. Code Ann. Tit. 6, § 1201(A)(7)

168.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

169.    In the alternative, Defendants knowingly made, used, or caused to be made or used,

a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

170.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

171.    The conduct of Defendants violated Del. Code Ann. tit. 6, § 1201(a)(7) and was a substantial factor in causing Delaware to sustain damages in an amount according to proof.

## COUNT XXI
### On Behalf Of The District Of Columbia
### District Of Columbia False Claims Act, Causing To Be Presented False Claims
### D.C. Code § 2-381.02(A)(1)

172.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

173.    Defendants knowingly (as defined in D.C. Code § 2-381.01(7)) presented or caused to be presented false claims for payment or approval to an officer or employee of the District of Columbia.

174.    The conduct of Defendants violated D.C. Code § 2-381.02(a)(1) and was a substantial factor in causing the District of Columbia to sustain damages in an amount according to proof.

## COUNT XXII
### On Behalf Of The District Of Columbia
### District Of Columbia False Claims Act, Making Or Using False Records Or Statements
### Material To Payment Or Approval Of False Claims
### D.C. Code § 2-381.02(A)(2)

175.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

176.    Defendants knowingly (as defined in D.C. Code § 2-381.01(7)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

177.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

178.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

179.     The conduct of Defendants violated D.C. Code § 2-381.02(a)(2) and was a substantial factor in causing the District of Columbia to sustain damages in an amount according to proof.

## COUNT XXIII
### On Behalf Of The District Of Columbia
### District Of Columbia False Claims Act, Conspiracy To Violate The Act
### D.C. Code § 2-381.02(A)(7)

180.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

181.     Defendants, between and among themselves, conspired to defraud the District of Columbia by: (1) causing to be presented false claims for payment or approval to an officer or employee of the District of Columbia, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

182.     The conduct of Defendants violated D.C. Code § 2-381.02(a)(7) and was a substantial factor in causing the District of Columbia to sustain damages in an amount according to proof.

## COUNT XXIV
### (In The Alternative)
### On Behalf Of The District Of Columbia
### District Of Columbia False Claims Act, Retention Of Proceeds To Which Not Entitled
### D.C. Code § 2-381.02(A)(9)

183.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

184.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

185.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

186.    The conduct of Defendants violated D.C. Code § 2-381.02(a)(9) and was a substantial factor in causing the District of Columbia to sustain damages in an amount according to proof.

**COUNT XXV**
**On Behalf Of The State Of Florida**
**Florida False Claims Act, Causing To Be Presented False Claims**
**Fla. Stat. Ann. § 68.082(2)(A)**

187.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

188.    Defendants knowingly (as defined in Fla. Stat. Ann. § 68.082(1)(c)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Florida.

189.    The conduct of Defendants violated Fla. Stat. Ann. § 68.082(2)(a) and was a substantial factor in causing Florida to sustain damages in an amount according to proof.

**COUNT XXVI**
**On Behalf Of The State Of Florida**
**Florida False Claims Act, Making Or Using False Records Or Statements Material To Payment Or Approval Of False Claims**
**Fla. Stat. Ann. § 68.082(2)(B)**

190.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

191.    Defendants knowingly (as defined in Fla. Stat. Ann. § 68.082(1)(c)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

192.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

193.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

194.     The conduct of Defendants violated Fla. Stat. Ann. § 68.082(2)(b) and was a substantial factor in causing Florida to sustain damages in an amount according to proof.

## COUNT XXVII
### On Behalf Of The State Of Florida
### Florida False Claims Act, Conspiracy To Violate The Act
### Fla. Stat. Ann. § 68.082(2)(C)

195.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this Complaint as though fully set forth herein.

196.     Defendants, between and among themselves, conspired to defraud the State of Florida by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Florida, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

197.     The conduct of Defendants violated Fla. Stat. Ann. § 68.082(2)(c) and was a substantial factor in causing Florida to sustain damages in an amount according to proof.

## COUNT XXVIII
### (In The Alternative)
### On Behalf Of The State Of Florida
### Florida False Claims Act, Retention Of Proceeds To Which Not Entitled
### Fla. Stat. Ann. § 68.082(2)(G)

198.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

199.     In the alternative, Defendants knowingly made, used, or caused to be made or used,

a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

200.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

201.    The conduct of Defendants violated Fla. Stat. Ann. § 68.082(2)(g) and was a substantial factor in causing Florida to sustain damages in an amount according to proof.

### COUNT XXIX
**On Behalf Of The State Of Georgia**
**Georgia Medicaid False Claims Act, Causing To Be Presented False Claims**
**Ga. Code Ann. § 49-4-168(A)(1)**

202.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

203.    Defendants knowingly (as defined in Ga. Code Ann. § 49-4-168(2)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Georgia.

204.    The conduct of Defendants violated Ga. Code Ann. § 49-4-168(a)(1) and was a substantial factor in causing Georgia to sustain damages in an amount according to proof.

### COUNT XXX
**On Behalf Of The State Of Georgia**
**Georgia Medicaid False Claims Act, Making Or Using False Records Or Statements Material**
**To Payment Or Approval Of False Claims**
**Ga. Code Ann. § 49-4-168(A)(2)**

205.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

206.    Defendants knowingly (as defined in Ga. Code Ann. § 49-4-168(2)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

207.    Defendants knowingly made, used, and/or caused to be made and used false

records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

208.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

209.    The conduct of Defendants violated Ga. Code Ann. § 49-4-168(a)(2) and was a substantial factor in causing Georgia to sustain damages in an amount according to proof.

### COUNT XXXI
**On Behalf Of The State Of Georgia**
**Georgia Medicaid False Claims Act, Conspiracy To Violate The Act**
**Ga. Code Ann. § 49-4-168(A)(3)**

210.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

211.    Defendants, between and among themselves, conspired to defraud the State of Georgia by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Georgia, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

212.    The conduct of Defendants violated Ga. Code Ann. § 49-4-168(a)(3) and was a substantial factor in causing Georgia to sustain damages in an amount according to proof.

### COUNT XXXII
**(In the Alternative)**
**On Behalf of the state of Georgia**
**Georgia Medicaid FALSE CLAIMS ACT, Retention of Proceeds to Which Not Entitled**
**Ga. Code Ann. § 49-4-168(a)(7)**

213.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

214.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the

Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

215.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

216.    The conduct of Defendants violated Ga. Code Ann. § 49-4-168(a)(7) and was a substantial factor in causing Georgia to sustain damages in an amount according to proof.

**COUNT XXXIII**
**On Behalf Of The State Of Hawaii**
**Hawaii False Claims Act, Causing To Be Presented False Claims**
**Haw. Rev. Stat. § 661-21(A)(1)**

217.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

218.    Defendants knowingly (as defined in Haw. Rev. Stat. § 661-21(e)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Hawaii.

219.    The conduct of Defendants violated Haw. Rev. Stat. § 661-21(a)(1) and was a substantial factor in causing Hawaii to sustain damages in an amount according to proof.

**COUNT XXXIV**
**On Behalf Of The State Of Hawaii**
**Hawaii False Claims Act, Making Or Using False Records Or Statements Material To**
**Payment Or Approval Of False Claims**
**Haw. Rev. Stat. § 661-21(A)(2)**

220.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

221.    Defendants knowingly (as defined in Haw. Rev. Stat. § 661-21(e)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

222.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement,

and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

223.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations. The conduct of Defendants violated Haw. Rev. Stat. § 661-21(a)(2) and was a substantial factor in causing Hawaii to sustain damages in an amount according to proof.

### COUNT XXXV
**On Behalf Of The State Of Hawaii**
**Hawaii False Claims Act, Conspiracy To Violate The Act**
**Haw. Rev. Stat. § 661-21(A)(8)**

224.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

225.    Defendants, between and among themselves, conspired to defraud the State of Hawaii by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Hawaii, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

226.    The conduct of Defendants violated Haw. Rev. Stat. § 661-21(a)(8) and was a substantial factor in causing Georgia to sustain damages in an amount according to proof.

### COUNT XXXVI
**(In The Alternative)**
**On Behalf Of The State Of Hawaii**
**Hawaii False Claims Act, Retention Of Proceeds To Which Not Entitled**
**Haw. Rev. Stat. § 661-21(A)(6)**

227.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

228.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an

46

obligation to pay or transmit money or property to the Government.

229.     As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

230.     The conduct of Defendants violated Haw. Rev. Stat. § 661-21(A)(8) and was a substantial factor in causing Hawaii to sustain damages in an amount according to proof.

**COUNT XXXVII**
**On Behalf Of The State Of Illinois**
**Illinois False Claims Act, Causing To Be Presented False Claims**
**740 ILCS 175/3(A)(1)(A)**

231.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

232.     Defendants knowingly (as defined in 740 ILCS 175/3(a)(2)(b)(1)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Illinois.

233.     The conduct of Defendants violated 740 ILCS 175/3(a)(1)(A) and was a substantial factor in causing Illinois to sustain damages in an amount according to proof.

**COUNT XXXVIII**
**On Behalf Of The State Of Illinois**
**Illinois False Claims Act, Making Or Using False Records Or Statements Material To**
**Payment Or Approval Of False Claims**
**740 ILCS 175/3(A)(1)(B)**

234.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

235.     Defendants knowingly (as defined in 740 ILCS 175/3(a)(2)(b)(1)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

236.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the

Medicaid program that were higher than it was permitted to claim or charge by applicable law.

237.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

238.    The conduct of Defendants violated 740 ILCS 175/3(a)(1)(B) and was a substantial factor in causing Illinois to sustain damages in an amount according to proof.

### COUNT XXXIX
**On Behalf Of The State Of Illinois**
**Illinois False Claims Act, Conspiracy To Violate The Act**
**740 ILCS 175/3(a)(1)(C)**

239.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

240.    Defendants, between and among themselves, conspired to defraud the State of Illinois by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Illinois, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

241.    The conduct of Defendants violated 740 ILCS 175/3(a)(1)(C) and was a substantial factor in causing Georgia to sustain damages in an amount according to proof.

### COUNT XL
**(In The Alternative)**
**On Behalf Of The State Of Illinois**
**Illinois False Claims Act, Retention Of Proceeds To Which Not Entitled**
**740 ILCS 175/3(a)(1)(G)**

242.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

243.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

244.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

245.    The conduct of Defendants violated 740 ILCS 175/3(a)(1)(G) and was a substantial factor in causing Illinois to sustain damages in an amount according to proof.

**COUNT XLI**
**On Behalf Of The State Of Indiana**
**Medicaid False Claims And Whistleblower Protection Act,**
**Causing To Be Presented False Claims**
**IC 5-11-5.5-2(b)(8)**

246.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

247.    Defendants knowingly (as defined in IC 5-11-5.5-1(4)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Indiana.

248.    The conduct of Defendants violated IC 5-11-5.5-2(b)(8) and was a substantial factor in causing Indiana to sustain damages in an amount according to proof.

**COUNT XLII**
**On Behalf Of The State Of Indiana**
**Medicaid False Claims And Whistleblower Protection Act, Making Or Using False Records**
**Or Statements Material To Payment Or Approval Of False Claims**
**IC 5-11-5.5-2(b)(2)**

249.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

250.    Defendants knowingly (as defined in IC 5-11-5.5-1(4)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

251.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

252.    Defendants knowingly made, used, and caused to be made and used false

49

certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

253.    The conduct of Defendants violated IC 5-11-5.5-2(b)(2) and was a substantial factor in causing Indiana to sustain damages in an amount according to proof.

## COUNT XLIII
### On Behalf Of The State Of Indiana,
**Medicaid False Claims And Whistleblower Protection Act Conspiracy To Violate The Act**
**IC 5-11-5.5-2(b)(7)**

254.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

255.    Defendants, between and among themselves, conspired to defraud the State of Indiana by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Indiana, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

256.    The conduct of Defendants violated IC 5-11-5.5-2(b)(7) and was a substantial factor in causing Indiana to sustain damages in an amount according to proof.

## COUNT XLIV
### (In The Alternative)
### On Behalf Of The State Of Indiana
**Medicaid False Claims And Whistleblower Protection Act**
**Retention Of Proceeds To Which Not Entitled**
**IC 5-11-5.5-2(b)(6)**

257.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

258.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

259.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they

were entitled to, and avoided its obligation to return the excess money to the Government.

260.     The conduct of Defendants violated IC 5-11-5.5-2(b)(6) and was a substantial factor in causing Indiana to sustain damages in an amount according to proof.

## COUNT XLV
### On Behalf Of The State Of Iowa
### Iowa Medicaid False Claims Act, Causing To Be Presented False Claims
### Iowa Code Ann. § 685.2(1)(a)

261.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

262.     Defendants knowingly (as defined in Iowa Code Ann. § 685.1(7)(a)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Iowa.

263.     The conduct of Defendants violated Iowa Code Ann. § 685.2(1)(a) and was a substantial factor in causing Iowa to sustain damages in an amount according to proof.

## COUNT XLVI
### On Behalf Of The State Of Iowa
### Iowa Medicaid False Claims Act, Making Or Using False Records Or Statements Material To Payment Or Approval Of False Claims
### Iowa Code Ann. § 685.2(1)(b)

264.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

265.     Defendants knowingly (as defined in Iowa Code Ann. § 685.1(7)(a)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

266.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

267.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based,

were accurate, and were supplied in full compliance with all applicable statutes and regulations.

268.    The conduct of Defendants violated Iowa Code Ann. § 685.2(1)(b) and was a substantial factor in causing Iowa to sustain damages in an amount according to proof.

### COUNT XLVII
**On Behalf Of The State Of Iowa,**
**Iowa Medicaid False Claims Act, Conspiracy To Violate The Act**
**Iowa Code Ann. § 685.2(1)(c)**

269.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

270.    Defendants, between and among themselves, conspired to defraud the State of Iowa by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Iowa, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

271.    The conduct of Defendants violated Iowa Code Ann. § 685.2(1)(c) and was a substantial factor in causing Iowa to sustain damages in an amount according to proof.

### COUNT XLVIII
**(In The Alternative)**
**On Behalf Of The State Of Iowa**
**Iowa Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitled**
**Iowa Code Ann. § 685.2(1)(g)**

272.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

273.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

274.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

275.    The conduct of Defendants violated Iowa Code Ann. § 685.2(1)(g) and was a substantial factor in causing Iowa to sustain damages in an amount according to proof. La. Rev. Stat. Ann. §§ 46.437.1

### COUNT XLIX
**On Behalf Of The State Of Louisiana**
**Louisiana Medical Assistance Programs Integrity Law, Causing To Be Presented False Claims**
**La. Rev. Stat. Ann. § 46.438.3(A)**

276.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

277.    Defendants knowingly (as defined in La. Rev. Stat. Ann. § 46.437.3(11)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Louisiana.

278.    The conduct of Defendants violated La. Rev. Stat. Ann. § 46.438.3(A) and was a substantial factor in causing Louisiana to sustain damages in an amount according to proof.

### COUNT L
**On Behalf Of The State Of Louisiana**
**Louisiana Medical Assistance Programs Integrity Law, Making Or Using False Records Or**
**Statements Material To Payment Or Approval Of False Claims**
**La. Rev. Stat. Ann. § 46.438.3(B)**

279.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

280.    Defendants knowingly (as defined in La. Rev. Stat. Ann. § 46.437.3(11)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

281.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

282.    Defendants knowingly made, used, and caused to be made and used false

certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

283.    The conduct of Defendants violated La. Rev. Stat. Ann. § 46.438.3(B) and was a substantial factor in causing Louisiana to sustain damages in an amount according to proof.

**COUNT LI**
**On Behalf Of The State Of Louisiana,**
**Louisiana Medical Assistance Programs Integrity Law, Conspiracy To Violate The Law**
**La. Rev. Stat. Ann. § 46.438.3(D)**

284.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

285.    Defendants, between and among themselves, conspired to defraud the State of Louisiana by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Louisiana, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

286.    The conduct of Defendants violated La. Rev. Stat. Ann. § 46.438.3(D) and was a substantial factor in causing Iowa to sustain damages in an amount according to proof.

**COUNT LII**
**(In The Alternative)**
**On Behalf Of The State Of Louisiana,**
**Louisiana Medical Assistance Programs Integrity Law,**
**Retention Of Proceeds To Which Not Entitled**
**La. Rev. Stat. Ann. § 46.438.3(C)**

287.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

288.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

289.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they

were entitled to, and avoided its obligation to return the excess money to the Government.

290.    The conduct of Defendants violated La. Rev. Stat. Ann. § 46.438.3(C) and was a substantial factor in causing Louisiana to sustain damages in an amount according to proof.

## COUNT LIII
### On Behalf Of The State Of Maryland
### Maryland False Health Claims Act,
### Causing To Be Presented False Claims
### Md. Code Ann., Health—Gen. § 2-602(a)(1)

291.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

292.    Defendants knowingly (as defined in Md. Code Ann., Health—Gen. § 2-601(f)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Maryland.

293.    The conduct of Defendants violated Md. Code Ann., Health—Gen. § 2-602(a)(1)) and was a substantial factor in causing Maryland to sustain damages in an amount according to proof.

## COUNT LIV
### On Behalf Of The State Of Maryland
### Maryland False Health Claims Act, Making Or Using False Records Or Statements Material To Payment Or Approval Of False Claims
### Md. Code Ann., Health—Gen. § 2-602(A)(2)

294.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

295.    Defendants knowingly (as defined in Md. Code Ann., Health—Gen. § 2-601(f)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

296.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

297.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

298.     The conduct of Defendants violated Md. Code Ann., Health—Gen. § 2-602(A)(2) and was a substantial factor in causing Maryland to sustain damages in an amount according to proof.

## COUNT LV
### On Behalf Of The State Of Maryland,
### Maryland False Health Claims Act, Conspiracy To Violate The Law
### Md. Code Ann., Health—Gen. § 2-602(A)(3)

299.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

300.     Defendants, between and among themselves, conspired to defraud the State of Maryland by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Maryland, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

301.     The conduct of Defendants violated Md. Code Ann., Health—Gen. § 2-602(A)(3) and was a substantial factor in causing Maryland to sustain damages in an amount according to proof.

## COUNT LVI
### (In the Alternative)
### On Behalf of the State of Maryland,
### Maryland False Health Claims Act, Retention of Proceeds to Which Not Entitled
### Md. Code Ann., Health—Gen. § 2-602(a)(8)

302.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

303.     In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

56

304.     As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

305.     The conduct of Defendants violated Md. Code Ann., Health—Gen. § 2-602(A)(8) and was a substantial factor in causing Maryland to sustain damages in an amount according to proof.

**COUNT LVII**
**On Behalf Of The State Of Massachusetts**
**Massachusetts False Claims Act, Causing To Be Presented False Claims**
**Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(1)**

306.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

307.     Defendants knowingly (as defined in Mass. Gen. Laws Ann. § 5A) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Massachusetts.

308.     The conduct of Defendants violated Mass. Gen. Laws Ann. ch. 12, § 5B(a)(1) and was a substantial factor in causing Massachusetts to sustain damages in an amount according to proof.

**COUNT LVIII**
**On Behalf Of The State Of Massachusetts**
**Massachusetts False Claims Act, Making Or Using False Records Or Statements Material To**
**Payment Or Approval Of False Claims**
**Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(2)**

309.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

310.     Defendants knowingly (as defined in Mass. Gen. Laws Ann. § 5A) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

311.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement,

and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

312.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

313.    The conduct of Defendants violated Mass. Gen. Laws Ann. ch. 12, § 5B(a)(2) and was a substantial factor in causing Massachusetts to sustain damages in an amount according to proof.

### COUNT LIX
**On Behalf Of The State Of Massachusetts,**
**Massachusetts False Claims Act, Conspiracy To Violate The Law**
**Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(3)**

314.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

315.    Defendants, between and among themselves, conspired to defraud the State of Massachusetts by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Massachusetts, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

316.    The conduct of Defendants violated Mass. Gen. Laws Ann. ch. 12, § 5B(a)(3) and was a substantial factor in causing Massachusetts to sustain damages in an amount according to proof.

### COUNT LX
**(In The Alternative)**
**On Behalf Of The State Of Massachusetts,**
**Massachusetts False Claims Act, Retention Of Proceeds To Which Not Entitled**
**Mass. Gen. Laws Ann. Ch. 12, § 5B(a)(3)**

317.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

318.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the

Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

319.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

320.    The conduct of Defendants violated Mass. Gen. Laws Ann. ch. 12, § 5B(a)(3) and was a substantial factor in causing Massachusetts to sustain damages in an amount according to proof.

### COUNT LXI
### On Behalf Of The State Of Michigan
### Michigan Medicaid False Claims Act, Causing To Be Presented False Claims
### Mich. Comp. Laws Ann. § 400.603(1)

321.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

322.    Defendants knowingly (as defined in Mich. Comp. Laws Ann. § 400.602(f)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Michigan.

323.    The conduct of Defendants violated Mich. Comp. Laws Ann. § 400.603(1) and was a substantial factor in causing Michigan to sustain damages in an amount according to proof.

### COUNT LXII
### On Behalf Of The State Of Michigan
### Michigan Medicaid False Claims Act, Making Or Using False Records Or Statements
### Material To Payment Or Approval Of False Claims
### Mich. Comp. Laws Ann. § 400.603(2)

324.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

325.    Defendants knowingly (as defined in Mich. Comp. Laws Ann. § 400.602(f)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

326.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

327.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

328.     The conduct of Defendants violated Mich. Comp. Laws Ann. § 400.603(2) and was a substantial factor in causing Michigan to sustain damages in an amount according to proof.

### COUNT LXIII
**On Behalf Of The State Of Michigan**
**Michigan Medicaid False Claims Act, Conspiracy To Violate The Law**
**Mich. Comp. Laws Ann. § 400.606**

329.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

330.     Defendants, between and among themselves, conspired to defraud the State of Michigan by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Michigan, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

331.     The conduct of Defendants violated Mich. Comp. Laws Ann. § 400.606 and was a substantial factor in causing Michigan to sustain damages in an amount according to proof.

### COUNT LXIV
**(In The Alternative)**
**On Behalf Of The State Of Michigan,**
**Michigan Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitle**
**Mich. Comp. Laws Ann. § 400.603(3)**

332.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

333.     In the alternative, Defendants knowingly made, used, or caused to be made or used,

a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

334.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

335.    The conduct of Defendants violated Mich. Comp. Laws Ann. § 400.603(3) and was a substantial factor in causing Michigan to sustain damages in an amount according to proof.

### COUNT LXV
**On Behalf Of The State Of Minnesota,**
**Minnesota Medicaid False Claims Act, Causing To Be Presented False Claims**
**Minn. Stat. Ann. § 15C.02(A)(1)**

336.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

337.    Defendants knowingly (as defined in Minn. Stat. Ann. § 15C.01(3)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Minnesota.

338.    The conduct of Defendants violated Minn. Stat. Ann. § 15C.02(a)(1) and was a substantial factor in causing Minnesota to sustain damages in an amount according to proof.

### COUNT LXVI
**On Behalf Of The State Of Minnesota,**
**Minnesota Medicaid False Claims Act, Making Or Using False Records Or Statements**
**Material To Payment Or Approval Of False Claims**
**Minn. Stat. Ann. § 15C.02(A)(2)**

339.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

340.    Defendants knowingly (as defined in Minn. Stat. Ann. § 15C.01(3)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

341.    Defendants knowingly made, used, and/or caused to be made and used false

records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

342.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

343.    The conduct of Defendants violated Minn. Stat. Ann. § 15C.02(a)(2) and was a substantial factor in causing Minnesota to sustain damages in an amount according to proof.

### COUNT LXVII
**On Behalf Of The State Of Minnesota**
**Minnesota Medicaid False Claims Act, Conspiracy To Violate The Law**
**Minn. Stat. Ann. § 15C.02(A)(3)**

344.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

345.    Defendants, between and among themselves, conspired to defraud the State of Minnesota by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Minnesota, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

346.    The conduct of Defendants violated Minn. Stat. Ann. § 15C.02(a)(3) and was a substantial factor in causing Minnesota to sustain damages in an amount according to proof.

### COUNT LXVIII
**(In The Alternative)**
**On Behalf Of The State Of Minnesota,**
**Minnesota Medicaid False Claims Act, Retention Of Proceeds To Which Not Entitled**
**Minn. Stat. Ann. § 15C.02(A)(7)**

347.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

348.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the

Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

349.　As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

350.　The conduct of Defendants violated Minn. Stat. Ann. § 15C.02(a)(7) and was a substantial factor in causing Minnesota to sustain damages in an amount according to proof.

### COUNT LXIX
**On Behalf Of The State Of Montana, Montana False Claims Act,
Causing To Be Presented False Claims
Mont. Code Ann. § 17-8-403(A)**

351.　Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

352.　Defendants knowingly (as defined in Mont. Code Ann. § 17-8-402(4)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Montana.

353.　The conduct of Defendants violated Mont. Code Ann. § 17-8-403(a) and was a substantial factor in causing Montana to sustain damages in an amount according to proof.

### COUNT LXX
**On Behalf Of The State Of Montana,
Montana False Claims Act, Making Or Using False Records Or Statements Material To
Payment Or Approval Of False Claims
Mont. Code Ann. § 17-8-403(B)**

354.　Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

355.　Defendants knowingly (as defined in Mont. Code Ann. § 17-8-402(4))　made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

356.　Defendants knowingly made, used, and/or caused to be made and used false

records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

357.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

358.    The conduct of Defendants violated Mont. Code Ann. § 17-8-403(b) and was a substantial factor in causing Montana to sustain damages in an amount according to proof.

## COUNT LXXI
### On Behalf Of The State Of Montana
### Montana False Claims Act, Conspiracy To Violate The Law
### Mont. Code Ann. § 17-8-403(C)

359.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

360.    Defendants, between and among themselves, conspired to defraud the State of Montana by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Montana, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

361.    The conduct of Defendants violated Mont. Code Ann. § 17-8-403(c) and was a substantial factor in causing Montana to sustain damages in an amount according to proof.

## COUNT LXXII
### (In The Alternative)
### On Behalf Of The State Of Montana,
### Montana False Claims Act, Retention Of Proceeds To Which Not Entitled
### Mont. Code Ann. § 17-8-403(G)

362.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

363.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the

Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

364.     As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

365.     The conduct of Defendants violated Mont. Code Ann. § 17-8-403(g) and was a substantial factor in causing Montana to sustain damages in an amount according to proof.

### COUNT LXXIII
**On Behalf Of The State Of Nevada, Nevada False Claims Act,
Causing To Be Presented False Claims
Nev. Rev. Stat. Ann. § 357.040(1)(A)**

366.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

367.     Defendants knowingly (as defined in Nev. Rev. Stat. Ann § 357.040(3)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of Nevada.

368.     The conduct of Defendants violated Nev. Rev. Stat. Ann. § 357.040(1)(A) and was a substantial factor in causing Nevada to sustain damages in an amount according to proof.

### COUNT LXXIV
**On Behalf Of The State Of Nevada,
Nevada False Claims Act, Making Or Using False Records Or Statements Material To
Payment Or Approval Of False Claims
Nev. Rev. Stat. Ann. § 357.040(1)(B)**

369.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

370.     Defendants knowingly (as defined in Nev. Rev. Stat. Ann § 357.040(3))  made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

371.     Defendants knowingly made, used, and/or caused to be made and used false

records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

372.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

373.    The conduct of Defendants violated Nev. Rev. Stat. Ann. § 357.040(1)(B) and was a substantial factor in causing Nevada to sustain damages in an amount according to proof.

### COUNT LXXV
### On Behalf Of The State Of Nevada,
### Nevada False Claims Act, Conspiracy To Violate The Law
### Nev. Rev. Stat. Ann. § 357.040(1)(I)

374.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

375.    Defendants, between and among themselves, conspired to defraud the State of Nevada by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of Nevada, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

376.    The conduct of Defendants violated Nev. Rev. Stat. Ann. § 357.040(1)(i) and was a substantial factor in causing Nevada to sustain damages in an amount according to proof.

### COUNT LXXVI
### (In The Alternative)
### On Behalf Of The State Of Nevada,
### Nevada False Claims Act, Retention Of Proceeds To Which Not Entitled
### Nev. Rev. Stat. Ann. § 357.040(1)(G)

377.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

378.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the

66

Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

379.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

380.    The conduct of Defendants violated Nev. Rev. Stat. Ann. § 357.040(1)(G) and was a substantial factor in causing Nevada to sustain damages in an amount according to proof.

**COUNT LXXVII**
**On Behalf Of The State Of New Jersey, New Jersey False Claims Act,**
**Causing To Be Presented False Claims**
**N.J. Stat. Ann. § 2A:32C-3(A)**

381.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

382.    Defendants knowingly (as defined in N.J. Stat. Ann. § 2A:32C-2) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of New Jersey.

383.    The conduct of Defendants violated N.J. Stat. Ann. § 2A:32C-3(a) and was a substantial factor in causing New Jersey to sustain damages in an amount according to proof.

**COUNT LXXVIII**
**On Behalf Of The State Of New Jersey,**
**New Jersey False Claims Act, Making Or Using False Records Or Statements Material To**
**Payment Or Approval Of False Claims**
**N.J. Stat. Ann. § 2A:32C-3(B)**

384.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

385.    Defendants knowingly (as defined in N.J. Stat. Ann. § 2A:32C-2) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

386.    Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records

of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

387.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

388.    The conduct of Defendants violated N.J. Stat. Ann. § 2A:32C-3(b) and was a substantial factor in causing New Jersey to sustain damages in an amount according to proof.

## COUNT LXXIX
### On Behalf Of The State Of New Jersey,
### New Jersey False Claims Act, Conspiracy To Violate The Law
### N.J. Stat. Ann. § 2A:32C-3(C)

389.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

390.    Defendants, between and among themselves, conspired to defraud the State of New Jersey by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of New Jersey, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

391.    The conduct of Defendants violated N.J. Stat. Ann. § 2A:32C-3(c) and was a substantial factor in causing New Jersey to sustain damages in an amount according to proof.

## COUNT LXXX
### (In The Alternative)
### On Behalf Of The State Of New Jersey,
### New Jersey False Claims Act, Retention Of Proceeds To Which Not Entitled
### N.J. Stat. Ann. § 2A:32C-3(G)

392.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

393.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an

obligation to pay or transmit money or property to the Government.

394.     As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

395.     The conduct of Defendants violated N.J. Stat. Ann. § 2A:32C-3(g) and was a substantial factor in causing New Jersey to sustain damages in an amount according to proof.

## COUNT LXXXI
### On Behalf Of The State Of New Mexico, New Mexico False Claims Act, Causing To Be Presented False Claims
### N.M. Stat. Ann. § 227-14-4(A)

396.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

397.     Defendants knowingly (as defined in N.M. Stat. Ann. § 44-9-2(c)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of New Mexico.

398.     The conduct of Defendants violated N.M. Stat. Ann. § 227-14-4(A) and was a substantial factor in causing New Mexico to sustain damages in an amount according to proof.

## COUNT LXXXII
### On Behalf Of The State Of New Mexico,
### New Mexico False Claims Act, Making Or Using False Records Or Statements Material To Payment Or Approval Of False Claims
### N.M. Stat. Ann. § 227-14-4(C)

399.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

400.     Defendants knowingly (as defined in N.M. Stat. Ann. § 44-9-2(C)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

401.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the

Medicaid program that were higher than it was permitted to claim or charge by applicable law.

402.    Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

403.    The conduct of Defendants violated N.M. Stat. Ann. § 227-14-4(C) and was a substantial factor in causing New Mexico to sustain damages in an amount according to proof.

**COUNT LXXXIII**
**On Behalf Of The State Of New Mexico,**
**New Mexico False Claims Act, Conspiracy To Violate The Law**
**N.M. Stat. Ann. § 227-14-4(D)**

404.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

405.    Defendants, between and among themselves, conspired to defraud the State of New Mexico by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of New Mexico, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

406.    The conduct of Defendants violated N.M. Stat. Ann. § 227-14-4(D) and was a substantial factor in causing New Mexico to sustain damages in an amount according to proof.

**COUNT LXXXIV**
**(In The Alternative)**
**On Behalf Of The State Of New Mexico,**
**New Mexico False Claims Act, Retention Of Proceeds To Which Not Entitled**
**N.M. Stat. Ann. § 227-14-4(E)**

407.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

408.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

409.     As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they were entitled to, and avoided its obligation to return the excess money to the Government.

410.     The conduct of Defendants violated N.M. Stat. Ann. § 227-14-4(E) and was a substantial factor in causing New Mexico to sustain damages in an amount according to proof.

## COUNT LXXXV
### On Behalf Of The State Of New York, New York False Claims Act, Causing To Be Presented False Claims
### N.Y. State Fin. Law § 189(1)(A)

411.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

412.     Defendants knowingly (as defined in N.Y. State Fin. Law § 188(3)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of New York.

413.     The conduct of Defendants violated N.Y. State Fin. Law § 189(1)(A)) and was a substantial factor in causing New York to sustain damages in an amount according to proof.

## COUNT LXXXVI
### On Behalf Of The State Of New York,
### New York False Claims Act, Making Or Using False Records Or Statements Material To Payment Or Approval Of False Claims
### N.Y. State Fin. Law § 189(1)(B)

414.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

415.     Defendants knowingly (as defined in N.Y. State Fin. Law § 188(3)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

416.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

417.     Defendants knowingly made, used, and caused to be made and used false certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

418.     The conduct of Defendants violated N.Y. State Fin. Law § 189(1)(B) and was a substantial factor in causing New York to sustain damages in an amount according to proof.

### COUNT LXXXVII
### On Behalf Of The State Of New York,
### New York False Claims Act, Conspiracy To Violate The Law
### N.Y. State Fin. Law § 189(1)(C)

419.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

420.     Defendants, between and among themselves, conspired to defraud the State of New York by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of New York, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

421.     The conduct of Defendants violated N.Y. State Fin. Law § 189(1)(C) and was a substantial factor in causing New York to sustain damages in an amount according to proof.

### COUNT LXXXIII
### (In The Alternative)
### On Behalf Of The State Of New York,
### New York False Claims Act, Retention Of Proceeds To Which Not Entitled
### N.Y. State Fin. Law § 189(1)(G)

422.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

423.     In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

424.     As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they

were entitled to, and avoided its obligation to return the excess money to the Government.

425.     The conduct of Defendants violated N.Y. State Fin. Law § 189(1)(G) and was a substantial factor in causing New York to sustain damages in an amount according to proof.

**COUNT LXXXIX**
**On Behalf Of The State Of North Carolina, North Carolina False Claims Act,**
**Causing To Be Presented False Claims**
**N.C. Gen. Stat. Ann. § 1-607(A)(1)**

426.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

427.     Defendants knowingly (as defined in N.C. Gen. Stat. Ann. § 1-606(4)) presented or caused to be presented false claims for payment or approval to an officer or employee of the State of North Carolina.

428.     The conduct of Defendants violated N.C. Gen. Stat. Ann. § 1-607(a)(1) and was a substantial factor in causing North Carolina to sustain damages in an amount according to proof.

**COUNT XC**
**On Behalf Of The State Of North Carolina,**
**North Carolina False Claims Act, Making Or Using False Records Or Statements Material To**
**Payment Or Approval Of False Claims**
**N.C. Gen. Stat. Ann. § 1-607(A)(2)**

429.     Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

430.     Defendants knowingly (as defined in N.C. Gen. Stat. Ann. § 1-606(4)) made, used, or caused to be made or used false records or statements material to false or fraudulent claims.

431.     Defendants knowingly made, used, and/or caused to be made and used false records and statements, including but not limited to bills, invoices, requests for reimbursement, and records of services, that were material to the payment or approval of charges by the Medicaid program that were higher than it was permitted to claim or charge by applicable law.

432.     Defendants knowingly made, used, and caused to be made and used false

certifications that its claims, and all documents and data upon which those claims were based, were accurate, and were supplied in full compliance with all applicable statutes and regulations.

433.    The conduct of Defendants violated N.C. Gen. Stat. Ann. § 1-607(a)(2) and was a substantial factor in causing North Carolina to sustain damages in an amount according to proof.

## COUNT XCI
### On Behalf Of The State Of North Carolina,
### North Carolina False Claims Act, Conspiracy To Violate The Law
### N.C. Gen. Stat. Ann. § 1-607(A)(3)

434.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

435.    Defendants, between and among themselves, conspired to defraud the State of North Carolina by: (1) causing to be presented false claims for payment or approval to an officer or employee of the State of North Carolina, (2) making, using, or causing to be made or used false records or statements material to false or fraudulent claims.

436.    The conduct of Defendants violated N.C. Gen. Stat. Ann. § 1-607(a)(3) and was a substantial factor in causing North Carolina to sustain damages in an amount according to proof.

## COUNT XCII
### (In The Alternative)
### On Behalf Of The State Of North Carolina,
### North Carolina False Claims Act, Retention Of Proceeds To Which Not Entitled
### N.C. Gen. Stat. Ann. § 1-607(A)(7)

437.    Plaintiffs incorporate by reference and reallege all of the allegations contained in paragraphs 1 through 83 of this First Amended Complaint as though fully set forth herein.

438.    In the alternative, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

439.    As discussed above, Defendants received far more money from the Medicaid program than they were entitled to. Defendants knew that they received more money than they

were entitled to, and avoided its obligation to return the excess money to the Government.

440.    The conduct of Defendants violated N.C. Gen. Stat. Ann. § 1-607(a)(7) and was a substantial factor in causing North Carolina to sustain damages in an amount according to proof.

**COUNT XCIII**
**Oklahoma Medicaid False Claims Act**
**63 Okl. St. § 5053**

441.    Relator repeats and realleges each and every allegation contained in paragraphs 1 through 86 above as though fully set forth herein.

442.    This is a claim for treble damages and penalties under the Oklahoma Medicaid False Claims Act.

443.    By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Oklahoma State Government for payment or approval.

444.    By virtue of the acts described above, Defendants knowingly made, used, or caused to be made or used false records and statements, and omitted material facts, to induce the Oklahoma State Government to approve and pay such false and fraudulent claims.

445.    By virtue of the acts described above, Defendants knowingly and improperly avoided or decreased an obligation to transmit money or property to the Oklahoma State Government.

446.    The Oklahoma State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by Defendants, paid and continues to pay the claims that would not be paid but for Defendants' unlawful conduct.

447.    By reason of the Defendants' acts, the State of Oklahoma has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

448.    Additionally, the Oklahoma State Government is entitled to the maximum civil penalty of $10,000 for each and every violation alleged herein.

## COUNT XCIV
### Rhode Island False Claims Act
### R.I. Gen. Laws § 9-1.1-1

449.     Relator repeats and realleges each and every allegation contained in paragraphs 1 through 86 above as though fully set forth herein.

450.     This is a claim for treble damages and penalties under the Rhode Island False Claims Act.

451.     By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Rhode Island State Government for payment or approval.

452.     By virtue of the acts described above, Defendants knowingly made, used, or caused to be made or used false records and statements, and omitted material facts, to induce the Rhode Island State Government to approve and pay such false and fraudulent claims.

453.     By virtue of the acts described above, Defendants knowingly and improperly avoided or decreased an obligation to transmit money or property to the Rhode Island State Government.

454.     The Rhode Island State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by Defendants, paid and continues to pay the claims that would not be paid but for Defendants' unlawful conduct.

455.     By reason of the Defendants' acts, the State of Rhode Island has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

456.     Additionally, the Rhode Island State Government is entitled to civil penalties for each and every violation alleged herein.

## COUNT XCV
### Tennessee Medicaid False Claims Act
### Tenn. Code Ann. § 71-5-182(a)(1)

457.     Relator repeats and realleges each and every allegation contained in paragraphs 1 through 86 above as though fully set forth herein.

458.    This is a claim for treble damages and penalties under the Tennessee Medicaid False Claims Act.

459.    By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Tennessee State Government for payment or approval.

460.    By virtue of the acts described above, Defendants knowingly made, used, or caused to be made or used false records and statements, and omitted material facts, to induce the Tennessee State Government to approve and pay such false and fraudulent claims.

461.    By virtue of the acts described above, Defendants knowingly and improperly avoided or decreased an obligation to transmit money or property to the Tennessee State Government.

462.    The Tennessee State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by Defendants, paid and continues to pay the claims that would not be paid but for Defendants' unlawful conduct.

463.    By reason of the Defendants' acts, the State of Tennessee has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

464.    Additionally, the Tennessee State Government is entitled to the maximum penalty of $10,000 for each and every violation alleged herein.

### COUNT XCVI
**On Behalf of the State of Texas**
**Texas Medicaid Fraud Prevention Act, Making False Statements and Misrepresentations of Material Fact Permitting Payments of False Claims**
**Texas Human Resources Code § 36.002(1)**

465.    Plaintiff incorporates herein by reference and reallege the allegations stated in Paragraphs 1 through 97, inclusive, of this First Amended Complaint.

466.    Defendants knowingly (as defined in Tex. Hum. Res. Code Ann. § 36.0011(a)) caused to be made false statements or misrepresentations of material facts that permitted persons

to receive benefits or payments under the Medicaid Program that were not authorized or were greater than the benefits or payments that were authorized.

467.    Defendants knowingly caused false claims to be presented, including but not limited to claims, bills, invoices, requests for reimbursement, and records of services, in order to obtain payment or approval of charges by the Medicaid program that were higher than were permitted under applicable law and/or that patients never received for urine drug tests at pain management clinics.

468.    The conduct of Defendants violated Tex. Hum. Res. Code § 36.002(1) and was a substantial factor in causing the State of Texas to sustain damages in an amount according to proof.

**COUNT XCVII**
**On Behalf of the State of Texas**
**Texas Medicaid Fraud Prevention Act, Failing to Disclose Information that Permitted the Payment of False Claims**
**Texas Human Resources Code § 36.002(2)**

469.    Plaintiff incorporates herein by reference and reallege the allegations stated in Paragraphs 1 through 98, inclusive, of this First Amended Complaint.

470.    Defendants knowingly (as defined in Tex. Hum. Res. Code § 36.0011(a)) concealed or failed to disclose information that permitted persons to receive benefits or payments under the Medicaid program that were not authorized or were greater than the benefits or payments that were authorized.

471.    Defendants knowingly concealed and failed to disclose information, including but not limited to claims, bills, marketing materials, advertisements, profit projections, and reimbursement profiles and codes, for the purpose of permitting physicians and pain management clinics to receive benefits and payments under the Medicaid program that were unauthorized and greater than the benefits and payments they were authorized to receive.

472.    The conduct of Defendants violated Tex. Hum. Res. Code § 36.002(2) and was a substantial factor in causing the State of Texas to sustain damages in an amount according to proof.

**COUNT XCVIII**
**On Behalf of the State of Texas**
**Texas Medicaid Fraud Prevention Act, Presenting False Claims**
**Texas Human Resources Code § 36.002(13)**

473.    Plaintiff incorporates herein by reference and realleges the allegations stated in Paragraphs 1 through 98, inclusive, of this First Amended Complaint.

474.    Defendants knowingly (as defined in Tex. Hum. Res. Code § 36.0011(a)) engaged in conduct that constituted a violation under Tex. Hum. Res. Code § 32.039(b)(1) because it caused to be presented to the department a claim that contains a statement or representation the person knows or should know to be false.

475.    Defendants knowingly caused false records and statements to be presented, including but not limited to claims, bills, invoices, requests for reimbursement, and records of services, in order to obtain payment or approval of charges by the Medicaid programs that were higher than were permitted under applicable law and/or that patients never received for urine drug tests at pain management clinics.

476.    The conduct of Defendants violated Tex. Hum. Res. Code § 36.002(13) and was a substantial factor in causing the State of Texas to sustain damages in an amount according to proof.

**COUNT XCIX**
**Virginia Fraud Against Taxpayers Act**
**Va. Code Ann. § 8.01-216.3(a)**

477.    Relator repeats and realleges each and every allegation contained in paragraphs 1 through 86 above as though fully set forth herein.

478.    This is a claim for treble damages and penalties under the Virginia Fraud Against Taxpayers Act.

479.    By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Virginia State Government for payment or approval.

480.    By virtue of the acts described above, Defendants knowingly made, used, or

caused to be made or used false records and statements, and omitted material facts, to induce the Virginia State Government to approve and pay such false and fraudulent claims.

481.    By virtue of the acts described above, Defendants knowingly and improperly avoided or decreased an obligation to transmit money or property to the Virginia State Government.

482.    The Virginia State Government, unaware of the falsity of the records, statements and claims made, used, presented or caused to be made, used or presented by Defendants, paid and continues to pay the claims that would not be paid but for Defendants' unlawful conduct.

483.    By reason of the Defendants' acts, the State of Virginia has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

484.    Additionally, the Virginia State Government is entitled to the maximum penalty of $10,000 for each and every violation alleged herein.

**COUNT C**
**Wisconsin False Claims For Medical Assistance Act**
**Wis. Stat § 20.931 *et seq.***

485.    Relator repeats and realleges each and every allegation contained in paragraphs 1 through 86 above as though fully set forth herein.

486.    This is a claim for treble damages and penalties under the Wisconsin False Claims For Medical Assistance Act.

487.    By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the Wisconsin Government for payment or approval.

488.    By virtue of the acts described above, Defendants knowingly made, used, or caused to be made or used false records and statements, and omitted material facts, to induce the State of Wisconsin to approve and pay such false and fraudulent claims.

489.    By virtue of the acts described above, Defendants knowingly and improperly avoided or decreased an obligation to transmit money or property to the State of Wisconsin.

490.    The State of Wisconsin, unaware of the falsity of the records, statements and

claims made, used, presented or caused to be made, used or presented by Defendants, paid and continues to pay the claims that would not be paid but for Defendants' unlawful conduct.

491.    By reason of the Defendants' acts, the State of Wisconsin has been damaged, and continues to be damaged, in substantial amount to be determined at trial.

492.    Additionally, the State of Wisconsin is entitled to the maximum penalty of $10,000 for each and every violation alleged herein.

## VII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs by and through Relator, pray judgment in its favor and against Defendant as follows:

1.    That judgment be entered in favor of plaintiff UNITED STATES OF AMERICA ex rel. ERIC STENSON, and against Defendants QUBYX, DELL, LG, SHAREDEN IMAGING, VIRTUAL RADIOLOGIC CORPORATION, and MEDNAX, INC., according to proof, as follows:

    a.    On the First Cause of Action (Presenting False Claims (31 U.S.C. § 3729(a)(1)(A))) damages as provided by 31 U.S.C. § 3729(a)(1), in the amount of:

        i.    Triple the amount of damages sustained by the Government;

        ii.    Civil penalties under the False Claims Act as defined by 31 U.S.C. § 3729 and updated by 15 C.F.R § 6 and 83 Fed Reg. 706, for each false claim, in an amount between $11,181 and $22,363;

        iii.    Recovery of costs;

        iv.    Pre- and post-judgment interest;

        v.    Such other and further relief as the Court deems just and proper;

    b.    On the Second Cause of Action (False Claims Act; Making or Using False Records or Statements Material to Payment or Approval of False Claims

(31 U.S.C. § 3729(a)(1)(B))) damages as provided by 31 U.S.C. § 3729(a)(1) in the amount of:

    i.     Triple the amount of damages sustained by the Government;

    ii.    Civil penalties under the False Claims Act as defined by 31 U.S.C. § 3729 and updated by 15 C.F.R § 6 and 83 Fed Reg. 706, for each false claim, in an amount between $11,181 and $22,363;

    iii.   Recovery of costs;

    iv.   Pre- and post-judgment interest;

    v.    Such other and further relief as the Court deems just and proper;

c.     On the Third Cause of Action (False Claims Act, Conspiracy to Violate the False Claims Act (31 U.S.C. § 3729(a)(1)(C))) damages as provided by 31 U.S.C. § 3729(a)(1) in the amount of:

    i.     Triple the amount of damages sustained by the Government;

    ii.    Civil penalties under the False Claims Act as defined by 31 U.S.C. § 3729 and updated by 15 C.F.R § 6 and 83 Fed Reg. 706, for each false claim, in an amount between $11,181 and $22,363;

    iii.   Recovery of costs;

    iv.   Pre- and post-judgment interest;

    v.    Such other and further relief as the Court deems just and proper;

d.     On the Fourth Cause of Action (False Claims Act, Retention of Proceeds to Which Not Entitled (31 U.S.C. § 3729(a)(1)(G))) damages as provided by 31 U.S.C. § 3729(a)(1) in the amount of:

    i.     Triple the amount of damages sustained by the Government;

    ii.    Civil penalties under the False Claims Act as defined by 31

U.S.C. § 3729 and updated by 15 C.F.R § 6 and 83 Fed Reg.

706, for each false claim, in an amount between $11,181 and

$22,363;

iii.    Recovery of costs;

iv.    Pre- and post-judgment interest;

v.    Such other and further relief as the Court deems just and proper.

2.    Further, Relator, on his own behalf, pursuant to 31 U.S.C. section 3730(d),

requests that he receive such maximum amount as permitted by law, of the

proceeds of this action or settlement of this action collected by the United States,

plus an amount for reasonable expenses incurred, plus reasonable attorneys' fees

and costs of this action. Relator requests that his percentage be based upon the

total value recovered, including any amounts received from individuals or entities

not parties to this action.

3.    That judgment be entered in favor of the STATES OF CALIFORNIA,

COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA,

HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND,

MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA,

NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA,

OKLAHOMA, RHODE ISLAND, TENNESSE, TEXAS, VIRGINIA,

WISCONSIN, and THE DISTRICT OF COLUMBIA ex rel. ERIC STENSON,

and against Defendants QUBYX, DELL, LG, SHAREDEN IMAGING,

VIRTUAL RADIOLOGIC CORPORATION, and MEDNAX, INC., according

to proof, as follows:

a.    On the Fifth through One Hundred and First Causes of Action for

violations of the false claims acts of the various state plaintiffs damages as

provided by the applicable laws in the amount of:

      i.     Triple the amount of damages sustained by the state governments;

     ii.     Maximum amount of civil penalties allowed by law;

    iii.     Recovery of costs;

    iv.     Pre- and post-judgment interest;

     v.     Such other and further relief as the Court deems just and proper.

4.     Further, Relator, on his own behalf, requests that he receive such maximum amount as permitted by law, of the proceeds of this action or settlement of this action collected by the various states named as plaintiffs in this action, plus an amount for reasonable expenses incurred, plus reasonable attorneys' fees and costs of this action. Relator requests that his percentage be based upon the total value recovered, including any amounts received from individuals or entities not parties to this action.

Dated: February 12, 2020

Respectfully Submitted,

David C. Williams (PA 308745)
**KLINE & SPECTER, P.C.**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215.772.1000 (Direct Dial)
215.735.5827 (Fax)
David.Williams@KlineSpecter.com

Justin T. Berger, Esquire*
Emanuel B. Townsend, Esquire*
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000 (Direct Dial)
(650) 697-0577 (Fax)
JBerger@cpmlegal.com
etownsend@cpmlegal.com
* To be admitted *pro hac vice*

*Attorneys for Relator*

## VIII.  DEMAND FOR JURY TRIAL

Relator ERIC STENSON hereby demands a jury trial on all issues so triable.

February 12, 2020

Respectfully Submitted,

David C. Williams (PA 308745)
**KLINE & SPECTER, P.C.**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215.772.1000 (Direct Dial)
215.735.5827 (Fax)
David.Williams@KlineSpecter.com

Justin T. Berger, Esquire*
Emanuel B. Townsend, Esquire*
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000 (Direct Dial)
(650) 697-0577 (Fax)
JBerger@cpmlegal.com
etownsend@cpmlegal.com
* To be admitted *pro hac vice*

*Attorneys for Relator*

# EXHIBIT "A"

| NPI | NPPES_PR | NPPES_PR | NPPES_PR | NPPES_CR | PROVIDER_PLACE_OF | HCPCS_CO | HCPCS_DE | HCPCS_DR | LINE_SRVC | BENE_UNI | AVERAGE_MEDICARE_PAYMENT_AMT | | TOTAL PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 19083 | Biopsy of b | N | 11 | 11 | $ | 533.57 | $ 5,869.27 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 71010 | X-ray of ch | N | 425 | 361 | $ | 6.76 | $ 2,871.99 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 71020 | X-ray of ch | N | 181 | 180 | $ | 8.45 | $ 1,530.06 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 71020 | X-ray of ch | N | 37 | 37 | $ | 17.77 | $ 657.43 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 71250 | CT scan ch | N | 12 | 12 | $ | 36.53 | $ 438.39 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 71250 | CT scan ch | N | 11 | 11 | $ | 105.72 | $ 1,162.93 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 71260 | CT scan ch | N | 15 | 15 | $ | 43.15 | $ 647.30 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 71275 | CT scan of | N | 25 | 25 | $ | 70.13 | $ 1,753.27 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 72100 | X-ray of lo | N | 13 | 13 | $ | 8.26 | $ 107.40 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 73030 | X-ray of sh | N | 13 | 13 | $ | 7.55 | $ 98.15 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 73562 | X-ray of hip | N | 34 | 34 | $ | 8.69 | $ 295.35 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 73610 | X-ray of an | N | 15 | 13 | $ | 6.99 | $ 104.85 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 73630 | X-ray of fo | N | 12 | 11 | $ | 6.31 | $ 75.71 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 74000 | X-ray of ab | N | 32 | 30 | $ | 7.27 | $ 232.64 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 74176 | CT scan of | N | 26 | 26 | $ | 66.88 | $ 1,738.75 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 74177 | CT scan of | N | 48 | 48 | $ | 70.83 | $ 3,399.83 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 76642 | Ultrasound | N | 19 | 18 | $ | 27.09 | $ 514.71 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 76642 | Ultrasound | N | 128 | 117 | $ | 64.26 | $ 8,225.37 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 76700 | Ultrasound | N | 20 | 20 | $ | 29.73 | $ 594.60 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 76700 | Ultrasound | N | 14 | 14 | $ | 80.99 | $ 1,133.92 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 76705 | Ultrasound | N | 12 | 12 | $ | 21.33 | $ 256.00 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 76770 | Ultrasound | N | 35 | 35 | $ | 27.29 | $ 955.15 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 76770 | Ultrasound | N | 13 | 13 | $ | 80.61 | $ 1,047.91 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 77059 | MRI scan o | N | 28 | 28 | $ | 415.15 | $ 11,624.26 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 77063 | Screening | N | 38 | 38 | $ | 29.69 | $ 1,128.22 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | 77063 | Screening | N | 208 | 208 | $ | 54.61 | $ 11,358.88 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 77080 | Bone densi | N | 996 | 996 | $ | 40.55 | $ 40,384.91 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 77085 | Bone densi | N | 90 | 90 | $ | 34.49 | $ 3,104.31 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | 93971 | Ultrasound | N | 15 | 15 | $ | 17.83 | $ 267.45 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | A9579 | Injection, g | Y | 580 | 29 | $ | 1.46 | $ 847.60 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | G0202 | Screening | N | 158 | 158 | $ | 34.56 | $ 5,460.48 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | G0202 | Screening | N | 788 | 788 | $ | 131.77 | $ 103,833.72 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | G0204 | Diagnostic | N | 21 | 21 | $ | 29.68 | $ 623.34 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | G0204 | Diagnostic | N | 78 | 78 | $ | 112.96 | $ 8,811.03 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | F | G0206 | Diagnostic | N | 31 | 30 | $ | 25.88 | $ 802.14 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | G0206 | Diagnostic | N | 100 | 97 | $ | 85.43 | $ 8,542.60 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | G0279 | Diagnostic | N | 42 | 42 | $ | 42.94 | $ 1,803.42 |
| 1063554145 | BELL | MATTHEW | L | MD | Diagnostic | O | Q9967 | Low osmol | Y | 1876 | 21 | $ | 0.10 | $ 186.65 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70450 | CT scan he | N | 600 | 574 | $ | 30.97 | $ 18,583.75 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70450 | CT scan he | N | 62 | 60 | $ | 73.89 | $ 4,581.40 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70486 | CT scan of | N | 29 | 29 | $ | 27.03 | $ 783.79 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70486 | CT scan of | N | 34 | 34 | $ | 98.17 | $ 3,337.62 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70491 | CT scan of | N | 15 | 15 | $ | 50.69 | $ 760.38 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70491 | CT scan of | N | 21 | 21 | $ | 160.94 | $ 3,379.82 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70496 | CT scan of | N | 34 | 34 | $ | 63.71 | $ 2,166.03 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70496 | CT scan of | N | 12 | 12 | $ | 194.80 | $ 2,337.54 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70498 | CT scan of | N | 31 | 31 | $ | 53.29 | $ 1,652.03 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70498 | CT scan of | N | 18 | 18 | $ | 165.16 | $ 2,972.93 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70543 | MRI scan b | N | 19 | 18 | $ | 374.24 | $ 7,110.50 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70544 | MRA scan | N | 69 | 68 | $ | 47.97 | $ 3,310.04 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70544 | MRA scan | N | 37 | 37 | $ | 233.55 | $ 8,641.44 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70548 | MRA scan | N | 53 | 53 | $ | 36.26 | $ 1,921.60 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70548 | MRA scan | N | 20 | 20 | $ | 302.00 | $ 6,040.00 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70551 | MRI scan b | N | 41 | 41 | $ | 52.12 | $ 2,137.02 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70551 | MRI scan b | N | 68 | 66 | $ | 174.28 | $ 11,850.88 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 70553 | MRI scan o | N | 81 | 80 | $ | 87.52 | $ 7,088.89 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 70553 | MRI scan o | N | 168 | 165 | $ | 275.18 | $ 46,230.24 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72040 | X-ray of spi | N | 14 | 14 | $ | 21.16 | $ 296.20 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72050 | X-ray of up | N | 24 | 24 | $ | 27.62 | $ 662.99 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72100 | X-ray of lo | N | 28 | 28 | $ | 24.48 | $ 685.41 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72110 | X-ray of lo | N | 43 | 43 | $ | 30.29 | $ 1,302.68 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72114 | X-ray lowe | N | 21 | 21 | $ | 42.49 | $ 892.24 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72120 | X-ray lowe | N | 11 | 11 | $ | 23.40 | $ 257.35 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72125 | CT scan of | N | 66 | 65 | $ | 39.59 | $ 2,612.73 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72125 | CT scan of | N | 12 | 12 | $ | 94.14 | $ 1,129.70 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72128 | CT scan of | N | 13 | 13 | $ | 93.02 | $ 1,209.31 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72131 | CT scan of l | N | 28 | 28 | $ | 35.66 | $ 998.35 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72131 | CT scan of l | N | 50 | 49 | $ | 100.36 | $ 5,017.90 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72141 | MRI scan o | N | 124 | 124 | $ | 163.01 | $ 20,212.92 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72146 | MRI scan o | N | 41 | 40 | $ | 154.64 | $ 6,340.43 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72148 | MRI scan o | N | 17 | 17 | $ | 55.72 | $ 947.20 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72148 | MRI scan o | N | 306 | 305 | $ | 157.87 | $ 48,309.33 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72156 | MRI scan o | N | 13 | 13 | $ | 87.84 | $ 1,141.87 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72156 | MRI scan o | N | 34 | 34 | $ | 252.91 | $ 8,598.80 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72157 | MRI scan o | N | 15 | 15 | $ | 78.81 | $ 1,182.08 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72157 | MRI scan o | N | 20 | 20 | $ | 272.67 | $ 5,453.45 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | F | 72158 | MRI scan o | N | 14 | 14 | $ | 70.45 | $ 986.25 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | 72158 | MRI scan o | N | 69 | 67 | $ | 269.22 | $ 18,576.52 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | A9575 | Injection, g | Y | 1628 | 22 | $ | 0.16 | $ 264.43 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | A9579 | Injection, g | Y | 4316 | 262 | $ | 1.45 | $ 6,252.81 |
| 1073583365 | BOHNERT | BRADLEY | J | MD | Diagnostic | O | Q9967 | Low osmol | Y | 4465 | 46 | $ | 0.10 | $ 438.36 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70450 | CT scan he | N | 620 | 575 | $ | 30.56 | $ 18,949.68 |

| 1194795419 | GYORKE | ANDREW | MD | Diagnostic | O | 70450 CT scan he | N | 75 | 75 | $ | 65.47 | $ | 4,910.56 |

| ID | Last | First | MI | Deg | Type | Code | Desc | | Qty1 | Qty2 | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70486 | CT scan of | N | 31 | 31 | $ | 26.66 | $ | 826.40 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70486 | CT scan of | N | 40 | 40 | $ | 103.60 | $ | 4,144.05 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70491 | CT scan of | N | 25 | 25 | $ | 143.38 | $ | 3,584.57 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70496 | CT scan of | N | 43 | 43 | $ | 67.17 | $ | 2,888.40 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70496 | CT scan of | N | 20 | 20 | $ | 164.14 | $ | 3,282.71 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70498 | CT scan of | N | 39 | 39 | $ | 50.82 | $ | 1,982.09 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70498 | CT scan of | N | 22 | 21 | $ | 166.36 | $ | 3,659.83 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70543 | MRI scan b | N | 14 | 14 | $ | 364.49 | $ | 5,102.83 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70544 | MRA scan | N | 77 | 76 | $ | 47.71 | $ | 3,673.67 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70544 | MRA scan | N | 34 | 34 | $ | 254.17 | $ | 8,641.89 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70547 | MRA scan | N | 19 | 19 | $ | 36.03 | $ | 684.57 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70548 | MRA scan | N | 51 | 51 | $ | 35.77 | $ | 1,824.13 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70548 | MRA scan | N | 21 | 21 | $ | 309.67 | $ | 6,503.08 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70551 | MRI scan b | N | 50 | 50 | $ | 55.71 | $ | 2,785.47 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70551 | MRI scan b | N | 73 | 73 | $ | 165.03 | $ | 12,046.99 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 70553 | MRI scan o | N | 84 | 83 | $ | 88.08 | $ | 7,398.31 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 70553 | MRI scan o | N | 190 | 188 | $ | 275.73 | $ | 52,388.22 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 72040 | X-ray of spi | N | 16 | 16 | $ | 14.75 | $ | 235.98 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72072 | X-ray of ni | N | 11 | 11 | $ | 26.29 | $ | 289.18 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72100 | X-ray of lo | N | 23 | 22 | $ | 16.60 | $ | 381.80 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72110 | X-ray of lo | N | 51 | 51 | $ | 27.63 | $ | 1,409.20 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 72114 | X-ray lowe | N | 20 | 20 | $ | 45.43 | $ | 908.60 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72120 | X-ray lowe | N | 20 | 20 | $ | 23.71 | $ | 474.10 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 72125 | CT scan of | N | 75 | 73 | $ | 39.63 | $ | 2,972.16 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72125 | CT scan of | N | 14 | 14 | $ | 98.62 | $ | 1,380.71 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 72131 | CT scan of | N | 26 | 26 | $ | 35.71 | $ | 928.51 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72131 | CT scan of | N | 47 | 47 | $ | 105.43 | $ | 4,955.43 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72141 | MRI scan o | N | 115 | 115 | $ | 160.40 | $ | 18,445.88 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72146 | MRI scan o | N | 30 | 30 | $ | 151.85 | $ | 4,555.49 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | F | 72148 | MRI scan o | N | 19 | 19 | $ | 52.52 | $ | 997.83 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72148 | MRI scan o | N | 315 | 312 | $ | 162.41 | $ | 51,158.01 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72156 | MRI scan o | N | 17 | 17 | $ | 246.00 | $ | 4,182.05 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72157 | MRI scan o | N | 16 | 15 | $ | 291.43 | $ | 4,662.81 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72158 | MRI scan o | N | 16 | 15 | $ | 82.79 | $ | 1,324.56 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | 72158 | MRI scan o | N | 50 | 50 | $ | 278.19 | $ | 13,909.61 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | A9575 | Injection, g | Y | 725 | 17 | $ | 0.16 | $ | 116.03 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | A9579 | Injection, g | Y | 4066 | 255 | $ | 1.45 | $ | 5,905.66 |
| 1194795419 | GYORKE | ANDREW | | MD | Diagnostic | O | Q9967 | Low osmol | Y | 5175 | 54 | $ | 0.10 | $ | 506.78 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 62304 | X-ray of lo | N | 15 | 15 | $ | 190.43 | $ | 2,856.45 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70450 | CT scan he | N | 724 | 676 | $ | 30.96 | $ | 22,418.26 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70450 | CT scan he | N | 78 | 75 | $ | 66.80 | $ | 5,210.05 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70486 | CT scan of | N | 28 | 28 | $ | 26.47 | $ | 741.21 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70486 | CT scan of | N | 28 | 28 | $ | 101.30 | $ | 2,836.42 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70491 | CT scan of | N | 48 | 48 | $ | 166.08 | $ | 7,971.76 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70496 | CT scan of | N | 40 | 40 | $ | 63.48 | $ | 2,539.34 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70496 | CT scan of | N | 18 | 18 | $ | 185.47 | $ | 3,338.38 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70498 | CT scan of | N | 43 | 43 | $ | 52.17 | $ | 2,243.28 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70498 | CT scan of | N | 27 | 27 | $ | 188.62 | $ | 5,092.87 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70543 | MRI scan b | N | 17 | 16 | $ | 353.61 | $ | 6,011.41 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70544 | MRA scan | N | 80 | 80 | $ | 46.95 | $ | 3,756.36 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70544 | MRA scan | N | 51 | 51 | $ | 241.56 | $ | 12,319.77 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70548 | MRA scan | N | 63 | 63 | $ | 35.46 | $ | 2,233.86 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70548 | MRA scan | N | 28 | 28 | $ | 308.53 | $ | 8,638.74 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70551 | MRI scan b | N | 62 | 61 | $ | 54.86 | $ | 3,401.30 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70551 | MRI scan b | N | 81 | 81 | $ | 169.90 | $ | 13,762.25 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 70553 | MRI scan o | N | 85 | 85 | $ | 86.78 | $ | 7,376.51 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 70553 | MRI scan o | N | 225 | 220 | $ | 270.45 | $ | 60,851.49 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72040 | X-ray of spi | N | 25 | 24 | $ | 18.52 | $ | 463.01 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72050 | X-ray of up | N | 11 | 11 | $ | 29.07 | $ | 319.76 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72100 | X-ray of lo | N | 23 | 23 | $ | 23.03 | $ | 529.72 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72110 | X-ray of lo | N | 43 | 43 | $ | 32.60 | $ | 1,401.84 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72114 | X-ray lowe | N | 21 | 21 | $ | 45.10 | $ | 947.13 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72120 | X-ray lowe | N | 11 | 11 | $ | 25.46 | $ | 280.05 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72125 | CT scan of | N | 90 | 90 | $ | 41.32 | $ | 3,719.23 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72125 | CT scan of | N | 23 | 22 | $ | 106.82 | $ | 2,456.76 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72128 | CT scan of | N | 15 | 15 | $ | 32.62 | $ | 489.28 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72128 | CT scan of | N | 18 | 18 | $ | 117.93 | $ | 2,122.74 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72131 | CT scan of l | N | 51 | 51 | $ | 34.06 | $ | 1,737.18 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72131 | CT scan of l | N | 52 | 52 | $ | 103.68 | $ | 5,391.51 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72127 | CT scan of l | N | 19 | 19 | $ | 156.88 | $ | 2,980.69 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72141 | MRI scan o | N | 149 | 149 | $ | 157.83 | $ | 23,516.25 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72146 | MRI scan o | N | 55 | 55 | $ | 156.52 | $ | 8,608.46 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72148 | MRI scan o | N | 12 | 12 | $ | 55.50 | $ | 666.00 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72148 | MRI scan o | N | 392 | 391 | $ | 158.99 | $ | 62,324.71 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72156 | MRI scan o | N | 17 | 17 | $ | 291.55 | $ | 4,956.34 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | F | 72157 | MRI scan o | N | 12 | 12 | $ | 79.73 | $ | 956.77 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72157 | MRI scan o | N | 15 | 15 | $ | 283.94 | $ | 4,259.14 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | 72158 | MRI scan o | N | 64 | 64 | $ | 260.80 | $ | 16,690.90 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | A9575 | Injection, g | Y | 1117 | 28 | $ | 0.16 | $ | 181.74 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | A9579 | Injection, g | Y | 4788 | 283 | $ | 1.46 | $ | 6,994.48 |
| 1194796292 | LEE | JOHN | A | MD | Diagnostic | O | Q9967 | Low osmol | Y | 8453 | 90 | $ | 0.10 | $ | 821.34 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 71010 | X-ray of ch | N | 122 | 114 | $ | 7.15 | $ | 872.40 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 71020 | X-ray of ch | N | 37 | 36 | $ | 8.67 | $ | 320.79 |

1255591343 CHITKARA  MUNISH  K      MD     Diagnostic  O       71020 X-ray of ch  N        23      23 $               17.08  $      392.76

| ID | Last | First | MI | | Cat | Type | Code | Description | Flag | N1 | N2 | Amt1 | Amt2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 72110 | X-ray of lo | N | 11 | 11 | $ 31.39 | $ 345.24 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 72192 | CT scan pel | N | 27 | 27 | $ 40.35 | $ 1,089.50 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 72195 | MRI scan o | N | 23 | 23 | $ 266.59 | $ 6,131.55 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 72197 | MRI scan o | N | 11 | 11 | $ 378.47 | $ 4,163.18 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73030 | X-ray of sh | N | 19 | 12 | $ 19.11 | $ 363.16 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73110 | X-ray of wr | N | 61 | 32 | $ 24.80 | $ 1,512.64 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73130 | X-ray of ha | N | 113 | 58 | $ 21.89 | $ 2,473.70 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73220 | CT scan of | N | 45 | 44 | $ 105.44 | $ 4,744.76 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73218 | MRI scan o | N | 20 | 19 | $ 267.06 | $ 5,341.13 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73221 | MRI scan o | N | 292 | 285 | $ 175.30 | $ 51,187.47 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73222 | MRI scan o | N | 15 | 15 | $ 292.80 | $ 4,392.00 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73223 | MRI scan o | N | 14 | 14 | $ 351.69 | $ 4,923.67 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73502 | X-ray of hipN | | 11 | 11 | $ 31.68 | $ 348.44 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73562 | X-ray of kn | N | 20 | 16 | $ 23.81 | $ 476.17 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73630 | X-ray of fo | N | 70 | 37 | $ 20.04 | $ 1,402.54 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 73700 | CT scan leg | N | 52 | 50 | $ 36.28 | $ 1,886.57 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73700 | CT scan leg | N | 34 | 33 | $ 100.90 | $ 3,430.72 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 73701 | CT scan leg | N | 13 | 12 | $ 44.57 | $ 579.39 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73718 | MRI scan o | N | 84 | 74 | $ 250.56 | $ 21,047.45 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73720 | MRI scan o | N | 15 | 15 | $ 85.76 | $ 1,286.40 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73720 | MRI scan o | N | 36 | 35 | $ 387.60 | $ 13,953.65 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73721 | MRI scan o | N | 21 | 21 | $ 48.86 | $ 1,026.01 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73721 | MRI scan o | N | 345 | 329 | $ 168.69 | $ 58,199.24 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 73723 | MRI scan o | N | 12 | 11 | $ 78.62 | $ 943.40 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 73723 | MRI scan o | N | 14 | 13 | $ 286.38 | $ 4,009.31 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 74176 | CT scan of | N | 13 | 13 | $ 62.16 | $ 808.02 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | F | 74177 | CT scan of | N | 30 | 30 | $ 67.98 | $ 2,039.50 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 76377 | 3D radiogr | N | 11 | 11 | $ 53.97 | $ 593.65 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 76881 | Ultrasound N | | 55 | 43 | $ 90.81 | $ 4,994.55 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | 76882 | Ultrasound N | | 34 | 31 | $ 26.81 | $ 911.68 |
| 1255591343 | CHITKARA | MUNISH | K | MD | Diagnostic | O | A9579 | Injection, g Y | | 1105 | 66 | $ 1.46 | $ 1,612.75 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 20610 | Aspiration | N | 16 | 16 | $ 44.62 | $ 713.84 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 23350 | Injection of N | | 17 | 17 | $ 103.81 | $ 1,764.72 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 71010 | X-ray of ch | N | 184 | 171 | $ 7.16 | $ 1,317.09 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71020 | X-ray of ch | N | 134 | 134 | $ 8.36 | $ 1,119.94 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71020 | X-ray of ch | N | 425 | 418 | $ 17.53 | $ 7,449.30 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71110 | X-ray of rib | N | 11 | 11 | $ 21.88 | $ 240.70 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 71250 | CT scan ch | N | 22 | 20 | $ 38.00 | $ 836.02 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71250 | CT scan ch | N | 188 | 184 | $ 105.18 | $ 19,774.47 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 71260 | CT scan ch | N | 49 | 49 | $ 44.91 | $ 2,200.59 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71260 | CT scan ch | N | 108 | 103 | $ 122.14 | $ 13,191.51 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71270 | CT scan ch | N | 19 | 19 | $ 160.65 | $ 3,052.33 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 71275 | CT scan of | N | 27 | 27 | $ 71.01 | $ 1,917.29 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 71275 | CT scan of | N | 54 | 54 | $ 185.84 | $ 10,035.33 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72040 | X-ray of spi | N | 12 | 12 | $ 23.87 | $ 286.44 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72050 | X-ray of up | N | 19 | 19 | $ 25.99 | $ 493.90 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72072 | X-ray of mi | N | 18 | 18 | $ 21.61 | $ 388.91 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72100 | X-ray of lo | N | 18 | 18 | $ 8.45 | $ 152.15 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72100 | X-ray of lo | N | 19 | 19 | $ 19.69 | $ 374.03 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72110 | X-ray of lo | N | 65 | 65 | $ 29.93 | $ 1,945.60 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72114 | X-ray lowe | N | 11 | 11 | $ 45.76 | $ 503.32 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72120 | X-ray lowe | N | 12 | 12 | $ 27.12 | $ 325.45 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 72170 | X-ray of pe | N | 17 | 17 | $ 20.93 | $ 355.73 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 73030 | X-ray of sh | N | 13 | 13 | $ 6.39 | $ 83.05 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73030 | X-ray of sh | N | 48 | 45 | $ 19.84 | $ 952.14 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73080 | X-ray of elbN | | 12 | 12 | $ 21.33 | $ 255.90 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73110 | X-ray of wr | N | 23 | 21 | $ 24.31 | $ 559.16 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73130 | X-ray of ha | N | 32 | 26 | $ 17.64 | $ 564.49 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 73501 | X-ray of hipN | | 11 | 11 | $ 7.18 | $ 78.93 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 73502 | X-ray of hipN | | 26 | 26 | $ 8.26 | $ 214.80 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73502 | X-ray of hipN | | 51 | 51 | $ 25.54 | $ 1,302.33 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73560 | X-ray of kn | N | 21 | 16 | $ 20.87 | $ 438.30 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73562 | X-ray of kn | N | 86 | 63 | $ 22.42 | $ 1,928.07 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73610 | X-ray of an | N | 15 | 14 | $ 19.45 | $ 291.73 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 73630 | X-ray of fo | N | 42 | 35 | $ 18.87 | $ 792.62 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 74000 | X-ray of ab | N | 11 | 11 | $ 7.27 | $ 79.97 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 74000 | X-ray of ab | N | 47 | 47 | $ 16.56 | $ 778.26 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 74160 | CT scan ab | N | 25 | 24 | $ 151.88 | $ 3,797.06 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 74174 | CT scan of | N | 16 | 16 | $ 228.76 | $ 3,660.13 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 74176 | CT scan of | N | 52 | 52 | $ 68.21 | $ 3,547.05 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 74176 | CT scan of | N | 72 | 72 | $ 134.76 | $ 9,702.55 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | F | 74177 | CT scan of | N | 116 | 116 | $ 72.45 | $ 8,404.56 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 74177 | CT scan of | N | 175 | 171 | $ 199.98 | $ 34,997.27 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 74178 | CT scan of | N | 88 | 88 | $ 231.08 | $ 20,334.65 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 75635 | CT scan of | N | 21 | 20 | $ 230.39 | $ 4,838.16 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76536 | Ultrasound N | | 55 | 55 | $ 71.53 | $ 3,934.04 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76700 | Ultrasound N | | 85 | 85 | $ 74.91 | $ 6,367.73 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76705 | Ultrasound N | | 17 | 17 | $ 20.71 | $ 352.05 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76770 | Ultrasound N | | 138 | 138 | $ 75.33 | $ 10,395.48 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76775 | Ultrasound N | | 29 | 29 | $ 42.07 | $ 1,220.01 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76830 | Ultrasound N | | 18 | 18 | $ 81.55 | $ 1,467.94 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76856 | Ultrasound N | | 17 | 17 | $ 72.66 | $ 1,235.20 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic | O | 76870 | Ultrasound N | | 11 | 11 | $ 40.09 | $ 440.98 |

| 1265403414 ROACH | DONALD | J | MD | Diagnostic O | 77002 Fluoroscop N | 39 | 39 | $ | 73.04 | $ | 2,848.59 |

| ID | Last | First | | Deg | Type | Code | Desc | | Num1 | Num2 | | Amount1 | | Amount2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic F | 77012 | Radiologica | N | 22 | 22 | $ | 45.80 | $ | 1,007.60 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic O | 77012 | Radiologica | N | 12 | 12 | $ | 98.53 | $ | 1,182.36 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic F | 93880 | Ultrasound | N | 97 | 96 | $ | 141.86 | $ | 13,760.46 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic O | 93970 | Ultrasound | N | 21 | 21 | $ | 114.70 | $ | 2,408.68 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic O | 93971 | Ultrasound | N | 79 | 78 | $ | 78.61 | $ | 6,210.22 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic O | 93975 | Ultrasound | N | 14 | 14 | $ | 157.08 | $ | 2,199.17 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic F | 99205 | New patien | N | 13 | 13 | $ | 152.36 | $ | 1,980.66 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic O | G0389 | Ultrasound | N | 13 | 13 | $ | 114.52 | $ | 1,488.76 |
| 1265403414 | ROACH | DONALD | J | MD | Diagnostic F | Q9967 | Low osmol | Y | 37868 | 380 | $ | 0.10 | $ | 3,732.19 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 10022 | Fine needle | N | 24 | 24 | $ | 52.32 | $ | 1,255.68 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 32405 | Needle bio | N | 20 | 20 | $ | 78.76 | $ | 1,575.26 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 36561 | Insertion o | N | 35 | 34 | $ | 281.21 | $ | 9,842.39 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 71010 | X-ray of ch | N | 738 | 526 | $ | 6.99 | $ | 5,159.46 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 71020 | X-ray of ch | N | 208 | 200 | $ | 8.35 | $ | 1,736.03 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic O | 71020 | X-ray of ch | N | 116 | 116 | $ | 17.54 | $ | 2,034.94 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 71250 | CT scan ch | N | 27 | 27 | $ | 38.52 | $ | 1,039.92 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 71260 | CT scan ch | N | 32 | 32 | $ | 44.68 | $ | 1,429.75 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 71275 | CT scan of | N | 26 | 26 | $ | 68.18 | $ | 1,772.59 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 72050 | X-ray of up | N | 11 | 11 | $ | 31.13 | $ | 342.46 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 72110 | X-ray of lo | N | 18 | 18 | $ | 34.80 | $ | 626.32 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 73030 | X-ray of sh | N | 12 | 12 | $ | 7.55 | $ | 90.60 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 73501 | X-ray of hip | N | 28 | 26 | $ | 7.55 | $ | 211.40 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 73502 | X-ray of hip | N | 41 | 41 | $ | 8.73 | $ | 358.00 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic O | 73502 | X-ray of hip | N | 13 | 13 | $ | 29.99 | $ | 389.88 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 73560 | X-ray of kn | N | 41 | 39 | $ | 6.70 | $ | 274.70 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic O | 73562 | X-ray of kn | N | 22 | 17 | $ | 24.88 | $ | 547.29 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 73630 | X-ray of fe | N | 15 | 15 | $ | 6.70 | $ | 100.50 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 74000 | X-ray of ab | N | 60 | 53 | $ | 7.20 | $ | 431.89 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 74000 | X-ray of ab | N | 22 | 21 | $ | 14.03 | $ | 308.55 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 74020 | Imaging of | N | 26 | 25 | $ | 10.46 | $ | 272.00 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 74176 | CT scan of | N | 62 | 62 | $ | 67.59 | $ | 4,190.41 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 74177 | CT scan of | N | 114 | 111 | $ | 69.24 | $ | 7,893.61 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 74430 | Radiologica | N | 15 | 15 | $ | 12.10 | $ | 181.44 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic O | 76770 | Ultrasound | N | 28 | 28 | $ | 78.52 | $ | 2,198.63 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 76937 | Ultrasound | N | 44 | 43 | $ | 11.29 | $ | 496.57 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 76942 | Ultrasonic | N | 22 | 22 | $ | 26.53 | $ | 583.66 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 77001 | Fluoroscop | N | 42 | 40 | $ | 14.88 | $ | 625.09 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 77012 | Radiologica | N | 70 | 70 | $ | 45.28 | $ | 3,169.61 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 93926 | Ultrasound | N | 12 | 11 | $ | 19.19 | $ | 230.28 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | 99144 | Moderate | N | 60 | 59 | $ | 24.44 | $ | 1,466.40 |
| 1265403430 | VANASCO | MATTHEW | E | MD | Diagnostic F | Q9967 | Low osmol | Y | 1025 | 11 | $ | 0.10 | $ | 100.96 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 71010 | X-ray of ch | N | 323 | 289 | $ | 6.96 | $ | 2,247.53 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 71020 | X-ray of ch | N | 110 | 106 | $ | 8.12 | $ | 893.01 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 71020 | X-ray of ch | N | 57 | 54 | $ | 19.50 | $ | 1,111.23 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 71260 | CT scan ch | N | 13 | 13 | $ | 46.86 | $ | 609.20 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 71275 | CT scan of | N | 17 | 17 | $ | 71.29 | $ | 1,211.87 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 72100 | X-ray of lo | N | 18 | 18 | $ | 24.39 | $ | 439.04 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 72110 | X-ray of lo | N | 17 | 17 | $ | 31.16 | $ | 529.72 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 72170 | X-ray of pe | N | 14 | 14 | $ | 24.91 | $ | 348.74 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 72192 | CT scan pel | N | 27 | 27 | $ | 41.97 | $ | 1,133.08 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 72192 | CT scan pel | N | 13 | 13 | $ | 87.51 | $ | 1,137.68 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 72195 | MRI scan o | N | 11 | 11 | $ | 54.41 | $ | 598.52 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 72195 | MRI scan o | N | 33 | 33 | $ | 259.75 | $ | 8,571.90 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 72197 | MRI scan o | N | 16 | 16 | $ | 319.99 | $ | 5,119.88 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 72200 | X-ray of sa | N | 18 | 18 | $ | 18.79 | $ | 338.28 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73030 | X-ray of sh | N | 11 | 11 | $ | 6.44 | $ | 70.87 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73030 | X-ray of sh | N | 35 | 30 | $ | 20.77 | $ | 726.95 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73110 | X-ray of wr | N | 85 | 46 | $ | 26.02 | $ | 2,211.83 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73130 | X-ray of ha | N | 167 | 90 | $ | 22.21 | $ | 3,709.53 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73200 | CT scan of | N | 20 | 20 | $ | 36.44 | $ | 728.76 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73200 | CT scan of | N | 54 | 54 | $ | 116.94 | $ | 6,314.75 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73218 | MRI scan o | N | 26 | 26 | $ | 262.95 | $ | 6,836.81 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73221 | MRI scan o | N | 353 | 341 | $ | 173.38 | $ | 61,202.33 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73222 | MRI scan o | N | 13 | 13 | $ | 298.02 | $ | 3,874.26 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73223 | MRI scan o | N | 13 | 13 | $ | 362.88 | $ | 4,717.48 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73502 | X-ray of hip | N | 12 | 12 | $ | 8.95 | $ | 107.40 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73502 | X-ray of hip | N | 31 | 31 | $ | 28.40 | $ | 880.54 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73560 | X-ray of kn | N | 32 | 21 | $ | 21.17 | $ | 677.55 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73562 | X-ray of kn | N | 57 | 39 | $ | 25.72 | $ | 1,466.25 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73565 | X-ray of bo | N | 11 | 11 | $ | 21.64 | $ | 238.06 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73610 | X-ray of an | N | 23 | 16 | $ | 17.66 | $ | 406.25 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73630 | X-ray of fe | N | 105 | 62 | $ | 19.89 | $ | 2,088.76 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73700 | CT scan leg | N | 60 | 59 | $ | 37.35 | $ | 2,240.99 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73700 | CT scan leg | N | 53 | 49 | $ | 110.18 | $ | 5,839.60 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73701 | CT scan leg | N | 11 | 11 | $ | 44.24 | $ | 486.69 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73701 | CT scan leg | N | 13 | 13 | $ | 153.21 | $ | 1,991.75 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73718 | MRI scan o | N | 78 | 76 | $ | 252.40 | $ | 19,687.00 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73720 | MRI scan o | N | 28 | 24 | $ | 72.74 | $ | 2,036.85 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73720 | MRI scan o | N | 32 | 28 | $ | 381.39 | $ | 12,204.48 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 73721 | MRI scan o | N | 23 | 23 | $ | 47.96 | $ | 1,102.97 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73721 | MRI scan o | N | 469 | 443 | $ | 164.24 | $ | 77,027.22 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic O | 73723 | MRI scan o | N | 21 | 20 | $ | 313.55 | $ | 6,584.62 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic F | 74000 | X-ray of ab | N | 20 | 19 | $ | 7.27 | $ | 145.40 |

| 1306008313 KOHL | CHAD | A | MD | Diagnostic F | 74020 Imaging of N | 13 | 13 $ | 10.04 $ | 130.56 |

| NPI | Last | First | MI | Cred | Type | F/O | Code | Description | N/Y | Qty1 | Qty2 | $ | Rate | $ | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic | F | 74176 | CT scan of | N | 14 | 14 | $ | 63.11 | $ | 883.56 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic | O | 74177 | CT scan of | N | 29 | 28 | $ | 70.54 | $ | 2,045.59 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic | O | 76881 | Ultrasound | N | 72 | 51 | $ | 84.76 | $ | 6,102.77 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic | O | 76882 | Ultrasound | N | 35 | 34 | $ | 27.72 | $ | 970.26 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic | O | 93971 | Ultrasound | N | 13 | 13 | $ | 17.83 | $ | 231.79 |
| 1306008313 | KOHL | CHAD | A | MD | Diagnostic | O | A9579 | Injection, g | Y | 1255 | 71 | $ | 1.44 | $ | 1,802.82 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 71010 | X-ray of ch | N | 88 | 85 | $ | 7.10 | $ | 624.80 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 71020 | X-ray of ch | N | 46 | 45 | $ | 8.49 | $ | 390.54 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 71250 | CT scan ch | N | 14 | 14 | $ | 39.14 | $ | 547.94 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 71260 | CT scan ch | N | 12 | 11 | $ | 42.52 | $ | 510.18 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 74176 | CT scan of | N | 12 | 12 | $ | 67.96 | $ | 815.52 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 74177 | CT scan of | N | 18 | 18 | $ | 68.10 | $ | 1,225.72 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 76642 | Ultrasound | N | 43 | 42 | $ | 26.48 | $ | 1,138.64 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | 77063 | Screening | N | 65 | 65 | $ | 28.82 | $ | 1,873.08 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | O | 77063 | Screening | N | 385 | 385 | $ | 29.00 | $ | 11,165.88 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | G0202 | Screening | N | 83 | 83 | $ | 33.60 | $ | 2,788.50 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | O | G0202 | Screening | N | 482 | 482 | $ | 33.73 | $ | 16,257.80 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | G0204 | Diagnostic | N | 11 | 11 | $ | 33.85 | $ | 372.35 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | G0204 | Diagnostic | N | 54 | 54 | $ | 33.85 | $ | 1,827.90 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | O | G0206 | Diagnostic | N | 49 | 49 | $ | 26.99 | $ | 1,322.45 |
| 1326368713 | EPPELHEIM | CHRISTINE | N | M.D. | Diagnostic | F | G0279 | Diagnostic | N | 59 | 59 | $ | 23.23 | $ | 1,370.57 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 32555 | Removal of | N | 19 | 18 | $ | 90.72 | $ | 1,723.68 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 70450 | CT scan he | N | 410 | 400 | $ | 29.94 | $ | 12,276.86 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | 70450 | CT scan he | N | 18 | 18 | $ | 81.43 | $ | 1,465.65 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 70486 | CT scan of | N | 15 | 15 | $ | 26.00 | $ | 389.96 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 70551 | MRI scan b | N | 78 | 77 | $ | 54.35 | $ | 4,239.37 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 70551 | MRI scan b | N | 28 | 28 | $ | 170.36 | $ | 4,770.04 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | 70553 | MRI scan o | N | 28 | 28 | $ | 90.58 | $ | 2,536.35 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 70553 | MRI scan o | N | 17 | 16 | $ | 266.53 | $ | 4,530.98 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71010 | X-ray of ch | N | 820 | 753 | $ | 7.08 | $ | 5,802.50 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71020 | X-ray of ch | N | 201 | 200 | $ | 8.10 | $ | 1,628.57 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71020 | X-ray of ch | N | 134 | 131 | $ | 17.99 | $ | 2,410.06 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71250 | CT scan ch | N | 38 | 38 | $ | 38.39 | $ | 1,458.98 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71260 | CT scan of | N | 20 | 20 | $ | 125.19 | $ | 2,503.75 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71260 | CT scan of | N | 12 | 12 | $ | 43.72 | $ | 524.68 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 71275 | CT scan of | N | 69 | 69 | $ | 68.46 | $ | 4,723.53 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 72100 | X-ray of lo | N | 16 | 16 | $ | 8.39 | $ | 134.25 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 72110 | X-ray of lo | N | 18 | 18 | $ | 37.07 | $ | 667.19 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 72125 | CT scan of | N | 46 | 45 | $ | 40.64 | $ | 1,869.48 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | 72141 | MRI scan o | N | 33 | 33 | $ | 170.46 | $ | 5,625.20 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 72148 | MRI scan o | N | 61 | 61 | $ | 168.54 | $ | 10,280.95 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 72170 | X-ray of pe | N | 18 | 18 | $ | 6.99 | $ | 125.82 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73030 | X-ray of sh | N | 34 | 31 | $ | 6.23 | $ | 211.68 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73030 | X-ray of sh | N | 15 | 14 | $ | 14.16 | $ | 212.41 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73060 | X-ray of up | N | 15 | 15 | $ | 6.26 | $ | 93.94 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73130 | X-ray of ha | N | 19 | 18 | $ | 6.62 | $ | 125.82 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | 73130 | X-ray of ha | N | 12 | 11 | $ | 22.56 | $ | 270.71 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73221 | MRI scan o | N | 24 | 23 | $ | 152.62 | $ | 3,662.88 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73502 | X-ray of hip | N | 12 | 12 | $ | 8.95 | $ | 107.40 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73502 | X-ray of hip | N | 11 | 11 | $ | 30.20 | $ | 332.20 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73560 | X-ray of kn | N | 26 | 23 | $ | 6.71 | $ | 174.46 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73562 | X-ray of kn | N | 15 | 13 | $ | 7.56 | $ | 113.40 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73562 | X-ray of kn | N | 19 | 14 | $ | 25.63 | $ | 486.88 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73564 | X-ray of kn | N | 19 | 17 | $ | 8.48 | $ | 161.10 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73590 | X-ray of lo | N | 14 | 13 | $ | 6.23 | $ | 87.23 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73610 | X-ray of an | N | 18 | 18 | $ | 6.41 | $ | 115.43 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73630 | X-ray of fo | N | 16 | 16 | $ | 6.28 | $ | 100.50 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | 73630 | X-ray of fo | N | 15 | 14 | $ | 20.08 | $ | 301.21 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 73721 | MRI scan o | N | 57 | 54 | $ | 162.18 | $ | 9,244.19 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 74000 | X-ray of ab | N | 63 | 61 | $ | 7.15 | $ | 450.74 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 74020 | Imaging of | N | 24 | 24 | $ | 10.44 | $ | 250.47 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 74022 | Imaging of | N | 18 | 18 | $ | 11.42 | $ | 205.60 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 74176 | CT scan of | N | 128 | 125 | $ | 67.12 | $ | 8,590.91 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 74177 | CT scan of | N | 121 | 117 | $ | 70.77 | $ | 8,562.86 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 74230 | Imaging fo | N | 16 | 16 | $ | 21.25 | $ | 340.00 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76536 | Ultrasound | N | 11 | 11 | $ | 94.33 | $ | 1,037.63 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76641 | Ultrasound | N | 16 | 14 | $ | 86.88 | $ | 1,390.08 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76700 | Ultrasound | N | 13 | 13 | $ | 28.37 | $ | 368.75 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76700 | Ultrasound | N | 32 | 32 | $ | 89.46 | $ | 2,862.63 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76705 | Ultrasound | N | 42 | 40 | $ | 20.41 | $ | 857.02 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76705 | Ultrasound | N | 11 | 11 | $ | 74.20 | $ | 816.17 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76770 | Ultrasound | N | 73 | 73 | $ | 27.43 | $ | 2,002.55 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 76770 | Ultrasound | N | 28 | 28 | $ | 83.91 | $ | 2,349.45 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 77080 | Bone densi | N | 30 | 30 | $ | 41.55 | $ | 1,246.50 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 78452 | Nuclear me | N | 20 | 20 | $ | 59.45 | $ | 1,189.02 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 93970 | Ultrasound | N | 48 | 48 | $ | 27.04 | $ | 1,298.14 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 93970 | Ultrasound | N | 11 | 11 | $ | 126.01 | $ | 1,386.08 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 93971 | Ultrasound | N | 37 | 37 | $ | 17.38 | $ | 642.96 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | F | 93971 | Ultrasound | N | 16 | 16 | $ | 89.20 | $ | 1,427.16 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | A9579 | Injection, g | Y | 531 | 35 | $ | 1.46 | $ | 777.46 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | G0202 | Screening | N | 51 | 51 | $ | 135.02 | $ | 6,886.02 |
| 1346436789 | CHABRA | SHALINI | | M.D. | Diagnostic | O | Q9967 | Low osmol | Y | 3120 | 31 | $ | 0.10 | $ | 297.21 |
| 1437101946 | STRAUTMA | PAUL | R | M.D. | Interventio | F | 71010 | X-ray of ch | N | 570 | 461 | $ | 7.09 | $ | 4,042.99 |

1437101946 STRAUTMA PAUL    R    M.D.    Interventio F    71020 X-ray of ch N    307    301 $    8.27 $    2,540.31

| NPI | Name | | | | | Code | Desc | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 71020 | X-ray of ch | N | 90 | 90 | $ 16.09 | $ 1,448.43 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 71250 | CT scan ch | N | 22 | 22 | $ 35.22 | $ 774.84 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 71250 | CT scan ch | N | 24 | 24 | $ 99.23 | $ 2,381.42 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 71260 | CT scan ch | N | 11 | 11 | $ 46.34 | $ 509.74 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 71260 | CT scan ch | N | 14 | 14 | $ 114.61 | $ 1,604.54 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 71275 | CT scan of | N | 29 | 29 | $ 66.74 | $ 1,935.40 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 72100 | X-ray of lo | N | 24 | 24 | $ 8.58 | $ 205.85 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 72110 | X-ray of lo | N | 13 | 13 | $ 32.41 | $ 421.28 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 72170 | X-ray of pe | N | 11 | 11 | $ 6.99 | $ 76.89 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73030 | X-ray of sh | N | 32 | 31 | $ 6.61 | $ 211.40 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 73030 | X-ray of sh | N | 15 | 14 | $ 21.62 | $ 324.27 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73110 | X-ray of wr | N | 14 | 14 | $ 6.49 | $ 90.87 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73501 | X-ray of hip | N | 18 | 17 | $ 7.55 | $ 135.90 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73502 | X-ray of hip | N | 50 | 50 | $ 8.41 | $ 420.65 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73560 | X-ray of kn | N | 16 | 16 | $ 6.70 | $ 107.20 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73562 | X-ray of kn | N | 11 | 11 | $ 6.18 | $ 67.95 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73610 | X-ray of an | N | 14 | 13 | $ 6.49 | $ 90.87 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73630 | X-ray of fo | N | 17 | 16 | $ 6.70 | $ 113.90 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 73630 | X-ray of fo | N | 16 | 12 | $ 17.58 | $ 281.29 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 74000 | X-ray of ab | N | 53 | 50 | $ 7.27 | $ 385.31 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 74176 | CT scan of | N | 47 | 47 | $ 68.14 | $ 3,202.51 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 74177 | CT scan of | N | 65 | 63 | $ 70.69 | $ 4,594.74 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 74177 | CT scan of | N | 11 | 11 | $ 213.86 | $ 2,352.44 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 74230 | Imaging fo | N | 18 | 17 | $ 21.23 | $ 382.14 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 76642 | Ultrasound | N | 21 | 20 | $ 21.04 | $ 441.87 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 76642 | Ultrasound | N | 71 | 66 | $ 66.31 | $ 4,708.20 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 76700 | Ultrasound | N | 29 | 29 | $ 29.09 | $ 843.73 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 76700 | Ultrasound | N | 18 | 18 | $ 84.14 | $ 1,514.43 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 76770 | Ultrasound | N | 15 | 15 | $ 28.36 | $ 425.44 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 76770 | Ultrasound | N | 15 | 15 | $ 81.85 | $ 1,227.77 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | N | 77063 | Screening | N | 47 | 47 | $ 29.69 | $ 1,395.43 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | 77063 | Screening | N | 123 | 123 | $ 54.61 | $ 6,717.03 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 77080 | Bone densi | N | 21 | 21 | $ 40.61 | $ 852.81 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | 93971 | Ultrasound | N | 11 | 11 | $ 17.83 | $ 196.13 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | G0202 | Screening | N | 191 | 191 | $ 34.56 | $ 6,600.96 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | G0202 | Screening | N | 388 | 388 | $ 132.06 | $ 51,239.28 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | G0204 | Diagnostic | N | 20 | 20 | $ 27.70 | $ 554.08 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | G0204 | Diagnostic | N | 60 | 60 | $ 121.88 | $ 7,312.90 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | G0206 | Diagnostic | N | 32 | 30 | $ 23.72 | $ 759.07 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | O | G0206 | Diagnostic | N | 55 | 52 | $ 89.69 | $ 4,932.88 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | Q0279 | Diagnostic | N | 35 | 35 | $ 42.87 | $ 1,500.44 |
| 1437101946 | STRAUTMA PAUL | R | M.D. | Interventio | F | Q9967 | Low osmol | Y | 2200 | 23 | $ 0.10 | $ 217.45 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 32555 | Removal of | N | 11 | 11 | $ 82.30 | $ 905.30 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 71010 | X-ray of ch | N | 825 | 658 | $ 7.00 | $ 5,773.52 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 71020 | X-ray of ch | N | 306 | 301 | $ 7.97 | $ 2,439.80 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 71020 | X-ray of ch | N | 399 | 388 | $ 16.26 | $ 6,488.08 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 71250 | CT scan ch | N | 20 | 20 | $ 39.76 | $ 795.22 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 71250 | CT scan ch | N | 15 | 15 | $ 107.41 | $ 1,611.18 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 71260 | CT scan ch | N | 19 | 19 | $ 42.53 | $ 808.13 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 71275 | CT scan of | N | 24 | 24 | $ 70.84 | $ 1,700.24 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72040 | X-ray of spi | N | 28 | 28 | $ 21.73 | $ 608.43 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72050 | X-ray of up | N | 35 | 35 | $ 30.79 | $ 1,077.53 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72052 | X-ray of up | N | 16 | 16 | $ 37.13 | $ 594.13 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72072 | X-ray of mi | N | 19 | 19 | $ 20.02 | $ 380.40 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72100 | X-ray of lo | N | 21 | 20 | $ 8.95 | $ 187.95 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72100 | X-ray of lo | N | 33 | 33 | $ 18.61 | $ 614.16 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72110 | X-ray of lo | N | 14 | 14 | $ 10.77 | $ 150.72 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 72110 | X-ray of lo | N | 75 | 72 | $ 30.67 | $ 2,300.03 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72114 | X-ray lowe | N | 36 | 36 | $ 44.30 | $ 1,594.88 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 72120 | X-ray lowe | N | 14 | 14 | $ 24.93 | $ 349.05 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 72170 | X-ray of pe | N | 19 | 18 | $ 6.99 | $ 132.81 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72170 | X-ray of pe | N | 13 | 12 | $ 24.86 | $ 323.17 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 72200 | X-ray of sa | N | 11 | 11 | $ 18.95 | $ 208.50 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73030 | X-ray of sh | N | 40 | 38 | $ 6.80 | $ 271.80 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 73030 | X-ray of sh | N | 71 | 61 | $ 17.86 | $ 1,268.16 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73060 | X-ray of up | N | 15 | 15 | $ 5.81 | $ 87.10 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73080 | X-ray of elb | N | 13 | 13 | $ 5.91 | $ 76.89 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73110 | X-ray of wr | N | 17 | 16 | $ 5.76 | $ 97.86 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 73110 | X-ray of wr | N | 28 | 24 | $ 25.25 | $ 706.98 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73130 | X-ray of ha | N | 34 | 23 | $ 19.11 | $ 649.89 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73501 | X-ray of hip | N | 19 | 19 | $ 7.55 | $ 143.45 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73502 | X-ray of hip | N | 59 | 57 | $ 8.80 | $ 519.10 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 73502 | X-ray of hip | N | 81 | 81 | $ 28.33 | $ 2,294.47 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73521 | X-ray of bo | N | 16 | 16 | $ 24.92 | $ 398.64 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73560 | X-ray of kn | N | 18 | 18 | $ 6.33 | $ 113.90 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 73560 | X-ray of kn | N | 26 | 18 | $ 21.83 | $ 567.61 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73562 | X-ray of kn | N | 21 | 18 | $ 5.75 | $ 120.80 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 73562 | X-ray of kn | N | 69 | 56 | $ 24.39 | $ 1,682.79 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73564 | X-ray of kn | N | 25 | 23 | $ 8.59 | $ 214.80 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73590 | X-ray of lo | N | 12 | 12 | $ 6.70 | $ 80.40 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73610 | X-ray of an | N | 18 | 17 | $ 5.89 | $ 106.01 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | O | 73610 | X-ray of an | N | 28 | 23 | $ 19.01 | $ 532.32 |
| 1447221775 | KASKOWIT LAWRENCE | S | MD | Diagnostic | F | 73630 | X-ray of fo | N | 18 | 16 | $ 5.96 | $ 107.20 |

| 1447221775 | KASKOWIT LAWRENCE S | MD | Diagnostic | O | 73630 X-ray of fo | N | 54 | 48 | $ | 16.90 | $ | 912.49 |

| ID | Last | First | MI | Cred | Type | F/O | Code | Description | N | Qty1 | Qty2 | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 74000 | X-ray of ab | N | 39 | 38 | $ | 6.90 | $ | 268.99 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 74000 | X-ray of ab | N | 78 | 74 | $ | 16.51 | $ | 1,287.59 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 74020 | Imaging of | N | 29 | 29 | $ | 10.13 | $ | 293.76 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 74022 | Imaging of | N | 12 | 12 | $ | 11.77 | $ | 141.24 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 74176 | CT scan of | N | 26 | 26 | $ | 65.67 | $ | 1,707.30 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 74177 | CT scan of | N | 48 | 48 | $ | 68.27 | $ | 3,277.08 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 74177 | CT scan of | N | 18 | 18 | $ | 206.88 | $ | 3,723.92 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 74230 | Imaging fo | N | 16 | 16 | $ | 21.23 | $ | 339.68 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 76536 | Ultrasound | N | 13 | 13 | $ | 92.22 | $ | 1,198.86 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 76700 | Ultrasound | N | 40 | 40 | $ | 27.31 | $ | 1,092.42 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 76700 | Ultrasound | N | 60 | 60 | $ | 85.47 | $ | 5,128.26 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 76705 | Ultrasound | N | 15 | 15 | $ | 22.69 | $ | 340.33 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 76770 | Ultrasound | N | 43 | 43 | $ | 27.76 | $ | 1,193.87 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 76770 | Ultrasound | N | 32 | 32 | $ | 82.56 | $ | 2,641.86 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 77080 | Bone densi | N | 51 | 51 | $ | 10.13 | $ | 516.63 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78071 | Imaging of | N | 20 | 19 | $ | 44.38 | $ | 887.69 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78195 | Imaging of | N | 19 | 19 | $ | 46.91 | $ | 891.29 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78226 | Imaging of | N | 11 | 11 | $ | 29.06 | $ | 319.66 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78227 | Imaging of | N | 22 | 22 | $ | 35.48 | $ | 780.56 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78264 | Stomach e | N | 28 | 28 | $ | 27.68 | $ | 775.00 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78306 | Bone and/ | N | 44 | 44 | $ | 33.02 | $ | 1,452.97 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78315 | Bone and/ | N | 22 | 22 | $ | 39.16 | $ | 861.61 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78452 | Nuclear me | N | 140 | 139 | $ | 59.21 | $ | 8,290.07 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78582 | Nuclear me | N | 58 | 58 | $ | 40.45 | $ | 2,345.84 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 78607 | Nuclear me | N | 27 | 27 | $ | 46.95 | $ | 1,267.65 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 78815 | Nuclear me | N | 167 | 150 | $ | 1,095.64 | $ | 182,971.69 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | 78816 | Nuclear me | N | 34 | 33 | $ | 1,094.51 | $ | 37,213.34 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 93016 | Exercise or | N | 22 | 22 | $ | 16.02 | $ | 352.40 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 93018 | Exercise or | N | 137 | 136 | $ | 11.02 | $ | 1,510.25 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 93880 | Ultrasound | N | 12 | 12 | $ | 31.76 | $ | 381.12 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 93970 | Ultrasound | N | 27 | 26 | $ | 26.11 | $ | 705.04 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | F | 93971 | Ultrasound | N | 27 | 27 | $ | 16.51 | $ | 445.75 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | A9552 | Fluorodeox | N | 179 | 162 | $ | 196.00 | $ | 35,084.00 |
| 1447221775 | KASKOWIT | LAWRENCE | S | MD | Diagnostic | O | Q9967 | Low osmol | Y | 2775 | 29 | $ | 0.10 | $ | 266.93 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 70450 | CT scan he | N | 68 | 67 | $ | 30.27 | $ | 2,058.14 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 71010 | X-ray of ch | N | 220 | 196 | $ | 6.55 | $ | 1,440.66 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 71010 | X-ray of ch | N | 103 | 103 | $ | 7.78 | $ | 800.95 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 71020 | X-ray of ch | N | 126 | 122 | $ | 13.18 | $ | 1,660.24 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 71250 | CT scan ch | N | 22 | 21 | $ | 37.07 | $ | 815.57 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 71260 | CT scan ch | N | 12 | 12 | $ | 47.07 | $ | 564.82 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 72050 | X-ray of up | N | 11 | 11 | $ | 14.00 | $ | 154.02 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 72110 | X-ray of lo | N | 28 | 28 | $ | 16.05 | $ | 449.42 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 73030 | X-ray of sh | N | 16 | 14 | $ | 13.03 | $ | 208.42 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 73502 | X-ray of hip | N | 14 | 14 | $ | 7.43 | $ | 104.04 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 73502 | X-ray of hip | N | 20 | 19 | $ | 18.91 | $ | 378.21 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 73560 | X-ray of kn | N | 26 | 19 | $ | 12.94 | $ | 336.50 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 73562 | X-ray of kn | N | 13 | 11 | $ | 19.46 | $ | 253.04 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 73610 | X-ray of an | N | 14 | 14 | $ | 11.26 | $ | 157.70 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 73630 | X-ray of an | N | 16 | 15 | $ | 11.72 | $ | 187.54 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 74000 | X-ray of ab | N | 14 | 13 | $ | 6.98 | $ | 97.72 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 74000 | X-ray of ab | N | 19 | 19 | $ | 10.04 | $ | 190.78 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 74020 | Imaging of | N | 15 | 14 | $ | 10.53 | $ | 158.01 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 74176 | CT scan of | N | 34 | 32 | $ | 65.08 | $ | 2,212.56 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 74177 | CT scan of | N | 19 | 19 | $ | 68.46 | $ | 1,300.67 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76536 | Ultrasound | N | 14 | 14 | $ | 33.25 | $ | 465.45 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76642 | Ultrasound | N | 39 | 36 | $ | 25.09 | $ | 978.65 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 76642 | Ultrasound | N | 65 | 59 | $ | 30.26 | $ | 1,966.67 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76700 | Ultrasound | N | 41 | 41 | $ | 34.77 | $ | 1,425.74 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76705 | Ultrasound | N | 15 | 15 | $ | 22.68 | $ | 340.13 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76770 | Ultrasound | N | 12 | 12 | $ | 28.22 | $ | 338.62 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 76770 | Ultrasound | N | 30 | 30 | $ | 51.04 | $ | 1,531.11 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76775 | Ultrasound | N | 17 | 17 | $ | 22.80 | $ | 387.58 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 76830 | Ultrasound | N | 11 | 11 | $ | 40.92 | $ | 450.17 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 77063 | Screening | N | 248 | 248 | $ | 28.87 | $ | 7,158.90 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 77063 | Screening | N | 314 | 314 | $ | 34.19 | $ | 10,736.05 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 77080 | Bone densi | N | 93 | 93 | $ | 9.83 | $ | 914.07 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | 77080 | Bone densi | N | 462 | 462 | $ | 13.12 | $ | 6,062.59 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 93880 | Ultrasound | N | 14 | 14 | $ | 28.45 | $ | 398.36 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 93880 | Ultrasound | N | 29 | 29 | $ | 100.71 | $ | 2,920.71 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 93970 | Ultrasound | N | 12 | 12 | $ | 94.95 | $ | 1,139.44 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 93971 | Ultrasound | N | 26 | 26 | $ | 40.01 | $ | 1,040.35 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 93976 | Ultrasound | N | 18 | 18 | $ | 29.50 | $ | 531.08 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | 93976 | Ultrasound | N | 67 | 67 | $ | 38.51 | $ | 2,580.33 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | G0202 | Screening | N | 303 | 303 | $ | 33.86 | $ | 10,259.89 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | G0202 | Screening | N | 627 | 627 | $ | 42.61 | $ | 26,715.59 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | G0204 | Diagnostic | N | 14 | 14 | $ | 31.53 | $ | 441.35 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | G0204 | Diagnostic | N | 30 | 30 | $ | 54.03 | $ | 1,620.92 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | G0206 | Diagnostic | N | 69 | 63 | $ | 31.39 | $ | 2,166.08 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | F | G0279 | Diagnostic | N | 11 | 11 | $ | 23.27 | $ | 255.97 |
| 1457523607 | CARROLL | DANIELLE | M | M.D. | Diagnostic | O | G0279 | Diagnostic | N | 31 | 31 | $ | 31.92 | $ | 989.67 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic | F | 71010 | X-ray of ch | N | 1189 | 815 | $ | 6.83 | $ | 8,125.26 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic | F | 71020 | X-ray of ch | N | 290 | 278 | $ | 8.13 | $ | 2,357.62 |

| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 71020 X-ray of ch N | 220 | 218 $ | 16.67 $ | 3,666.98 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 71101 | X-ray of rib | N | 11 | 11 | $ | 9.89 | $ | 108.80 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 71250 | CT scan ch | N | 25 | 25 | $ | 35.48 | $ | 886.88 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 71250 | CT scan ch | N | 42 | 41 | $ | 99.14 | $ | 4,163.87 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 71260 | CT scan ch | N | 25 | 25 | $ | 43.48 | $ | 1,086.89 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 71260 | CT scan ch | N | 32 | 30 | $ | 128.55 | $ | 4,113.50 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 71275 | CT scan of | N | 51 | 50 | $ | 67.28 | $ | 3,431.15 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 72040 | X-ray of spi | N | 12 | 12 | $ | 18.17 | $ | 218.08 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 72050 | X-ray of up | N | 11 | 11 | $ | 10.28 | $ | 113.04 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 72050 | X-ray of up | N | 21 | 21 | $ | 29.60 | $ | 621.65 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 72072 | X-ray of mi | N | 12 | 12 | $ | 24.90 | $ | 298.76 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 72100 | X-ray of lo | N | 11 | 11 | $ | 8.95 | $ | 98.45 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 72110 | X-ray of lo | N | 30 | 30 | $ | 11.72 | $ | 351.68 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 72110 | X-ray of lo | N | 45 | 45 | $ | 33.79 | $ | 1,520.48 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 72114 | X-ray lowe | N | 12 | 12 | $ | 46.66 | $ | 559.94 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 72170 | X-ray of pe | N | 16 | 16 | $ | 6.99 | $ | 111.84 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73030 | X-ray of sh | N | 38 | 35 | $ | 6.95 | $ | 264.25 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73030 | X-ray of sh | N | 24 | 20 | $ | 19.84 | $ | 476.11 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73080 | X-ray of elb | N | 11 | 11 | $ | 6.99 | $ | 76.89 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73110 | X-ray of wr | N | 17 | 16 | $ | 6.58 | $ | 111.84 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73110 | X-ray of wr | N | 16 | 14 | $ | 23.56 | $ | 377.02 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73130 | X-ray of ha | N | 27 | 19 | $ | 22.55 | $ | 608.75 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73502 | X-ray of hip | N | 74 | 69 | $ | 8.83 | $ | 653.35 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73502 | X-ray of hip | N | 44 | 44 | $ | 28.26 | $ | 1,243.57 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73521 | X-ray of bo | N | 11 | 11 | $ | 18.84 | $ | 207.28 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73562 | X-ray of kn | N | 34 | 28 | $ | 21.72 | $ | 738.49 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73564 | X-ray of kn | N | 40 | 38 | $ | 8.95 | $ | 358.00 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73564 | X-ray of kn | N | 15 | 11 | $ | 27.90 | $ | 418.43 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73590 | X-ray of lo | N | 19 | 16 | $ | 6.70 | $ | 127.30 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73610 | X-ray of an | N | 20 | 19 | $ | 6.64 | $ | 132.81 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 73630 | X-ray of fo | N | 27 | 26 | $ | 6.45 | $ | 174.20 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 73630 | X-ray of fo | N | 30 | 22 | $ | 16.90 | $ | 507.00 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74000 | X-ray of ab | N | 51 | 46 | $ | 6.98 | $ | 356.23 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 74000 | X-ray of ab | N | 39 | 39 | $ | 14.32 | $ | 558.61 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74020 | Imaging of | N | 19 | 19 | $ | 10.31 | $ | 195.84 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74022 | Imaging of | N | 13 | 13 | $ | 11.85 | $ | 154.08 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 74176 | CT scan of | N | 43 | 43 | $ | 69.00 | $ | 2,966.88 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74176 | CT scan of | N | 18 | 18 | $ | 137.00 | $ | 2,466.04 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 74177 | CT scan of | N | 77 | 76 | $ | 69.28 | $ | 5,334.60 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74177 | CT scan of | N | 30 | 30 | $ | 209.97 | $ | 6,299.13 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74220 | X-ray of es | N | 12 | 12 | $ | 18.42 | $ | 221.04 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74230 | Imaging fo | N | 27 | 27 | $ | 20.44 | $ | 551.98 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 74300 | Radiologicaln | N | 13 | 13 | $ | 13.13 | $ | 170.64 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 76536 | Ultrasound | N | 25 | 25 | $ | 84.78 | $ | 2,119.52 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 76700 | Ultrasound | N | 23 | 23 | $ | 29.70 | $ | 683.01 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 76700 | Ultrasound | N | 51 | 51 | $ | 84.08 | $ | 4,288.13 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 76705 | Ultrasound | N | 38 | 38 | $ | 20.30 | $ | 771.25 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 76770 | Ultrasound | N | 40 | 40 | $ | 26.16 | $ | 1,046.22 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 76770 | Ultrasound | N | 41 | 41 | $ | 84.65 | $ | 3,470.84 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 76830 | Ultrasound | N | 15 | 15 | $ | 87.71 | $ | 1,315.67 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 76856 | Ultrasound | N | 15 | 15 | $ | 73.16 | $ | 1,097.37 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 78227 | Imaging of | N | 16 | 16 | $ | 35.48 | $ | 567.68 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 78306 | Bone and/ | N | 16 | 14 | $ | 33.79 | $ | 540.64 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 78452 | Nuclear meN | N | 83 | 83 | $ | 58.98 | $ | 4,895.14 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 78580 | Nuclear meN | N | 11 | 11 | $ | 27.94 | $ | 307.37 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 78582 | Nuclear meN | N | 37 | 37 | $ | 41.89 | $ | 1,549.93 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 93016 | Exercise or | N | 63 | 63 | $ | 16.36 | $ | 1,030.49 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 93018 | Exercise or | N | 82 | 82 | $ | 10.85 | $ | 889.78 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 93880 | Ultrasound | N | 32 | 32 | $ | 31.26 | $ | 1,000.24 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 93880 | Ultrasound | N | 11 | 11 | $ | 143.17 | $ | 1,574.91 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 93970 | Ultrasound | N | 49 | 48 | $ | 27.02 | $ | 1,323.84 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic F | 93971 | Ultrasound | N | 71 | 68 | $ | 17.39 | $ | 1,234.95 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | 93971 | Ultrasound | N | 11 | 11 | $ | 78.36 | $ | 861.95 |
| 1497726541 | BOYLE | RICHARD | R | MD | Diagnostic O | Q5967 | Low osmol | Y | 6575 | 67 | $ | 0.10 | $ | 636.61 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70450 | CT scan he | N | 463 | 423 | $ | 31.36 | $ | 14,539.71 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70450 | CT scan he | N | 50 | 50 | $ | 67.80 | $ | 3,389.99 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70486 | CT scan of | N | 18 | 18 | $ | 25.56 | $ | 460.05 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70486 | CT scan of | N | 21 | 21 | $ | 107.76 | $ | 2,263.00 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70491 | CT scan of | N | 24 | 24 | $ | 166.41 | $ | 3,993.92 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70496 | CT scan of | N | 34 | 33 | $ | 63.93 | $ | 2,173.49 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70496 | CT scan of | N | 13 | 13 | $ | 198.56 | $ | 2,581.26 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70498 | CT scan of | N | 30 | 29 | $ | 50.43 | $ | 1,512.93 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70498 | CT scan of | N | 18 | 18 | $ | 152.92 | $ | 2,752.53 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70544 | MRA scan | N | 65 | 64 | $ | 46.83 | $ | 3,043.98 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70544 | MRA scan | N | 48 | 48 | $ | 239.54 | $ | 11,498.09 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70548 | MRA scan | N | 49 | 49 | $ | 35.46 | $ | 1,737.66 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70548 | MRA scan | N | 24 | 24 | $ | 311.50 | $ | 7,475.96 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70551 | MRI scan b | N | 37 | 36 | $ | 54.97 | $ | 2,033.82 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70551 | MRI scan b | N | 46 | 46 | $ | 168.11 | $ | 7,733.24 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic F | 70553 | MRI scan o | N | 68 | 68 | $ | 86.06 | $ | 5,852.22 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 70553 | MRI scan o | N | 116 | 115 | $ | 279.33 | $ | 32,402.64 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 72040 | X-ray of sp | N | 14 | 14 | $ | 14.41 | $ | 201.80 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 72050 | X-ray of up | N | 15 | 15 | $ | 29.91 | $ | 448.62 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic O | 72100 | X-ray of lo | N | 20 | 20 | $ | 22.37 | $ | 447.40 |

1538130612 JECK     DAVID     T     MD     Diagnostic  O          72110 X-ray of lo   N          37      37 $                              32.09 $     1,187.40

| ID | Last | First | MI | Cred | Category | Type | Code | Description | Flag | Qty1 | Qty2 | $ | Amt1 | $ | Amt2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | 72120 | X-ray lowe | N | 11 | 11 | $ | 27.52 | $ | 302.75 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | F | 72125 | CT scan of | N | 49 | 48 | $ | 41.66 | $ | 2,041.30 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | 72125 | CT scan of | N | 11 | 11 | $ | 90.80 | $ | 998.85 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | F | 72131 | CT scan of I | N | 31 | 30 | $ | 33.82 | $ | 1,048.30 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | 72131 | CT scan of I | N | 34 | 33 | $ | 101.30 | $ | 3,444.20 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | 72141 | MRI scan o | N | 89 | 89 | $ | 160.61 | $ | 14,294.21 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | F | 72146 | MRI scan o | N | 36 | 36 | $ | 149.52 | $ | 5,382.57 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | 72148 | MRI scan o | N | 193 | 191 | $ | 156.64 | $ | 30,231.40 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | 72158 | MRI scan o | N | 38 | 38 | $ | 267.66 | $ | 10,171.10 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | A9575 | Injection, g | Y | 863 | 12 | $ | 0.16 | $ | 140.20 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | A9579 | Injection, g | Y | 2756 | 163 | $ | 1.45 | $ | 4,004.69 |
| 1538130612 | JECK | DAVID | T | MD | Diagnostic | O | Q9967 | Low osmol | Y | 4920 | 51 | $ | 0.10 | $ | 479.86 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71010 | X-ray of ch | N | 351 | 322 | $ | 7.04 | $ | 2,470.26 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71020 | X-ray of ch | N | 162 | 161 | $ | 8.19 | $ | 1,326.51 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71020 | X-ray of ch | N | 242 | 237 | $ | 17.76 | $ | 4,297.16 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71250 | CT scan ch | N | 45 | 45 | $ | 37.75 | $ | 1,698.65 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71250 | CT scan ch | N | 107 | 107 | $ | 100.96 | $ | 10,802.52 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71260 | CT scan ch | N | 24 | 24 | $ | 44.28 | $ | 1,062.76 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71260 | CT scan ch | N | 58 | 57 | $ | 124.24 | $ | 7,206.10 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 71275 | CT scan of | N | 54 | 54 | $ | 68.15 | $ | 3,680.31 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 72050 | X-ray of up | N | 16 | 16 | $ | 30.38 | $ | 486.02 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 72100 | X-ray of lo | N | 16 | 16 | $ | 8.39 | $ | 134.25 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 72110 | X-ray of lo | N | 26 | 26 | $ | 22.10 | $ | 574.72 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 72195 | MRI scan o | N | 25 | 25 | $ | 272.22 | $ | 6,805.50 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 72197 | MRI scan o | N | 102 | 100 | $ | 355.76 | $ | 36,287.92 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73030 | X-ray of sh | N | 14 | 13 | $ | 6.47 | $ | 90.60 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 73030 | X-ray of sh | N | 25 | 24 | $ | 20.22 | $ | 505.53 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73110 | X-ray of wr | N | 14 | 12 | $ | 25.59 | $ | 358.22 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 73130 | X-ray of ha | N | 24 | 16 | $ | 21.89 | $ | 525.36 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73502 | X-ray of hip | N | 30 | 30 | $ | 8.65 | $ | 259.55 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 73502 | X-ray of hip | N | 45 | 45 | $ | 26.46 | $ | 1,190.85 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73560 | X-ray of kn | N | 17 | 12 | $ | 21.88 | $ | 371.95 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 73562 | X-ray of kn | N | 12 | 11 | $ | 7.55 | $ | 90.60 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73562 | X-ray of kn | N | 42 | 33 | $ | 17.46 | $ | 733.36 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73610 | X-ray of an | N | 13 | 12 | $ | 6.99 | $ | 90.87 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 73610 | X-ray of an | N | 16 | 15 | $ | 19.14 | $ | 306.18 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 73630 | X-ray of fo | N | 22 | 21 | $ | 20.91 | $ | 460.10 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 74000 | X-ray of ab | N | 31 | 30 | $ | 6.90 | $ | 213.79 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74000 | X-ray of ab | N | 38 | 38 | $ | 15.54 | $ | 590.55 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 74160 | CT scan ab | N | 16 | 16 | $ | 165.22 | $ | 2,643.46 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 74170 | CT scan ab | N | 13 | 13 | $ | 147.34 | $ | 1,915.44 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74176 | CT scan of | N | 63 | 63 | $ | 63.45 | $ | 3,997.32 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74176 | CT scan of | N | 42 | 42 | $ | 142.16 | $ | 5,970.54 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74177 | CT scan of | N | 97 | 94 | $ | 69.70 | $ | 6,761.26 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74177 | CT scan of | N | 96 | 95 | $ | 209.55 | $ | 20,117.10 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74178 | CT scan of | N | 60 | 60 | $ | 238.10 | $ | 14,285.99 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74181 | MRI scan o | N | 19 | 19 | $ | 55.82 | $ | 1,060.50 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 74181 | MRI scan o | N | 51 | 50 | $ | 231.91 | $ | 11,827.62 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74183 | MRI scan o | N | 16 | 16 | $ | 81.76 | $ | 1,308.20 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 74183 | MRI scan o | N | 178 | 169 | $ | 386.94 | $ | 68,875.21 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 74230 | Imaging fo | N | 22 | 22 | $ | 21.20 | $ | 466.48 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 74261 | Diagnostic | N | 49 | 49 | $ | 179.10 | $ | 8,776.14 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 75571 | CT scan he | N | 32 | 32 | $ | 32.68 | $ | 1,045.60 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 76536 | Ultrasound | N | 33 | 33 | $ | 80.96 | $ | 2,671.56 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 76700 | Ultrasound | N | 20 | 20 | $ | 28.12 | $ | 562.48 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | F | 76700 | Ultrasound | N | 63 | 63 | $ | 80.60 | $ | 5,077.71 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 76770 | Ultrasound | N | 18 | 18 | $ | 24.45 | $ | 440.12 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 76770 | Ultrasound | N | 75 | 75 | $ | 78.67 | $ | 5,900.12 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 76830 | Ultrasound | N | 19 | 19 | $ | 96.95 | $ | 1,842.05 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 76856 | Ultrasound | N | 20 | 20 | $ | 83.45 | $ | 1,668.98 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 76870 | Ultrasound | N | 14 | 14 | $ | 44.24 | $ | 619.41 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 93880 | Ultrasound | N | 21 | 21 | $ | 150.74 | $ | 3,165.58 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | 93971 | Ultrasound | N | 16 | 16 | $ | 86.62 | $ | 1,385.88 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | A9579 | Injection, g | Y | 4597 | 238 | $ | 1.46 | $ | 6,727.46 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | G0297 | Low dose c | Y | 38 | 38 | $ | 222.77 | $ | 8,465.28 |
| 1586635544 | PETERSON | MARK | S | MD | Diagnostic | O | Q9967 | Low osmol | Y | 19055 | 187 | $ | 0.10 | $ | 1,872.53 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71010 | X-ray of ch | N | 359 | 324 | $ | 7.03 | $ | 2,522.48 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71020 | X-ray of ch | N | 268 | 260 | $ | 8.26 | $ | 2,213.30 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71020 | X-ray of ch | N | 136 | 135 | $ | 16.44 | $ | 2,235.25 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71250 | CT scan ch | N | 62 | 62 | $ | 38.48 | $ | 2,385.70 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71250 | CT scan ch | N | 90 | 89 | $ | 106.45 | $ | 9,580.79 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71260 | CT scan ch | N | 91 | 90 | $ | 45.63 | $ | 4,152.51 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 71260 | CT scan ch | N | 31 | 31 | $ | 146.77 | $ | 4,549.93 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 71275 | CT scan of | N | 54 | 54 | $ | 69.67 | $ | 3,762.26 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 71275 | CT scan of | N | 24 | 24 | $ | 193.49 | $ | 4,643.84 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 72100 | X-ray of lo | N | 12 | 12 | $ | 8.95 | $ | 107.40 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 72100 | X-ray of lo | N | 13 | 12 | $ | 18.95 | $ | 246.37 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 72110 | X-ray of lo | N | 19 | 19 | $ | 33.63 | $ | 638.88 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 73030 | X-ray of sh | N | 18 | 18 | $ | 7.13 | $ | 128.35 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73030 | X-ray of sh | N | 29 | 27 | $ | 19.35 | $ | 561.24 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73110 | X-ray of wr | N | 11 | 11 | $ | 6.99 | $ | 76.89 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73501 | X-ray of hip | N | 30 | 30 | $ | 7.30 | $ | 218.95 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73502 | X-ray of hip | N | 29 | 28 | $ | 8.95 | $ | 259.55 |

| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 73502 | X-ray of hip | N | 20 | 20 | $ | | 27.24 | $ | 544.83 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73560 | X-ray of kn | N | 15 | 15 | $ | 6.70 | $ | 100.50 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73562 | X-ray of kn | N | 26 | 22 | $ | 24.57 | $ | 638.87 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 73630 | X-ray of fo | N | 11 | 11 | $ | 6.70 | $ | 73.70 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 73630 | X-ray of fo | N | 25 | 20 | $ | 19.21 | $ | 480.20 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 74000 | X-ray of ab | N | 32 | 29 | $ | 6.82 | $ | 218.10 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 74000 | X-ray of ab | N | 20 | 20 | $ | 14.93 | $ | 298.58 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 74020 | Imaging of | N | 16 | 16 | $ | 9.52 | $ | 152.32 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 74176 | CT scan of | N | 131 | 126 | $ | 68.66 | $ | 8,994.67 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 74176 | CT scan of | N | 21 | 21 | $ | 138.48 | $ | 2,908.10 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 74177 | CT scan of | N | 259 | 248 | $ | 70.58 | $ | 18,279.73 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 74177 | CT scan of | N | 51 | 51 | $ | 183.93 | $ | 9,380.27 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 74178 | CT scan of | N | 44 | 44 | $ | 224.82 | $ | 9,892.21 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 74181 | MRI scan o | N | 19 | 19 | $ | 55.82 | $ | 1,060.50 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 74230 | Imaging fo | N | 14 | 14 | $ | 21.23 | $ | 297.22 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 76536 | Ultrasound | N | 17 | 17 | $ | 73.21 | $ | 1,244.54 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 76642 | Ultrasound | N | 18 | 17 | $ | 25.34 | $ | 456.06 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | N | 76700 | Ultrasound | N | 49 | 49 | $ | 82.04 | $ | 4,020.17 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 76705 | Ultrasound | N | 32 | 32 | $ | 20.87 | $ | 667.72 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 76770 | Ultrasound | N | 12 | 12 | $ | 29.34 | $ | 352.08 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 76770 | Ultrasound | N | 51 | 51 | $ | 80.95 | $ | 4,128.24 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 76775 | Ultrasound | N | 11 | 11 | $ | 22.39 | $ | 246.29 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 77002 | Fluoroscop | N | 15 | 15 | $ | 73.37 | $ | 1,100.55 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 77012 | Radiologica | N | 22 | 22 | $ | 45.80 | $ | 1,007.60 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | 77063 | Screening | N | 35 | 35 | $ | 29.69 | $ | 1,039.15 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 93880 | Ultrasound | N | 34 | 34 | $ | 139.08 | $ | 4,728.65 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | O | 93971 | Ultrasound | N | 21 | 21 | $ | 86.29 | $ | 1,812.12 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | G0202 | Screening | N | 119 | 119 | $ | 34.56 | $ | 4,112.64 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | G0204 | Diagnostic | N | 16 | 16 | $ | 34.63 | $ | 554.08 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | G0206 | Diagnostic | N | 22 | 22 | $ | 23.83 | $ | 524.35 |
| 1588635734 | RAUCH | ROBERT | F | MD | Diagnostic | F | Q9967 | Low osmol | Y | 13886 | 140 | $ | 0.10 | $ | 1,346.44 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 62304 | X-ray of lo | N | 14 | 14 | $ | 178.93 | $ | 2,504.99 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70450 | CT scan he | N | 834 | 773 | $ | 30.56 | $ | 25,488.56 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70450 | CT scan he | N | 66 | 65 | $ | 76.85 | $ | 5,072.39 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70486 | CT scan of | N | 45 | 45 | $ | 26.32 | $ | 1,184.21 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70486 | CT scan of | N | 36 | 36 | $ | 92.66 | $ | 3,335.84 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70491 | CT scan of | N | 15 | 14 | $ | 54.38 | $ | 815.68 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70491 | CT scan of | N | 31 | 30 | $ | 147.64 | $ | 4,576.77 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70496 | CT scan of | N | 39 | 39 | $ | 65.26 | $ | 2,545.27 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70496 | CT scan of | N | 18 | 18 | $ | 140.81 | $ | 2,534.56 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70498 | CT scan of | N | 41 | 41 | $ | 52.60 | $ | 2,156.42 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70498 | CT scan of | N | 18 | 18 | $ | 173.43 | $ | 3,121.82 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70543 | MRI scan b | N | 11 | 11 | $ | 374.13 | $ | 4,115.48 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70544 | MRA scan | N | 100 | 100 | $ | 47.58 | $ | 4,758.37 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70544 | MRA scan | N | 29 | 29 | $ | 249.56 | $ | 7,237.14 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70548 | MRA scan | N | 74 | 74 | $ | 36.03 | $ | 2,666.22 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70548 | MRA scan | N | 16 | 16 | $ | 306.95 | $ | 4,911.16 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70551 | MRI scan b | N | 65 | 65 | $ | 53.12 | $ | 3,453.02 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70551 | MRI scan b | N | 79 | 78 | $ | 171.77 | $ | 13,570.05 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 70553 | MRI scan o | N | 106 | 106 | $ | 90.49 | $ | 9,592.06 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 70553 | MRI scan o | N | 177 | 174 | $ | 272.34 | $ | 48,203.92 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72040 | X-ray of spi | N | 19 | 19 | $ | 20.17 | $ | 383.27 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72050 | X-ray of up | N | 16 | 16 | $ | 22.97 | $ | 367.58 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72100 | X-ray of lo | N | 16 | 15 | $ | 16.48 | $ | 263.68 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72110 | X-ray of lo | N | 44 | 44 | $ | 30.63 | $ | 1,347.60 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72114 | X-ray lowe | N | 15 | 15 | $ | 43.14 | $ | 647.08 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72120 | X-ray lowe | N | 14 | 14 | $ | 28.41 | $ | 397.70 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72125 | CT scan of | N | 111 | 109 | $ | 39.01 | $ | 4,330.03 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72125 | CT scan of | N | 18 | 17 | $ | 109.74 | $ | 1,975.23 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72126 | CT scan of | N | 11 | 11 | $ | 172.30 | $ | 1,895.26 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72128 | CT scan of | N | 13 | 13 | $ | 34.56 | $ | 449.30 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72131 | CT scan of | N | 44 | 44 | $ | 34.07 | $ | 1,499.28 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72131 | CT scan of | N | 37 | 37 | $ | 111.68 | $ | 4,131.99 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72132 | CT scan of | N | 20 | 20 | $ | 151.21 | $ | 3,024.26 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72141 | MRI scan o | N | 12 | 12 | $ | 56.73 | $ | 680.80 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72141 | MRI scan o | N | 114 | 114 | $ | 154.96 | $ | 17,665.35 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72146 | MRI scan o | N | 35 | 35 | $ | 148.19 | $ | 5,186.71 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72148 | MRI scan o | N | 25 | 24 | $ | 54.46 | $ | 1,361.60 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72148 | MRI scan o | N | 305 | 304 | $ | 160.70 | $ | 49,012.55 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72156 | MRI scan o | N | 28 | 28 | $ | 256.04 | $ | 7,169.06 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72157 | MRI scan o | N | 17 | 17 | $ | 284.63 | $ | 4,838.64 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | F | 72158 | MRI scan o | N | 14 | 14 | $ | 83.19 | $ | 1,164.70 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | 72158 | MRI scan o | N | 69 | 68 | $ | 266.69 | $ | 18,401.29 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | A9575 | Injection, g | Y | 861 | 12 | $ | 0.16 | $ | 139.88 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | A9579 | Injection, g | Y | 4275 | 256 | $ | 1.45 | $ | 6,192.71 |
| 1598735896 | BURROUG | KIM | D | MD | Diagnostic | O | Q9967 | Low osmol | Y | 5632 | 65 | $ | 0.10 | $ | 539.72 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | F | 71010 | X-ray of ch | N | 269 | 207 | $ | 7.27 | $ | 1,955.63 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | F | 71020 | X-ray of ch | N | 160 | 158 | $ | 8.29 | $ | 1,326.51 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | O | 71020 | X-ray of ch | N | 417 | 413 | $ | 17.25 | $ | 7,193.54 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | O | 72040 | X-ray of spi | N | 21 | 21 | $ | 22.36 | $ | 469.53 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | F | 72050 | X-ray of up | N | 32 | 32 | $ | 26.56 | $ | 850.02 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | F | 72072 | X-ray of mi | N | 19 | 19 | $ | 25.21 | $ | 479.06 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | F | 72100 | X-ray of lo | N | 15 | 15 | $ | 8.35 | $ | 125.30 |
| 1609846922 | HANELIN | LAURENCE | G | MD | Diagnostic | O | 72100 | X-ray of lo | N | 32 | 31 | $ | 19.95 | $ | 638.30 |

1609846922 HANELIN   LAURENCE G        MD      Diagnostic  O        72110 X-ray of lo  N        55      55  $              31.81  $     1,749.65

| ID | Name | First | | Type | Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 72114 | X-ray lowe N | 20 | 20 | $ | 35.63 | $ | 712.52 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 72120 | X-ray lowe N | 16 | 16 | $ | 23.44 | $ | 375.00 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 72170 | X-ray of pe N | 12 | 12 | $ | 16.27 | $ | 195.23 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 73030 | X-ray of sh N | 15 | 14 | $ | 7.05 | $ | 105.70 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73030 | X-ray of sh N | 87 | 73 | $ | 18.14 | $ | 1,577.89 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 73110 | X-ray of wr N | 20 | 17 | $ | 25.65 | $ | 512.94 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73130 | X-ray of ha N | 29 | 21 | $ | 18.33 | $ | 531.51 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73140 | X-ray of fin N | 15 | 14 | $ | 23.37 | $ | 350.55 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 73501 | X-ray of hip N | 16 | 15 | $ | 7.55 | $ | 120.80 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73502 | X-ray of hip N | 72 | 72 | $ | 29.38 | $ | 2,115.16 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73521 | X-ray of bo N | 18 | 18 | $ | 21.75 | $ | 391.54 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73560 | X-ray of kn N | 30 | 26 | $ | 18.30 | $ | 548.93 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 73562 | X-ray of kn N | 12 | 11 | $ | 6.29 | $ | 75.50 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73562 | X-ray of kn N | 92 | 74 | $ | 24.24 | $ | 2,230.37 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73564 | X-ray of kn N | 24 | 19 | $ | 26.99 | $ | 647.80 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 73610 | X-ray of an N | 38 | 34 | $ | 21.93 | $ | 833.33 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 73630 | X-ray of fo N | 15 | 12 | $ | 5.40 | $ | 80.97 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 73630 | X-ray of fo N | 76 | 63 | $ | 17.61 | $ | 1,338.08 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 74000 | X-ray of ab N | 41 | 38 | $ | 7.12 | $ | 292.02 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | 74000 | X-ray of ab N | 86 | 83 | $ | 16.12 | $ | 1,386.12 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 76700 | Ultrasound N | 50 | 50 | $ | 77.90 | $ | 3,895.17 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 76705 | Ultrasound N | 12 | 12 | $ | 22.01 | $ | 264.06 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 76770 | Ultrasound N | 17 | 17 | $ | 66.44 | $ | 1,129.56 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 77080 | Bone densi N | 118 | 118 | $ | 10.13 | $ | 1,195.34 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78014 | Nuclear me N | 19 | 19 | $ | 19.51 | $ | 370.60 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78071 | Imaging of N | 43 | 43 | $ | 44.50 | $ | 1,913.47 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78195 | Imaging of N | 45 | 45 | $ | 46.91 | $ | 2,110.95 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78226 | Imaging of N | 19 | 19 | $ | 29.06 | $ | 552.14 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78227 | Imaging of N | 58 | 58 | $ | 34.87 | $ | 2,022.36 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78264 | Stomach e N | 49 | 49 | $ | 29.06 | $ | 1,423.94 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78278 | Acute dige N | 12 | 11 | $ | 38.85 | $ | 466.20 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78306 | Bone and/ N | 76 | 72 | $ | 32.32 | $ | 2,456.42 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78315 | Bone and/ N | 18 | 18 | $ | 39.96 | $ | 719.28 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78452 | Nuclear me N | 276 | 275 | $ | 60.58 | $ | 16,720.70 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78582 | Nuclear me N | 84 | 83 | $ | 41.57 | $ | 3,491.59 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78607 | Nuclear me N | 49 | 49 | $ | 46.94 | $ | 2,299.90 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78708 | Nuclear me N | 13 | 13 | $ | 46.95 | $ | 610.35 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78815 | Nuclear me N | 264 | 238 | $ | 1,093.45 | $ | 288,670.18 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 78816 | Nuclear me N | 61 | 56 | $ | 1,097.62 | $ | 66,954.83 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 93016 | Exercise or N | 15 | 15 | $ | 16.45 | $ | 246.68 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic F | 93018 | Exercise or N | 283 | 281 | $ | 11.17 | $ | 3,159.73 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | A9552 | Fluorodeox N | 288 | 255 | $ | 195.04 | $ | 56,170.86 |
| 1609846922 | HANELIN | LAURENCE G | MD | Diagnostic O | A9580 | Sodium flu N | 23 | 23 | $ | 140.58 | $ | 3,233.42 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 20610 | Aspiration N | 12 | 11 | $ | 41.64 | $ | 499.69 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 32405 | Needle bio N | 18 | 17 | $ | 81.30 | $ | 1,463.35 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 71010 | X-ray of ch N | 645 | 546 | $ | 7.19 | $ | 4,635.17 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 71020 | X-ray of ch N | 467 | 449 | $ | 8.25 | $ | 3,852.62 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 71020 | X-ray of ch N | 348 | 344 | $ | 16.73 | $ | 5,823.10 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 71250 | CT scan ch N | 73 | 68 | $ | 38.63 | $ | 2,820.07 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 71250 | CT scan ch N | 105 | 104 | $ | 105.90 | $ | 11,119.74 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 71260 | CT scan ch N | 97 | 96 | $ | 46.14 | $ | 4,475.76 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 71260 | CT scan ch N | 66 | 65 | $ | 134.61 | $ | 8,884.44 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 71275 | CT scan of N | 30 | 30 | $ | 68.73 | $ | 2,062.02 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 71275 | CT scan of N | 21 | 21 | $ | 179.01 | $ | 3,759.28 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 72040 | X-ray of spi N | 14 | 14 | $ | 16.27 | $ | 227.84 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 72050 | X-ray of up N | 14 | 14 | $ | 27.70 | $ | 387.86 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 72072 | X-ray of mi N | 12 | 12 | $ | 24.90 | $ | 298.76 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 72100 | X-ray of lo N | 27 | 27 | $ | 7.96 | $ | 214.80 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 72100 | X-ray of lo N | 19 | 19 | $ | 18.67 | $ | 354.66 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 72110 | X-ray of lo N | 44 | 44 | $ | 30.56 | $ | 1,344.75 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 72170 | X-ray of pe N | 16 | 16 | $ | 6.99 | $ | 111.84 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73030 | X-ray of sh N | 32 | 29 | $ | 7.31 | $ | 234.05 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73030 | X-ray of sh N | 35 | 33 | $ | 19.97 | $ | 698.95 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73110 | X-ray of wr N | 14 | 14 | $ | 6.99 | $ | 97.86 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 73110 | X-ray of wr N | 12 | 11 | $ | 16.75 | $ | 201.03 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73130 | X-ray of ha N | 16 | 11 | $ | 17.42 | $ | 278.75 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73501 | X-ray of hip N | 16 | 16 | $ | 7.55 | $ | 120.80 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73502 | X-ray of hip N | 60 | 58 | $ | 8.80 | $ | 528.05 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 73502 | X-ray of hip N | 35 | 35 | $ | 30.22 | $ | 1,057.58 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73560 | X-ray of kn N | 32 | 29 | $ | 6.07 | $ | 194.30 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73562 | X-ray of kn N | 20 | 18 | $ | 7.55 | $ | 151.00 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 73562 | X-ray of kn N | 45 | 36 | $ | 24.44 | $ | 1,099.94 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73590 | X-ray of le N | 11 | 11 | $ | 6.09 | $ | 67.00 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 73610 | X-ray of an N | 27 | 24 | $ | 21.52 | $ | 581.02 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 73630 | X-ray of fo N | 44 | 37 | $ | 18.43 | $ | 810.98 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 74000 | X-ray of ab N | 90 | 75 | $ | 7.27 | $ | 654.30 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 74000 | X-ray of ab N | 37 | 37 | $ | 16.56 | $ | 612.75 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 74020 | Imaging of N | 24 | 22 | $ | 10.88 | $ | 261.12 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 74174 | CT scan of N | 12 | 12 | $ | 251.50 | $ | 3,018.00 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 74176 | CT scan of N | 76 | 72 | $ | 68.63 | $ | 5,216.25 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 74176 | CT scan of N | 37 | 37 | $ | 144.31 | $ | 5,339.64 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic F | 74177 | CT scan of N | 194 | 190 | $ | 70.77 | $ | 13,728.48 |
| 1659341980 | INOUYE | LINDSEY W | MD | Diagnostic O | 74177 | CT scan of N | 68 | 68 | $ | 217.14 | $ | 14,765.73 |

1659341980 INOUYE   LINDSEY   W   MD   Diagnostic O   74178 CT scan of  N   59   59 $   243.67 $   14,376.78

| ID | Last | First | | | Type | Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic F | 74181 | MRI scan o N | 12 | 12 | $ | 56.90 | $ | 682.79 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76536 | Ultrasound N | 30 | 30 | $ | 76.68 | $ | 2,300.53 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic F | 76700 | Ultrasound N | 25 | 25 | $ | 27.78 | $ | 694.49 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76700 | Ultrasound N | 75 | 74 | $ | 86.63 | $ | 6,497.36 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic F | 76705 | Ultrasound N | 16 | 16 | $ | 19.80 | $ | 316.86 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76770 | Ultrasound N | 20 | 20 | $ | 27.14 | $ | 542.82 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76770 | Ultrasound N | 64 | 64 | $ | 77.39 | $ | 4,953.05 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic F | 76775 | Ultrasound N | 23 | 23 | $ | 20.77 | $ | 477.77 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76830 | Ultrasound N | 22 | 22 | $ | 85.78 | $ | 1,887.19 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76856 | Ultrasound N | 26 | 26 | $ | 61.83 | $ | 1,607.60 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 76870 | Ultrasound N | 15 | 15 | $ | 41.52 | $ | 622.75 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 77002 | Fluoroscop N | 19 | 18 | $ | 71.99 | $ | 1,367.72 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic F | 77012 | RadiologicaN | 30 | 30 | $ | 45.80 | $ | 1,374.00 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 93880 | Ultrasound N | 42 | 42 | $ | 129.07 | $ | 5,420.98 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic F | 93970 | Ultrasound N | 13 | 13 | $ | 127.63 | $ | 1,659.15 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | 93971 | Ultrasound N | 34 | 34 | $ | 83.88 | $ | 2,851.87 |
| 1659341980 | INOUYE | LINDSEY | W | MD | Diagnostic O | Q9967 | Low osmol Y | 19605 | 194 | $ | 0.10 | $ | 1,912.28 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | 19083 | Biopsy of b N | 23 | 23 | $ | 533.57 | $ | 12,272.11 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | 76642 | Ultrasound N | 162 | 152 | $ | 66.99 | $ | 10,852.55 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | 77059 | MRI scan o N | 29 | 29 | $ | 404.92 | $ | 11,742.55 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | 77063 | Screening N | 240 | 240 | $ | 54.61 | $ | 13,106.40 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | 77080 | Bone densi N | 149 | 149 | $ | 40.61 | $ | 6,050.89 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic F | A9579 | Injection, g Y | 580 | 29 | $ | 1.43 | $ | 828.70 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic F | G0202 | Screening N | 22 | 22 | $ | 34.56 | $ | 760.32 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | G0202 | Screening N | 734 | 734 | $ | 132.06 | $ | 96,932.04 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | G0204 | Diagnostic N | 149 | 148 | $ | 120.91 | $ | 18,015.43 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | G0206 | Diagnostic N | 128 | 125 | $ | 95.08 | $ | 12,169.87 |
| 1689692279 | TEMPKIN | AMY | D | M.D. | Diagnostic O | G0279 | Diagnostic N | 62 | 61 | $ | 43.23 | $ | 2,680.07 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 36245 | Insertion o N | 18 | 15 | $ | 107.79 | $ | 1,940.26 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 36247 | Insertion o N | 30 | 17 | $ | 145.61 | $ | 4,368.24 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 36561 | Insertion o N | 26 | 26 | $ | 277.54 | $ | 7,216.09 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 37243 | Occlusion o N | 22 | 17 | $ | 447.05 | $ | 9,835.07 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 47000 | Needle bio N | 20 | 20 | $ | 80.98 | $ | 1,619.67 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 50200 | Needle bio N | 32 | 32 | $ | 109.10 | $ | 3,491.35 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 71010 | X-ray of ch N | 574 | 454 | $ | 7.19 | $ | 4,129.36 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 71020 | X-ray of ch N | 191 | 185 | $ | 8.28 | $ | 1,581.92 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 71020 | X-ray of ch N | 134 | 133 | $ | 15.58 | $ | 2,087.10 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 71250 | CT scan ch N | 21 | 21 | $ | 36.17 | $ | 759.62 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 71250 | CT scan ch N | 42 | 42 | $ | 103.26 | $ | 4,336.72 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 71260 | CT scan ch N | 32 | 32 | $ | 43.90 | $ | 1,404.91 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 71260 | CT scan ch N | 33 | 32 | $ | 126.37 | $ | 4,170.37 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 71275 | CT scan of N | 30 | 30 | $ | 66.93 | $ | 2,007.78 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 72100 | X-ray of lo N | 14 | 14 | $ | 8.95 | $ | 125.30 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 72110 | X-ray of lo N | 14 | 14 | $ | 34.67 | $ | 485.44 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 73030 | X-ray of sh N | 12 | 11 | $ | 6.29 | $ | 75.50 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 73030 | X-ray of sh N | 13 | 11 | $ | 19.76 | $ | 256.92 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 73501 | X-ray of hip N | 21 | 21 | $ | 7.55 | $ | 158.55 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 73502 | X-ray of hip N | 22 | 22 | $ | 8.38 | $ | 184.28 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 73502 | X-ray of hip N | 15 | 15 | $ | 29.35 | $ | 440.27 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 73562 | X-ray of kn N | 20 | 17 | $ | 20.74 | $ | 414.79 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 73630 | X-ray of fo N | 16 | 16 | $ | 6.70 | $ | 107.20 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 74000 | X-ray of ab N | 65 | 54 | $ | 6.93 | $ | 450.74 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 74000 | X-ray of ab N | 22 | 22 | $ | 15.43 | $ | 339.37 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 74020 | Imaging of Y | 16 | 15 | $ | 10.88 | $ | 174.08 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 74176 | CT scan of N | 56 | 55 | $ | 69.20 | $ | 3,874.92 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 74176 | CT scan of N | 24 | 24 | $ | 139.96 | $ | 3,359.15 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 74177 | CT scan of N | 84 | 83 | $ | 68.62 | $ | 5,764.29 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 74177 | CT scan of N | 45 | 45 | $ | 222.81 | $ | 10,026.23 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 74178 | CT scan of N | 24 | 24 | $ | 250.94 | $ | 6,022.46 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 75726 | RadiologicaN | 37 | 20 | $ | 44.08 | $ | 1,630.96 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 75774 | RadiologicaN | 43 | 20 | $ | 13.94 | $ | 599.42 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 76536 | Ultrasound N | 16 | 16 | $ | 66.01 | $ | 1,056.14 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 76700 | Ultrasound N | 12 | 12 | $ | 24.78 | $ | 297.31 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 76700 | Ultrasound N | 37 | 37 | $ | 75.46 | $ | 2,791.99 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 76770 | Ultrasound N | 13 | 13 | $ | 27.65 | $ | 359.43 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 76770 | Ultrasound N | 39 | 39 | $ | 72.38 | $ | 2,822.98 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 76856 | Ultrasound N | 11 | 11 | $ | 65.62 | $ | 721.85 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 76937 | Ultrasound N | 28 | 28 | $ | 11.14 | $ | 311.93 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 76942 | Ultrasonic N | 57 | 57 | $ | 26.53 | $ | 1,512.21 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 77001 | Fluoroscop N | 28 | 28 | $ | 14.63 | $ | 409.61 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 77012 | RadiologicaN | 18 | 17 | $ | 43.26 | $ | 778.74 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 93880 | Ultrasound N | 15 | 15 | $ | 128.92 | $ | 1,933.74 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 93971 | Ultrasound N | 11 | 11 | $ | 77.40 | $ | 851.43 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic F | 99144 | Moderate N | 22 | 21 | $ | 23.33 | $ | 513.24 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | 99205 | New patien N | 27 | 27 | $ | 160.07 | $ | 4,321.85 |
| 1710958913 | ZAETTA | JULIE | M | MD | Diagnostic O | Q9967 | Low osmol Y | 10070 | 99 | $ | 0.10 | $ | 982.48 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic F | 32555 | Removal of N | 29 | 27 | $ | 90.53 | $ | 2,625.37 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic F | 49083 | Drainage o N | 26 | 14 | $ | 80.40 | $ | 2,090.36 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic F | 71010 | X-ray of ch N | 1381 | 1000 | $ | 7.16 | $ | 9,890.51 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic O | 71020 | X-ray of ch N | 786 | 736 | $ | 8.37 | $ | 6,576.21 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic F | 71020 | X-ray of ch N | 215 | 213 | $ | 15.68 | $ | 3,371.43 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic F | 71101 | X-ray of rib N | 20 | 19 | $ | 9.79 | $ | 195.84 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic F | 72040 | X-ray of spi N | 16 | 15 | $ | 8.95 | $ | 143.20 |

1720059827 MAR   DONALD   Y   MD   Diagnostic  O   72040 X-ray of spi N   20   20 $   15.66 $   313.27

| ID | Last | First | | Cred | Category | | Code | Description | | Qty1 | Qty2 | | Amount1 | | Amount2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 72050 | X-ray of up | N | 16 | 16 | $ | 28.65 | $ | 458.36 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 72072 | X-ray of mi | N | 20 | 20 | $ | 8.67 | $ | 173.40 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 72072 | X-ray of mi | N | 16 | 16 | $ | 23.69 | $ | 379.09 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 72082 | X-ray of spi | N | 14 | 12 | $ | 49.02 | $ | 686.28 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 72100 | X-ray of lo | N | 52 | 52 | $ | 8.95 | $ | 465.40 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 72100 | X-ray of lo | N | 16 | 16 | $ | 21.10 | $ | 337.64 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 72110 | X-ray of lo | N | 47 | 46 | $ | 29.07 | $ | 1,366.38 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 72170 | X-ray of pe | N | 32 | 32 | $ | 6.90 | $ | 220.70 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73020 | X-ray of sh | N | 12 | 11 | $ | 6.13 | $ | 73.56 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73030 | X-ray of sh | N | 66 | 61 | $ | 7.44 | $ | 490.75 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73030 | X-ray of sh | N | 31 | 26 | $ | 16.33 | $ | 506.29 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73060 | X-ray of up | N | 15 | 15 | $ | 6.70 | $ | 100.50 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73080 | X-ray of elb | N | 17 | 16 | $ | 6.99 | $ | 118.83 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73090 | X-ray of for | N | 17 | 17 | $ | 6.70 | $ | 113.90 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73110 | X-ray of wr | N | 35 | 33 | $ | 6.59 | $ | 230.67 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73110 | X-ray of wr | N | 16 | 14 | $ | 13.50 | $ | 216.07 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73130 | X-ray of ha | N | 28 | 24 | $ | 6.74 | $ | 188.73 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73130 | X-ray of ha | N | 34 | 23 | $ | 18.33 | $ | 623.29 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73501 | X-ray of hip | N | 33 | 32 | $ | 7.49 | $ | 247.01 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73502 | X-ray of hip | N | 117 | 111 | $ | 8.72 | $ | 1,020.30 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73502 | X-ray of hip | N | 37 | 37 | $ | 25.41 | $ | 940.19 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73521 | X-ray of bo | N | 12 | 12 | $ | 18.91 | $ | 226.86 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73552 | X-ray of fe | N | 22 | 21 | $ | 6.86 | $ | 151.00 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73560 | X-ray of kn | N | 27 | 24 | $ | 6.70 | $ | 180.90 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73560 | X-ray of kn | N | 17 | 12 | $ | 24.35 | $ | 413.95 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73562 | X-ray of kn | N | 66 | 60 | $ | 7.17 | $ | 473.21 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73562 | X-ray of kn | N | 32 | 28 | $ | 21.95 | $ | 702.49 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73590 | X-ray of lo | N | 16 | 16 | $ | 6.28 | $ | 100.50 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73610 | X-ray of an | N | 47 | 43 | $ | 6.32 | $ | 296.83 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73610 | X-ray of an | N | 16 | 15 | $ | 18.70 | $ | 299.19 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 73630 | X-ray of fo | N | 38 | 37 | $ | 6.46 | $ | 245.30 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 73630 | X-ray of fo | N | 40 | 34 | $ | 14.34 | $ | 573.45 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74000 | X-ray of ab | N | 136 | 113 | $ | 7.23 | $ | 982.85 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 74000 | X-ray of ab | N | 44 | 44 | $ | 15.17 | $ | 667.56 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74020 | Imaging of | N | 48 | 47 | $ | 10.65 | $ | 511.36 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74220 | X-ray of fs | N | 79 | 76 | $ | 18.19 | $ | 1,436.76 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74230 | Imaging fo | N | 152 | 144 | $ | 20.83 | $ | 3,166.07 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74240 | X-ray of up | N | 19 | 19 | $ | 27.01 | $ | 513.25 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74246 | X-ray of up | N | 17 | 17 | $ | 27.66 | $ | 470.22 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74250 | X-ray of sm | N | 20 | 19 | $ | 18.71 | $ | 374.20 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 74270 | X-ray of lar | N | 25 | 24 | $ | 27.66 | $ | 691.50 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 76536 | Ultrasound | N | 25 | 25 | $ | 63.43 | $ | 1,585.69 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 76700 | Ultrasound | N | 45 | 45 | $ | 29.08 | $ | 1,308.49 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 76700 | Ultrasound | N | 82 | 82 | $ | 80.06 | $ | 6,565.02 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 76705 | Ultrasound | N | 50 | 50 | $ | 21.12 | $ | 1,056.24 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | F | 76770 | Ultrasound | N | 46 | 45 | $ | 27.27 | $ | 1,254.33 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 76770 | Ultrasound | N | 47 | 47 | $ | 70.60 | $ | 3,318.26 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 76830 | Ultrasound | N | 23 | 23 | $ | 83.85 | $ | 1,928.51 |
| 1720059827 | MAR | DONALD | Y | MD | Diagnostic | O | 76856 | Ultrasound | N | 22 | 22 | $ | 68.67 | $ | 1,510.75 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 36415 | Insertion o | N | 301 | 156 | $ | 2.94 | $ | 884.94 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 71020 | X-ray of ch | N | 23 | 18 | $ | 18.97 | $ | 436.40 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 77063 | Screening | N | 29 | 29 | $ | 54.61 | $ | 1,583.69 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 77080 | Bone densi | N | 12 | 12 | $ | 40.61 | $ | 487.32 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 77085 | Bone densi | N | 14 | 14 | $ | 34.71 | $ | 485.97 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 80048 | Blood test, | N | 36 | 28 | $ | 10.54 | $ | 379.27 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 80053 | Blood test, | N | 205 | 133 | $ | 14.91 | $ | 3,057.11 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 80061 | Blood test, | N | 195 | 126 | $ | 10.00 | $ | 1,950.75 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 81001 | Manual uri | N | 42 | 31 | $ | 4.15 | $ | 174.25 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 82043 | Urine micr | N | 108 | 67 | $ | 7.71 | $ | 832.68 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 82306 | Vitamin D- | N | 29 | 25 | $ | 30.91 | $ | 896.39 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 82570 | Creatinine | N | 108 | 67 | $ | 6.91 | $ | 746.28 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 82607 | Cyanocoba | N | 15 | 13 | $ | 20.13 | $ | 301.95 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 83036 | Hemoglobi | N | 134 | 79 | $ | 12.96 | $ | 1,736.64 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 84443 | Blood test, | N | 56 | 47 | $ | 22.43 | $ | 1,256.08 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 85025 | Complete b | N | 51 | 37 | $ | 8.57 | $ | 437.07 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 85027 | Complete b | N | 20 | 17 | $ | 8.57 | $ | 171.40 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 87086 | Bacterial c | N | 30 | 22 | $ | 10.78 | $ | 323.40 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 90662 | Vaccine for | Y | 80 | 78 | $ | 40.14 | $ | 3,211.44 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 90670 | Pneumoco | Y | 41 | 41 | $ | 175.36 | $ | 7,189.79 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 93000 | Routine EK | N | 16 | 15 | $ | 12.57 | $ | 201.15 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 99203 | New patien | N | 18 | 18 | $ | 67.28 | $ | 1,211.12 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 99213 | Established | N | 142 | 102 | $ | 50.14 | $ | 7,120.26 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | 99214 | Established | N | 318 | 147 | $ | 69.81 | $ | 22,198.97 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | G0008 | Administra | N | 85 | 82 | $ | 24.87 | $ | 2,113.95 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | G0009 | Administra | N | 47 | 47 | $ | 24.87 | $ | 1,168.89 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | G0103 | Prostate ca | N | 30 | 30 | $ | 24.56 | $ | 736.80 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | G0202 | Screening | N | 31 | 31 | $ | 132.06 | $ | 4,093.86 |
| 1730399353 | THOMAS | LAURIE | | MD | Family Prac | O | G0439 | Annual wel | N | 132 | 132 | $ | 114.31 | $ | 15,088.92 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70450 | CT scan he | N | 416 | 391 | $ | 30.61 | $ | 12,735.56 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 70450 | CT scan he | N | 45 | 45 | $ | 71.94 | $ | 3,237.25 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70486 | CT scan of | N | 26 | 24 | $ | 26.21 | $ | 681.58 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70486 | CT scan of | N | 24 | 24 | $ | 96.51 | $ | 2,316.30 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 70491 | CT scan of | N | 11 | 11 | $ | 173.94 | $ | 1,913.30 |

1760428312 RUCKER   CREED   M   MD   Diagnostic F   70496 CT scan of  N   20   20 $   66.94 $   1,338.86

| ID | Last | First | M | | | | Code | Description | Qty1 | Qty2 | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70498 | CT scan of  N | 22 | 22 | $ 54.54 | $ 1,199.88 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70544 | MRA scan  N | 48 | 48 | $ 48.04 | $ 2,305.92 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 70544 | MRA scan  N | 20 | 20 | $ 249.38 | $ 4,987.58 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70548 | MRA scan  N | 41 | 41 | $ 36.03 | $ 1,477.23 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 70548 | MRA scan  N | 14 | 14 | $ 285.46 | $ 3,996.44 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70551 | MRI scan b N | 33 | 33 | $ 56.33 | $ 1,859.01 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 70551 | MRI scan b N | 33 | 33 | $ 169.77 | $ 5,602.49 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 70553 | MRI scan o N | 73 | 68 | $ 90.19 | $ 6,584.06 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 70553 | MRI scan o N | 79 | 79 | $ 277.23 | $ 21,901.46 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 71010 | X-ray of ch N | 372 | 331 | $ 7.10 | $ 2,642.39 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 71020 | X-ray of ch N | 239 | 234 | $ 8.49 | $ 2,028.38 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 71020 | X-ray of ch N | 156 | 156 | $ 16.06 | $ 2,505.72 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 71250 | CT scan ch N | 24 | 24 | $ 35.26 | $ 846.21 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 71250 | CT scan ch N | 83 | 82 | $ 99.44 | $ 8,253.30 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 71260 | CT scan ch N | 16 | 16 | $ 36.52 | $ 584.34 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 71260 | CT scan ch N | 54 | 54 | $ 124.77 | $ 6,737.51 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 71275 | CT scan of  N | 13 | 12 | $ 66.09 | $ 859.12 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72040 | X-ray of spi N | 25 | 25 | $ 19.50 | $ 487.43 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72050 | X-ray of up N | 27 | 27 | $ 26.33 | $ 710.81 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72072 | X-ray of mi N | 19 | 19 | $ 16.12 | $ 306.28 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72082 | X-ray of lo N | 19 | 19 | $ 48.20 | $ 915.85 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72100 | X-ray of lo N | 19 | 19 | $ 7.55 | $ 143.42 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72100 | X-ray of lo N | 20 | 19 | $ 20.55 | $ 411.01 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72110 | X-ray of lo N | 80 | 79 | $ 29.89 | $ 2,391.05 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72114 | X-ray lowe N | 16 | 16 | $ 40.25 | $ 644.06 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72120 | X-ray lowe N | 17 | 17 | $ 26.31 | $ 447.25 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72125 | CT scan of  N | 51 | 50 | $ 40.23 | $ 2,051.98 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72131 | CT scan of lN | 28 | 28 | $ 35.66 | $ 998.40 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72131 | CT scan of lN | 32 | 32 | $ 102.13 | $ 3,268.23 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72141 | MRI scan o N | 70 | 70 | $ 160.82 | $ 11,257.26 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72146 | MRI scan o N | 14 | 14 | $ 150.27 | $ 2,103.80 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72148 | MRI scan o N | 20 | 20 | $ 56.24 | $ 1,124.80 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72148 | MRI scan o N | 155 | 153 | $ 163.49 | $ 25,341.16 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 72158 | MRI scan o N | 33 | 33 | $ 264.28 | $ 8,721.11 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 72170 | X-ray of pe N | 13 | 12 | $ 6.16 | $ 80.07 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 73030 | X-ray of sh N | 19 | 17 | $ 6.36 | $ 120.80 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 73030 | X-ray of sh N | 27 | 27 | $ 15.91 | $ 429.55 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 73130 | X-ray of ha N | 22 | 14 | $ 21.00 | $ 461.92 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 73502 | X-ray of hipN | 31 | 30 | $ 8.37 | $ 259.55 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 73502 | X-ray of hipN | 33 | 32 | $ 23.29 | $ 768.48 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 73521 | X-ray of bo N | 16 | 16 | $ 22.45 | $ 359.26 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 73560 | X-ray of kn N | 18 | 17 | $ 6.70 | $ 120.60 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 73560 | X-ray of kn N | 20 | 15 | $ 18.57 | $ 371.47 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 73562 | X-ray of kn N | 33 | 25 | $ 17.60 | $ 580.78 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 73630 | X-ray of fo N | 17 | 16 | $ 5.12 | $ 87.10 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 73630 | X-ray of fo N | 22 | 20 | $ 20.91 | $ 460.10 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 74000 | X-ray of ab N | 30 | 30 | $ 7.27 | $ 218.10 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 74000 | X-ray of ab N | 25 | 25 | $ 13.62 | $ 340.51 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 74020 | Imaging of  N | 23 | 22 | $ 10.00 | $ 230.11 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 74176 | CT scan of  N | 13 | 13 | $ 64.20 | $ 834.60 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 74176 | CT scan of  N | 21 | 21 | $ 151.17 | $ 3,174.48 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 74177 | CT scan of  N | 22 | 21 | $ 65.48 | $ 1,440.64 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 74177 | CT scan of  N | 53 | 53 | $ 209.06 | $ 11,080.36 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 74178 | CT scan of  N | 16 | 16 | $ 246.37 | $ 3,941.93 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 76536 | Ultrasound N | 18 | 18 | $ 71.67 | $ 1,290.06 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 76700 | Ultrasound N | 15 | 15 | $ 32.14 | $ 482.10 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 76700 | Ultrasound N | 59 | 59 | $ 73.63 | $ 4,343.91 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 76705 | Ultrasound N | 16 | 16 | $ 19.44 | $ 311.00 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | F | 76770 | Ultrasound N | 12 | 12 | $ 27.51 | $ 330.09 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 76770 | Ultrasound N | 59 | 59 | $ 71.87 | $ 4,240.47 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 76830 | Ultrasound N | 15 | 15 | $ 92.33 | $ 1,384.96 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 76856 | Ultrasound N | 16 | 16 | $ 64.62 | $ 1,033.88 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 93971 | Ultrasound N | 15 | 15 | $ 94.39 | $ 1,415.80 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | 99205 | New patienN | 13 | 13 | $ 162.37 | $ 2,110.81 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | | A9579 | Injection, g Y | 1850 | 116 | $ 1.44 | $ 2,663.65 |
| 1760428312 | RUCKER | CREED | M | MD | Diagnostic | O | Q9967 | Low osmol Y | 12820 | 138 | $ 0.10 | $ 1,246.60 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 32555 | Removal of N | 11 | 11 | $ 90.53 | $ 995.83 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 71010 | X-ray of ch N | 604 | 502 | $ 6.91 | $ 4,172.98 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 71020 | X-ray of ch N | 273 | 271 | $ 8.29 | $ 2,264.38 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 71020 | X-ray of ch N | 367 | 356 | $ 17.28 | $ 6,342.51 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 71250 | CT scan ch N | 21 | 21 | $ 33.96 | $ 713.21 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 71250 | CT scan ch N | 102 | 101 | $ 106.90 | $ 10,903.29 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 71260 | CT scan ch N | 23 | 23 | $ 45.95 | $ 1,056.78 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 71260 | CT scan ch N | 46 | 46 | $ 133.59 | $ 6,144.97 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 71275 | CT scan of  N | 55 | 55 | $ 71.69 | $ 3,943.09 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 71275 | CT scan of  N | 11 | 11 | $ 163.32 | $ 1,796.53 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72040 | X-ray of spi N | 14 | 14 | $ 18.72 | $ 262.02 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72050 | X-ray of up N | 14 | 14 | $ 26.98 | $ 377.72 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72072 | X-ray of mi N | 14 | 14 | $ 19.94 | $ 279.12 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 72100 | X-ray of lo N | 22 | 22 | $ 7.73 | $ 170.05 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72100 | X-ray of lo N | 16 | 16 | $ 20.26 | $ 324.10 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72110 | X-ray of lo N | 48 | 48 | $ 32.55 | $ 1,562.43 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72114 | X-ray lowe N | 14 | 14 | $ 42.95 | $ 601.36 |

1770781726 WRIGHT   JASON   E   MD   Diagnostic O   72120 X-ray lowe N   15   14 $   22.57 $   338.55

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72195 | MRI scan o N | 19 | 18 | $ | 266.57 | $ | 5,064.74 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 72197 | MRI scan o N | 85 | 83 | $ | 345.64 | $ | 29,379.10 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73030 | X-ray of sh N | 23 | 23 | $ | 7.22 | $ | 166.10 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 73030 | X-ray of sh N | 43 | 35 | $ | 16.91 | $ | 727.29 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73110 | X-ray of wr N | 13 | 12 | $ | 6.99 | $ | 90.87 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 73130 | X-ray of ha N | 17 | 14 | $ | 6.58 | $ | 111.84 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73130 | X-ray of ha N | 27 | 21 | $ | 18.71 | $ | 505.27 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73502 | X-ray of hipN | 53 | 53 | $ | 8.61 | $ | 456.45 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 73502 | X-ray of hipN | 63 | 63 | $ | 29.24 | $ | 1,842.31 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73521 | X-ray of bo N | 20 | 20 | $ | 28.44 | $ | 568.85 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 73560 | X-ray of kn N | 16 | 15 | $ | 6.70 | $ | 107.20 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73560 | X-ray of kn N | 18 | 13 | $ | 17.42 | $ | 313.64 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 73562 | X-ray of kn N | 61 | 48 | $ | 24.96 | $ | 1,522.67 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 73630 | X-ray of fo N | 16 | 14 | $ | 5.86 | $ | 93.80 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 73630 | X-ray of fo N | 35 | 28 | $ | 16.41 | $ | 574.25 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74000 | X-ray of ab N | 55 | 52 | $ | 6.68 | $ | 367.56 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74000 | X-ray of ab N | 69 | 65 | $ | 17.11 | $ | 1,180.25 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74020 | Imaging of N | 14 | 14 | $ | 10.10 | $ | 141.44 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74170 | CT scan ab N | 11 | 11 | $ | 153.84 | $ | 1,692.26 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74176 | CT scan of N | 38 | 38 | $ | 67.26 | $ | 2,555.97 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74176 | CT scan of N | 36 | 36 | $ | 137.05 | $ | 4,933.74 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74177 | CT scan of N | 69 | 69 | $ | 70.51 | $ | 4,865.51 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74177 | CT scan of N | 64 | 64 | $ | 204.26 | $ | 13,072.90 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74178 | CT scan of N | 43 | 39 | $ | 240.57 | $ | 10,344.39 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74181 | MRI scan o N | 29 | 29 | $ | 56.11 | $ | 1,627.07 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74181 | MRI scan o N | 35 | 35 | $ | 236.77 | $ | 8,287.08 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74183 | MRI scan o N | 23 | 22 | $ | 84.34 | $ | 1,939.76 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 74183 | MRI scan o N | 148 | 142 | $ | 384.59 | $ | 56,918.96 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 74230 | Imaging fo N | 20 | 20 | $ | 18.19 | $ | 363.71 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 75571 | CT scan of N | 16 | 16 | $ | 30.93 | $ | 494.85 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 76536 | Ultrasound N | 34 | 34 | $ | 81.52 | $ | 2,771.51 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 76700 | Ultrasound N | 21 | 21 | $ | 28.32 | $ | 594.62 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 76700 | Ultrasound N | 83 | 82 | $ | 76.73 | $ | 6,368.36 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 76705 | Ultrasound N | 12 | 12 | $ | 15.51 | $ | 186.11 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 76770 | Ultrasound N | 40 | 40 | $ | 28.24 | $ | 1,129.62 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 76770 | Ultrasound N | 91 | 91 | $ | 78.83 | $ | 7,173.39 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 76830 | Ultrasound N | 19 | 19 | $ | 87.32 | $ | 1,659.06 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 76856 | Ultrasound N | 20 | 20 | $ | 59.97 | $ | 1,199.34 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 77080 | Bone densi N | 20 | 20 | $ | 10.13 | $ | 202.60 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 78227 | Imaging of N | 12 | 12 | $ | 35.48 | $ | 425.76 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 78306 | Bone and/ N | 24 | 24 | $ | 32.38 | $ | 777.17 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 78452 | Nuclear meN | 61 | 61 | $ | 60.58 | $ | 3,695.17 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 78582 | Nuclear meN | 24 | 24 | $ | 41.89 | $ | 1,005.36 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 78607 | Nuclear meN | 12 | 12 | $ | 46.68 | $ | 560.16 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 78815 | Nuclear meN | 44 | 42 | $ | 1,093.72 | $ | 48,123.86 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 93016 | Exercise or N | 18 | 18 | $ | 14.68 | $ | 264.30 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 93018 | Exercise or N | 60 | 60 | $ | 11.29 | $ | 677.32 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | 93880 | Ultrasound N | 20 | 20 | $ | 130.88 | $ | 2,617.63 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | F | 93971 | Ultrasound N | 11 | 11 | $ | 17.83 | $ | 196.13 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | A9552 | FluorodeoxN | 50 | 48 | $ | 196.00 | $ | 9,800.00 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | A9575 | Injection, g Y | 360 | 14 | $ | 0.16 | $ | 58.71 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | A9579 | Injection, g Y | 3532 | 185 | $ | 1.44 | $ | 5,087.65 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | G0297 | Low dose c N | 25 | 25 | $ | 241.68 | $ | 6,042.00 |
| 1770781726 | WRIGHT | JASON | E | MD | Diagnostic | O | Q9967 | Low osmol Y | 14426 | 141 | $ | 0.10 | $ | 1,400.51 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 20610 | Aspiration N | 17 | 17 | $ | 42.10 | $ | 715.72 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 22510 | Injection ofN | 12 | 12 | $ | 1,411.06 | $ | 16,932.72 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 22511 | Injection ofN | 11 | 11 | $ | 1,396.64 | $ | 15,363.04 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 23350 | Injection ofN | 14 | 14 | $ | 100.56 | $ | 1,407.90 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71010 | X-ray of ch N | 287 | 251 | $ | 7.02 | $ | 2,013.79 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71020 | X-ray of ch N | 125 | 123 | $ | 7.65 | $ | 956.52 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 71020 | X-ray of ch N | 427 | 422 | $ | 17.83 | $ | 7,613.95 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71100 | X-ray of rib N | 22 | 22 | $ | 21.88 | $ | 481.40 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71250 | CT scan ch N | 29 | 29 | $ | 39.02 | $ | 1,131.67 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 71250 | CT scan ch N | 194 | 186 | $ | 102.56 | $ | 19,897.50 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71260 | CT scan ch N | 51 | 51 | $ | 43.85 | $ | 2,236.40 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 71260 | CT scan ch N | 104 | 102 | $ | 123.19 | $ | 12,811.80 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71270 | CT scan ch N | 13 | 13 | $ | 175.36 | $ | 2,279.62 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 71275 | CT scan of N | 43 | 43 | $ | 69.09 | $ | 2,970.94 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 71275 | CT scan of N | 41 | 40 | $ | 196.48 | $ | 8,055.74 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72040 | X-ray of spi N | 16 | 16 | $ | 20.14 | $ | 322.24 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72050 | X-ray of up N | 22 | 22 | $ | 32.30 | $ | 710.57 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72072 | X-ray of mi N | 15 | 15 | $ | 27.16 | $ | 407.40 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 72100 | X-ray of lo N | 12 | 12 | $ | 8.20 | $ | 98.45 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72100 | X-ray of lo N | 13 | 13 | $ | 23.91 | $ | 310.79 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72110 | X-ray of lo N | 70 | 70 | $ | 31.86 | $ | 2,230.33 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72114 | X-ray lowe N | 15 | 15 | $ | 44.02 | $ | 660.26 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 72120 | X-ray lowe N | 14 | 14 | $ | 21.92 | $ | 306.90 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 72170 | X-ray of pe N | 12 | 12 | $ | 22.83 | $ | 274.01 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 73030 | X-ray of sh N | 13 | 13 | $ | 5.23 | $ | 67.95 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73030 | X-ray of sh N | 64 | 54 | $ | 19.13 | $ | 1,224.16 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 73040 | RadiologicaN | 12 | 12 | $ | 78.73 | $ | 944.76 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73110 | X-ray of wr N | 35 | 29 | $ | 24.86 | $ | 870.08 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73130 | X-ray of ha N | 41 | 32 | $ | 17.50 | $ | 717.61 |

1801867098 WOOLSEY  EDWARD  J        MD      Diagnostic  O        73140 X-ray of fin N        12      12 $                    20.53  $      246.40

| ID | Last | First | M | Deg | Type | Code | Description | | Qty | $ | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 73501 | X-ray of hip | N | 11 | 11 | $ | 7.55 | $ | 83.05 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 73502 | X-ray of hip | N | 22 | 22 | $ | 8.61 | $ | 189.35 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73510 | X-ray of hip | N | 63 | 63 | $ | 25.73 | $ | 1,620.91 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73521 | X-ray of bo | N | 17 | 17 | $ | 28.09 | $ | 477.47 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73560 | X-ray of kn | N | 21 | 16 | $ | 18.32 | $ | 384.76 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 73562 | X-ray of kn | N | 67 | 53 | $ | 20.77 | $ | 1,391.38 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73610 | X-ray of an | N | 20 | 18 | $ | 23.03 | $ | 460.61 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 73630 | X-ray of fo | N | 68 | 58 | $ | 17.07 | $ | 1,161.06 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 74000 | X-ray of ab | N | 22 | 22 | $ | 7.27 | $ | 159.94 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74000 | X-ray of ab | N | 65 | 63 | $ | 15.38 | $ | 999.66 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74160 | CT scan ab | N | 11 | 11 | $ | 158.16 | $ | 1,739.80 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74170 | CT scan ab | N | 17 | 17 | $ | 180.21 | $ | 3,063.51 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74174 | CT scan of | N | 17 | 17 | $ | 220.46 | $ | 3,747.83 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74175 | CT scan of | N | 11 | 11 | $ | 223.18 | $ | 2,454.99 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74176 | CT scan of | N | 39 | 38 | $ | 63.38 | $ | 2,471.73 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 74176 | CT scan of | N | 62 | 60 | $ | 126.66 | $ | 7,852.87 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 74177 | CT scan of | N | 107 | 106 | $ | 67.32 | $ | 7,203.24 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74177 | CT scan of | N | 119 | 116 | $ | 203.95 | $ | 24,270.42 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74178 | CT scan of | N | 93 | 91 | $ | 239.31 | $ | 22,256.05 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 74230 | Imaging fo | N | 11 | 11 | $ | 21.23 | $ | 233.53 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 75635 | CT scan of | N | 14 | 14 | $ | 213.99 | $ | 2,995.88 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 76536 | Ultrasound | N | 60 | 60 | $ | 79.49 | $ | 4,769.56 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 76700 | Ultrasound | N | 125 | 124 | $ | 81.03 | $ | 10,129.09 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 76705 | Ultrasound | N | 14 | 14 | $ | 20.54 | $ | 287.53 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | F | 76770 | Ultrasound | N | 11 | 11 | $ | 28.01 | $ | 308.08 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 76770 | Ultrasound | N | 115 | 115 | $ | 82.65 | $ | 9,505.25 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 76775 | Ultrasound | N | 14 | 14 | $ | 41.79 | $ | 585.04 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 76830 | Ultrasound | N | 29 | 29 | $ | 90.69 | $ | 2,629.95 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 76856 | Ultrasound | N | 31 | 31 | $ | 71.17 | $ | 2,206.16 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 76870 | Ultrasound | N | 11 | 11 | $ | 42.92 | $ | 472.07 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 77002 | Fluoroscop | N | 30 | 30 | $ | 67.83 | $ | 2,034.95 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 77063 | Screening | N | 24 | 24 | $ | 54.61 | $ | 1,310.64 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | 77080 | Bone densi | N | 24 | 24 | $ | 40.61 | $ | 974.64 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 93970 | Ultrasound | N | 20 | 20 | $ | 119.68 | $ | 2,393.65 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 93971 | Ultrasound | N | 35 | 35 | $ | 85.54 | $ | 2,994.00 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 93975 | Ultrasound | N | 11 | 11 | $ | 165.80 | $ | 1,823.80 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | N | 99205 | New patien | N | 19 | 19 | $ | 162.37 | $ | 3,085.03 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | A9579 | Injection, g | Y | 111 | 11 | $ | 1.46 | $ | 162.48 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | G0202 | Screening | N | 63 | 63 | $ | 132.06 | $ | 8,319.78 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | G0297 | Low dose c | N | 46 | 46 | $ | 236.78 | $ | 10,892.00 |
| 1801867098 | WOOLSEY | EDWARD | J | MD | Diagnostic | O | Q9967 | Low osmol | Y | 31843 | 312 | $ | 0.10 | $ | 3,089.65 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 36561 | Insertion o | Y | 21 | 21 | $ | 285.19 | $ | 5,988.99 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 71010 | X-ray of ch | N | 314 | 290 | $ | 7.11 | $ | 2,231.89 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 71020 | X-ray of ch | N | 235 | 229 | $ | 8.31 | $ | 1,953.40 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 71020 | X-ray of ch | N | 313 | 308 | $ | 17.33 | $ | 5,423.09 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 71250 | CT scan ch | N | 63 | 63 | $ | 38.68 | $ | 2,436.67 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 71250 | CT scan ch | N | 108 | 107 | $ | 99.84 | $ | 10,782.38 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 71260 | CT scan ch | N | 58 | 58 | $ | 46.25 | $ | 2,682.62 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 71260 | CT scan ch | N | 51 | 51 | $ | 134.62 | $ | 6,865.77 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 71275 | CT scan of | N | 54 | 54 | $ | 69.67 | $ | 3,762.26 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 71275 | CT scan of | N | 17 | 17 | $ | 175.19 | $ | 2,978.27 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 72050 | X-ray of up | N | 22 | 22 | $ | 30.77 | $ | 677.03 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 72082 | X-ray of spi | N | 12 | 11 | $ | 49.02 | $ | 588.24 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 72100 | X-ray of lo | N | 14 | 14 | $ | 8.31 | $ | 116.35 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 72100 | X-ray of lo | N | 20 | 19 | $ | 24.22 | $ | 484.38 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 72110 | X-ray of lo | N | 39 | 39 | $ | 30.78 | $ | 1,200.36 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 72114 | X-ray lowe | N | 15 | 15 | $ | 43.36 | $ | 650.38 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73030 | X-ray of sh | N | 26 | 26 | $ | 7.32 | $ | 190.28 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73030 | X-ray of sh | N | 44 | 36 | $ | 18.24 | $ | 802.72 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73110 | X-ray of wr | N | 13 | 12 | $ | 25.54 | $ | 332.02 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73130 | X-ray of ha | N | 30 | 20 | $ | 22.55 | $ | 676.41 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 73502 | X-ray of hip | N | 31 | 30 | $ | 7.51 | $ | 232.70 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73502 | X-ray of hip | N | 36 | 36 | $ | 29.13 | $ | 1,048.63 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 73560 | X-ray of kn | N | 21 | 17 | $ | 18.17 | $ | 381.56 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 73562 | X-ray of kn | N | 22 | 19 | $ | 6.86 | $ | 151.00 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73562 | X-ray of kn | N | 47 | 39 | $ | 20.84 | $ | 979.25 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73610 | X-ray of an | N | 15 | 13 | $ | 20.41 | $ | 306.18 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 73630 | X-ray of fo | N | 20 | 16 | $ | 6.37 | $ | 127.30 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 73630 | X-ray of fo | N | 34 | 32 | $ | 19.26 | $ | 654.86 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 74000 | X-ray of ab | N | 23 | 23 | $ | 7.02 | $ | 161.41 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 74000 | X-ray of ab | N | 44 | 44 | $ | 17.27 | $ | 759.81 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 74020 | Imaging of | N | 25 | 25 | $ | 10.75 | $ | 268.64 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 74174 | CT scan of | N | 13 | 13 | $ | 87.13 | $ | 1,132.69 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 74176 | CT scan of | N | 75 | 72 | $ | 69.55 | $ | 5,216.25 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 74176 | CT scan of | N | 36 | 36 | $ | 145.46 | $ | 5,236.71 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | F | 74177 | CT scan of | N | 154 | 148 | $ | 70.40 | $ | 10,841.31 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 74177 | CT scan of | N | 69 | 69 | $ | 209.94 | $ | 14,485.55 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 74178 | CT scan of | N | 49 | 49 | $ | 241.02 | $ | 11,810.10 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 74181 | MRI scan o | N | 12 | 12 | $ | 55.69 | $ | 668.26 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 76536 | Ultrasound | N | 17 | 17 | $ | 68.06 | $ | 1,157.03 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 76700 | Ultrasound | N | 71 | 71 | $ | 82.48 | $ | 5,856.00 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 76770 | Ultrasound | N | 82 | 82 | $ | 81.37 | $ | 6,671.99 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic | O | 76830 | Ultrasound | N | 15 | 15 | $ | 92.33 | $ | 1,384.96 |

1821069089 SIWIK    STEVEN    A    MD    Diagnostic O    76856  Ultrasound N    16    16  $    78.47  $    1,255.47

| NPI | Last | First | Init | Deg | Category | Code | Description | Qty1 | Qty2 | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic F | 76937 | Ultrasound N | 22 | 22 | $ 11.44 | $ 251.68 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic O | 77002 | Fluoroscop N | 14 | 14 | $ 68.13 | $ 953.81 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic O | 77012 | Radiologica N | 36 | 36 | $ 45.80 | $ 1,648.80 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic O | 93880 | Ultrasound N | 31 | 31 | $ 137.08 | $ 4,249.34 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic O | 93971 | Ultrasound N | 19 | 19 | $ 79.80 | $ 1,516.14 |
| 1821069089 | SIWIK | STEVEN | A | MD | Diagnostic O | Q9967 | Low osmol Y | 15828 | 159 | $ 0.10 | $ 1,523.78 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 62304 | X-ray of lo N | 12 | 12 | $ 190.43 | $ 2,285.16 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70450 | CT scan he N | 573 | 532 | $ 30.61 | $ 17,537.28 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70450 | CT scan he N | 63 | 62 | $ 72.19 | $ 4,547.79 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70460 | CT scan he N | 13 | 13 | $ 96.91 | $ 1,259.78 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70486 | CT scan of N | 30 | 30 | $ 25.56 | $ 766.77 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70486 | CT scan of N | 45 | 45 | $ 98.31 | $ 4,424.08 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70491 | CT scan of N | 28 | 28 | $ 150.38 | $ 4,210.57 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70496 | CT scan of N | 41 | 41 | $ 66.82 | $ 2,739.78 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70496 | CT scan of N | 21 | 21 | $ 220.41 | $ 4,628.69 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70498 | CT scan of N | 37 | 37 | $ 51.14 | $ 1,892.13 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70498 | CT scan of N | 22 | 22 | $ 152.41 | $ 3,353.03 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70543 | MRI scan b N | 17 | 17 | $ 361.11 | $ 6,138.86 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70544 | MRA scan N | 64 | 64 | $ 48.04 | $ 3,074.56 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70544 | MRA scan N | 32 | 32 | $ 242.52 | $ 7,760.74 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70547 | MRA scan N | 13 | 13 | $ 36.03 | $ 468.39 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70548 | MRA scan N | 40 | 40 | $ 36.03 | $ 1,441.20 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70548 | MRA scan N | 20 | 20 | $ 308.44 | $ 6,168.86 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70551 | MRI scan b N | 62 | 62 | $ 55.36 | $ 3,432.42 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70551 | MRI scan b N | 93 | 93 | $ 174.26 | $ 16,205.91 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 70553 | MRI scan o N | 70 | 68 | $ 90.61 | $ 6,342.71 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 70553 | MRI scan o N | 161 | 158 | $ 271.36 | $ 43,689.12 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72040 | X-ray of spi N | 27 | 27 | $ 18.41 | $ 497.19 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72050 | X-ray of up N | 22 | 22 | $ 28.39 | $ 624.54 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72100 | X-ray of lo N | 23 | 23 | $ 17.76 | $ 408.59 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72110 | X-ray of lo N | 45 | 45 | $ 27.43 | $ 1,234.18 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 72114 | X-ray lowe N | 20 | 20 | $ 48.99 | $ 979.74 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 72125 | CT scan of N | 59 | 59 | $ 39.69 | $ 2,341.56 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72125 | CT scan of N | 25 | 24 | $ 112.95 | $ 2,823.79 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72128 | CT scan of N | 13 | 13 | $ 109.47 | $ 1,423.11 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 72131 | CT scan of l N | 38 | 38 | $ 36.26 | $ 1,377.71 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72131 | CT scan of l N | 47 | 47 | $ 110.88 | $ 5,211.57 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72132 | CT scan of l N | 16 | 16 | $ 152.60 | $ 2,441.54 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72141 | MRI scan o N | 134 | 134 | $ 156.29 | $ 20,942.96 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72146 | MRI scan o N | 26 | 26 | $ 153.62 | $ 3,994.19 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 72148 | MRI scan o N | 16 | 16 | $ 56.43 | $ 902.80 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72148 | MRI scan o N | 372 | 368 | $ 162.07 | $ 60,289.35 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72156 | MRI scan o N | 28 | 28 | $ 247.02 | $ 6,916.42 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72157 | MRI scan o N | 22 | 22 | $ 292.75 | $ 6,440.55 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | 72158 | MRI scan o N | 62 | 62 | $ 276.24 | $ 17,127.05 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic F | 76380 | CT scan lim N | 13 | 13 | $ 39.09 | $ 508.17 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | A9575 | Injection, g Y | 1426 | 21 | $ 0.16 | $ 231.66 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | A9579 | Injection, g Y | 4000 | 244 | $ 1.45 | $ 5,793.27 |
| 1841260114 | ASHDOWN | BOYD | C | MD | Diagnostic O | Q9967 | Low osmol Y | 6862 | 66 | $ 0.10 | $ 669.10 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 62304 | X-ray of lo N | 13 | 13 | $ 190.43 | $ 2,475.59 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 70450 | CT scan he N | 701 | 654 | $ 30.70 | $ 21,522.02 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70450 | CT scan he N | 80 | 79 | $ 77.11 | $ 6,168.67 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70486 | CT scan of N | 27 | 27 | $ 23.98 | $ 647.51 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70486 | CT scan of N | 56 | 56 | $ 98.53 | $ 5,517.45 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 70491 | CT scan of N | 14 | 13 | $ 55.30 | $ 774.20 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70491 | CT scan of N | 28 | 28 | $ 155.51 | $ 4,354.18 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70496 | CT scan of N | 44 | 44 | $ 62.63 | $ 2,755.82 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70496 | CT scan of N | 34 | 34 | $ 179.29 | $ 6,095.95 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 70498 | CT scan of N | 43 | 43 | $ 50.15 | $ 2,156.35 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70498 | CT scan of N | 31 | 31 | $ 130.71 | $ 4,051.87 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 70543 | MRI scan b N | 20 | 20 | $ 375.67 | $ 7,513.32 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 70544 | MRA scan N | 73 | 73 | $ 47.69 | $ 3,481.52 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70544 | MRA scan N | 52 | 52 | $ 241.10 | $ 12,537.37 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic N | 70548 | MRA scan N | 55 | 55 | $ 35.79 | $ 1,968.26 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70548 | MRA scan N | 27 | 27 | $ 303.00 | $ 8,180.92 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 70551 | MRI scan b N | 55 | 55 | $ 56.27 | $ 3,094.92 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70551 | MRI scan b N | 95 | 94 | $ 169.27 | $ 16,080.41 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70553 | MRI scan o N | 77 | 77 | $ 88.93 | $ 6,847.95 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 70553 | MRI scan o N | 202 | 198 | $ 275.60 | $ 55,671.70 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72040 | X-ray of spi N | 17 | 17 | $ 13.88 | $ 235.98 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72050 | X-ray of up N | 18 | 18 | $ 23.64 | $ 425.54 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72052 | X-ray of up N | 11 | 11 | $ 41.55 | $ 457.02 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72100 | X-ray of lo N | 11 | 11 | $ 19.90 | $ 218.93 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72110 | X-ray of lo N | 31 | 31 | $ 27.16 | $ 841.88 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72114 | X-ray lowe N | 25 | 25 | $ 38.91 | $ 972.78 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72120 | X-ray lowe N | 24 | 24 | $ 23.71 | $ 569.05 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 72125 | CT scan of N | 88 | 88 | $ 39.11 | $ 3,441.34 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72125 | CT scan of N | 28 | 28 | $ 112.94 | $ 3,162.30 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 72131 | CT scan of l N | 41 | 41 | $ 35.79 | $ 1,467.54 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72131 | CT scan of l N | 62 | 61 | $ 98.42 | $ 6,101.92 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72132 | CT scan of l N | 17 | 17 | $ 166.46 | $ 2,829.86 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic F | 72141 | MRI scan o N | 18 | 18 | $ 55.09 | $ 991.60 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic O | 72141 | MRI scan o N | 171 | 170 | $ 157.41 | $ 26,917.42 |

1861463929 CHEN    TAYLOR    P    MD    Diagnostic O    72146 MRI scan o N    46    46 $    161.17 $    7,413.67

| ID | Last | First | | | Type | F/O | Code | Description | | Qty1 | Qty2 | | Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | F | 72148 | MRI scan o | N | 18 | 18 | $ | 49.40 | $ | 889.15 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | 72148 | MRI scan o | N | 361 | 361 | $ | 162.88 | $ | 58,801.13 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | 72156 | MRI scan o | N | 30 | 29 | $ | 241.43 | $ | 7,242.84 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | F | 72157 | MRI scan o | N | 16 | 16 | $ | 251.89 | $ | 4,030.25 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | 72158 | MRI scan o | N | 23 | 22 | $ | 81.42 | $ | 1,872.66 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | 72158 | MRI scan o | N | 79 | 79 | $ | 268.16 | $ | 21,184.51 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | A9575 | Injection, g | Y | 1420 | 24 | $ | 0.16 | $ | 230.75 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | A9579 | Injection, g | Y | 4865 | 291 | $ | 1.46 | $ | 7,085.93 |
| 1861463929 | CHEN | TAYLOR | P | MD | Diagnostic | O | Q9967 | Low osmol | Y | 6373 | 67 | $ | 0.10 | $ | 614.32 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 71010 | X-ray of ch | N | 933 | 769 | $ | 7.02 | $ | 6,553.27 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 71020 | X-ray of ch | N | 500 | 481 | $ | 8.23 | $ | 4,116.65 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 71020 | X-ray of ch | N | 202 | 199 | $ | 16.54 | $ | 3,340.30 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 71101 | X-ray of rib | N | 15 | 15 | $ | 10.15 | $ | 152.32 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 71250 | CT scan of | N | 56 | 55 | $ | 38.41 | $ | 2,151.21 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 71250 | CT scan of | N | 49 | 49 | $ | 101.79 | $ | 4,987.60 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 71260 | CT scan ch | N | 71 | 70 | $ | 44.25 | $ | 3,141.44 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 71260 | CT scan ch | N | 26 | 26 | $ | 127.07 | $ | 3,303.71 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 71275 | CT scan of | N | 96 | 94 | $ | 67.45 | $ | 6,475.37 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 72082 | X-ray of spi | N | 13 | 13 | $ | 49.02 | $ | 637.26 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 72100 | X-ray of lo | N | 29 | 29 | $ | 8.95 | $ | 259.55 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 72110 | X-ray of lo | N | 31 | 31 | $ | 32.13 | $ | 996.00 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 72170 | X-ray of pe | N | 13 | 13 | $ | 6.45 | $ | 83.88 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73020 | X-ray of sh | N | 14 | 14 | $ | 5.69 | $ | 79.69 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73030 | X-ray of sh | N | 50 | 47 | $ | 6.64 | $ | 332.20 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 73030 | X-ray of sh | N | 31 | 25 | $ | 19.01 | $ | 589.40 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73110 | X-ray of wr | N | 17 | 16 | $ | 5.48 | $ | 93.21 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 73110 | X-ray of wr | N | 21 | 15 | $ | 25.75 | $ | 540.66 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73130 | X-ray of ha | N | 22 | 21 | $ | 5.19 | $ | 114.18 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 73130 | X-ray of ha | N | 44 | 27 | $ | 19.75 | $ | 868.81 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73501 | X-ray of hip | N | 35 | 35 | $ | 7.51 | $ | 263.00 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73502 | X-ray of hip | N | 78 | 76 | $ | 8.95 | $ | 698.10 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73502 | X-ray of hip | N | 34 | 34 | $ | 27.55 | $ | 936.57 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73560 | X-ray of kn | N | 39 | 36 | $ | 6.70 | $ | 261.30 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73562 | X-ray of kn | N | 24 | 21 | $ | 6.92 | $ | 166.10 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 73562 | X-ray of kn | N | 42 | 33 | $ | 25.39 | $ | 1,066.57 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73564 | X-ray of kn | N | 18 | 16 | $ | 7.96 | $ | 143.20 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73590 | X-ray of lo | N | 20 | 19 | $ | 6.37 | $ | 127.30 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73610 | X-ray of an | N | 16 | 15 | $ | 6.55 | $ | 104.85 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 73630 | X-ray of fo | N | 24 | 23 | $ | 6.14 | $ | 147.40 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 73630 | X-ray of fo | N | 44 | 33 | $ | 15.91 | $ | 700.23 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 73721 | MRI scan o | N | 16 | 16 | $ | 158.09 | $ | 2,529.47 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74000 | X-ray of ab | N | 70 | 56 | $ | 7.27 | $ | 508.90 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74000 | X-ray of ab | N | 40 | 39 | $ | 16.51 | $ | 660.29 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 74020 | Imaging of | N | 40 | 39 | $ | 10.88 | $ | 435.20 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74176 | CT scan of | N | 95 | 93 | $ | 66.81 | $ | 6,346.56 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 74176 | CT scan of | N | 17 | 17 | $ | 129.40 | $ | 2,199.74 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74177 | CT scan of | N | 173 | 168 | $ | 70.18 | $ | 12,140.29 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 74177 | CT scan of | N | 24 | 24 | $ | 203.86 | $ | 4,892.61 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74178 | CT scan of | N | 18 | 17 | $ | 251.82 | $ | 4,532.82 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74181 | MRI scan o | N | 13 | 13 | $ | 55.87 | $ | 726.37 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 74230 | Imaging fo | N | 29 | 29 | $ | 20.50 | $ | 594.44 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 76536 | Ultrasound | N | 12 | 12 | $ | 78.46 | $ | 941.57 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 76700 | Ultrasound | N | 28 | 28 | $ | 30.13 | $ | 843.71 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 76700 | Ultrasound | N | 23 | 23 | $ | 78.31 | $ | 1,801.02 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 76770 | Ultrasound | N | 26 | 26 | $ | 25.87 | $ | 672.74 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | 76770 | Ultrasound | N | 33 | 33 | $ | 80.29 | $ | 2,649.63 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 77012 | Radiologica | N | 14 | 14 | $ | 45.80 | $ | 641.20 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | F | 93971 | Ultrasound | N | 11 | 11 | $ | 17.83 | $ | 196.13 |
| 1942271085 | BAKER | MICHAEL | R | MD | Diagnostic | O | Q9967 | Low osmol | N | 6025 | 59 | $ | 0.10 | $ | 593.89 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 20610 | Aspiration | N | 11 | 11 | $ | 45.43 | $ | 499.69 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 22511 | Injection of | N | 11 | 11 | $ | 1,396.64 | $ | 15,363.04 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 32405 | Needle bio | N | 12 | 11 | $ | 83.62 | $ | 1,003.44 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 36561 | Insertion of | N | 16 | 16 | $ | 285.19 | $ | 4,563.04 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 71010 | X-ray of ch | N | 586 | 478 | $ | 7.09 | $ | 4,154.13 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 71020 | X-ray of ch | N | 245 | 241 | $ | 8.22 | $ | 2,012.95 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 71020 | X-ray of ch | N | 166 | 166 | $ | 17.83 | $ | 2,960.23 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 71250 | CT scan ch | N | 49 | 48 | $ | 37.87 | $ | 1,855.56 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 71250 | CT scan ch | N | 85 | 84 | $ | 96.10 | $ | 8,168.69 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 71260 | CT scan ch | N | 78 | 78 | $ | 43.36 | $ | 3,381.73 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 71260 | CT scan ch | N | 55 | 55 | $ | 146.41 | $ | 8,052.56 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 71275 | CT scan of | N | 62 | 62 | $ | 62.54 | $ | 3,877.37 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 71275 | CT scan of | N | 13 | 13 | $ | 223.61 | $ | 2,906.99 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 72100 | X-ray of lo | N | 13 | 13 | $ | 7.57 | $ | 98.45 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 72110 | X-ray of lo | N | 23 | 23 | $ | 36.69 | $ | 843.92 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 72114 | X-ray lowe | N | 12 | 12 | $ | 45.97 | $ | 551.68 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 73030 | X-ray of sh | N | 21 | 21 | $ | 7.19 | $ | 151.00 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 73030 | X-ray of sh | N | 22 | 20 | $ | 17.86 | $ | 392.92 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 73110 | X-ray of wr | N | 11 | 11 | $ | 6.99 | $ | 76.89 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 73502 | X-ray of hip | N | 36 | 36 | $ | 8.45 | $ | 304.30 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 73502 | X-ray of hip | N | 22 | 22 | $ | 28.87 | $ | 635.21 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 73562 | X-ray of kn | N | 16 | 13 | $ | 7.55 | $ | 120.80 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | O | 73562 | X-ray of kn | N | 23 | 19 | $ | 26.54 | $ | 610.42 |
| 1982675112 | MCMANIM | SHAUN | P | MD | Diagnostic | F | 73630 | X-ray of fo | N | 23 | 21 | $ | 5.61 | $ | 128.93 |

| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic | O | 73630 X-ray of fo | N | 23 | 19 | $ | 13.58 | $ | 312.24 |

| ID | Name | | Cred | Diagnostic | Code | Description | | Qty1 | Qty2 | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 74000 | X-ray of ab | N | 20 | 19 | $ | 7.27 | $ | 145.40 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 74000 | X-ray of ab | N | 34 | 34 | $ | 17.25 | $ | 586.49 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 74020 | Imaging of | N | 28 | 28 | $ | 10.88 | $ | 304.64 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 74174 | CT scan of | N | 34 | 34 | $ | 73.04 | $ | 2,483.48 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 74176 | CT scan of | N | 49 | 49 | $ | 69.20 | $ | 3,390.57 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 74176 | CT scan of | N | 37 | 37 | $ | 118.97 | $ | 4,401.71 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 74177 | CT scan of | N | 149 | 148 | $ | 69.01 | $ | 10,282.14 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 74177 | CT scan of | N | 44 | 44 | $ | 220.82 | $ | 9,716.08 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 74178 | CT scan of | N | 43 | 43 | $ | 238.40 | $ | 10,251.25 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 75571 | CT scan of | N | 14 | 14 | $ | 30.63 | $ | 428.87 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 75572 | CT scan of | N | 16 | 16 | $ | 45.50 | $ | 728.01 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 75574 | CT scan of | N | 24 | 24 | $ | 94.18 | $ | 2,260.32 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 75574 | CT scan of | N | 30 | 30 | $ | 268.47 | $ | 8,054.15 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 76536 | Ultrasound | N | 33 | 33 | $ | 73.18 | $ | 2,415.10 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 76700 | Ultrasound | N | 22 | 22 | $ | 29.58 | $ | 650.85 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 76700 | Ultrasound | N | 39 | 39 | $ | 90.31 | $ | 3,521.95 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 76770 | Ultrasound | N | 11 | 11 | $ | 28.01 | $ | 308.08 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 76770 | Ultrasound | N | 56 | 56 | $ | 78.00 | $ | 4,367.98 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 76775 | Ultrasound | N | 13 | 13 | $ | 40.59 | $ | 527.70 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 76830 | Ultrasound | N | 12 | 11 | $ | 87.59 | $ | 1,051.09 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 76856 | Ultrasound | N | 12 | 11 | $ | 67.58 | $ | 811.01 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 77001 | Fluoroscop | N | 23 | 23 | $ | 15.05 | $ | 346.15 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 77002 | Fluoroscop | N | 16 | 16 | $ | 73.37 | $ | 1,173.92 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 77012 | Radiologica | N | 37 | 36 | $ | 45.80 | $ | 1,694.60 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 93880 | Ultrasound | N | 41 | 41 | $ | 140.57 | $ | 5,763.31 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | 93971 | Ultrasound | N | 16 | 16 | $ | 96.11 | $ | 1,537.76 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic F | 99144 | Moderate | N | 17 | 17 | $ | 23.00 | $ | 391.04 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | A9579 | Injection, g | Y | 319 | 14 | $ | 1.47 | $ | 468.05 |
| 1982675112 | MCMANIM SHAUN | P | MD | Diagnostic O | Q9967 | Low osmol | Y | 17690 | 179 | $ | 0.10 | $ | 1,713.82 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | 19000 | Aspiration | N | 11 | 11 | $ | 73.41 | $ | 807.55 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | 19083 | Biopsy of b | N | 32 | 32 | $ | 529.50 | $ | 16,944.10 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 71010 | X-ray of ch | N | 458 | 381 | $ | 7.00 | $ | 3,207.29 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 71020 | X-ray of ch | N | 170 | 170 | $ | 8.42 | $ | 1,430.55 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 71020 | X-ray of ch | N | 15 | 15 | $ | 11.27 | $ | 169.08 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 71250 | CT scan of | N | 20 | 20 | $ | 39.76 | $ | 795.22 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 71260 | CT scan of | N | 18 | 18 | $ | 40.06 | $ | 721.10 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 71275 | CT scan of | N | 50 | 50 | $ | 68.85 | $ | 3,442.35 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 73030 | X-ray of sh | N | 11 | 11 | $ | 6.86 | $ | 75.50 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 73502 | X-ray of hip | N | 28 | 28 | $ | 8.95 | $ | 250.60 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 73610 | X-ray of an | N | 14 | 13 | $ | 6.49 | $ | 90.87 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 73630 | X-ray of fo | N | 20 | 20 | $ | 6.37 | $ | 127.30 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 74000 | X-ray of ab | N | 24 | 23 | $ | 6.97 | $ | 167.21 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 74020 | Imaging of | N | 20 | 20 | $ | 10.88 | $ | 217.60 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 74176 | CT scan of | N | 50 | 50 | $ | 69.20 | $ | 3,460.12 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 74177 | CT scan of | N | 77 | 77 | $ | 70.06 | $ | 5,394.83 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | 76642 | Ultrasound | N | 186 | 170 | $ | 65.61 | $ | 12,203.35 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 76705 | Ultrasound | N | 18 | 18 | $ | 21.19 | $ | 381.44 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 76770 | Ultrasound | N | 22 | 22 | $ | 26.61 | $ | 585.46 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | 76942 | Ultrasonic | N | 22 | 22 | $ | 48.11 | $ | 1,058.42 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 77059 | MRI scan o | N | 72 | 69 | $ | 408.41 | $ | 29,405.27 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | 77063 | Screening | N | 460 | 460 | $ | 54.61 | $ | 25,120.60 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | 77080 | Bone densi | N | 17 | 17 | $ | 40.61 | $ | 690.37 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 93970 | Ultrasound | N | 11 | 11 | $ | 25.07 | $ | 275.80 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | 93971 | Ultrasound | N | 17 | 17 | $ | 17.83 | $ | 303.11 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | A9579 | Injection, g | Y | 1610 | 75 | $ | 1.46 | $ | 2,342.92 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic F | G0202 | Screening | N | 66 | 66 | $ | 34.56 | $ | 2,280.96 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | G0202 | Screening | N | 1307 | 1307 | $ | 131.92 | $ | 172,417.55 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | G0204 | Diagnostic | N | 149 | 149 | $ | 117.40 | $ | 17,492.08 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | G0206 | Diagnostic | N | 170 | 164 | $ | 90.36 | $ | 15,361.76 |
| 1992842603 | DILL-MACK MARCUS | J | M.D. | Diagnostic O | G0279 | Diagnostic | N | 71 | 70 | $ | 43.27 | $ | 3,072.33 |
| | | | | | | | | | | | | $ | 6,646,850.54 |